UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW INGRAM, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1262 (EGS) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

JOINT MEET AND CONFER STATEMENT

Pursuant to Local Civil Rule 16.3 and this Court's Order of July 31, 2006, plaintiff's counsel and defendant's counsel have conferred and hereby submit this joint report.

This is an action under 42 U.S.C. § 1983 for violation of plaintiff's Eighth Amendment rights and under the laws of the District of Columbia for assault and battery and negligence. Plaintiff alleges that he was assaulted by correctional officers at the D.C. Jail. Defendant denies all allegations of wrongdoing.

The parties also address the topics in Rule 16.3(c) as follows:

1. <u>Dispositive Motions</u>: The parties do not believe that this case can be disposed of by dispositive motion at this time, although defendant believes this case may be disposed of by motion after the close of discovery.

2. <u>Joinder of Parties and Amendment of Pleadings</u>: The parties propose that the deadline for joinder of parties or amendment of pleadings be October 6, 2006.

3. <u>Magistrate Judge</u>: The defendant does not wish to have this case assigned to a magistrate for all purposes. The plaintiff has no objection to assigning this case to a magistrate for all purposes.

4. <u>Settlement</u>: There does not appear to be a realistic possibility of settlement at this time.

5. <u>Alternative Dispute Resolution</u>: The parties might benefit from mediation upon the conclusion of discovery and resolution of any dispositive motions.

6. <u>Summary Judgment</u>: The parties request until April 9, 2007, to file any dispositive motions; May 9, 2007, for oppositions; and May 27, 2007, for replies.

7. <u>Initial Disclosures</u>: The parties have agreed to dispense with initial Rule 26(a)(1) disclosures.

8. <u>Discovery</u>: The parties request a limit of twenty-five (25) interrogatories and eight (8) depositions per side, excluding expert witnesses. The parties also request that written discovery requests be submitted no later than November 6, 2006, and that all discovery be completed no later than March 8, 2007.

9. <u>Experts</u>: The parties propose that plaintiffs' expert disclosures be served no later than January 5, 2007, and that defendants' expert disclosures be served no later than February 5, 2007.

10. <u>Class Actions</u>: Not applicable.

11. <u>Bifurcation</u>: There does not appear to be the need for bifurcation of discovery or trial at this time.

12. <u>Pretrial Conference</u>: The parties request that the Court schedule a pretrial conference to follow the resolution of any dispositive motions.

13. <u>Trial</u>: The parties request that a trial date be set at the pretrial conference.

14. <u>Other Matters</u>: The incident that gives rise to this lawsuit is currently under investigation by the U.S. Attorney's Office. There are also several other potential plaintiffs, represented by different counsel, who might file lawsuits arising from this incident.

|  |  |
|---|---|
| | Respectfully submitted, |
| | ROBERT J. SPAGNOLETTI<br>Attorney General for the District of Columbia |
| /s/ Geoffrey D. Allen /s/<br>Geoffrey D. Allen<br>DC Bar No. 288142<br>1730 Rhode Island Ave., N.W.<br>Suite 206<br>Washington, DC 20036<br>(202) 778-1167<br>*Attorney for Plaintiff* | GEORGE C. VALENTINE<br>Deputy Attorney General, Civil Litigation Division<br><br>/s/ Holly M. Johnson /s/<br>HOLLY M. JOHNSON [476331]<br>Chief, General Litigation Section III<br><br>/s/ Carl J. Schifferle /s/<br>CARL J. SCHIFFERLE [463491]<br>Assistant Attorney General<br>Suite 600S<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>(202) 724-6624<br>(202) 727-3625 (fax)<br>Email:  carl.schifferle@dc.gov<br>*Attorneys for Defendant* |