UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW INGRAM, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1262 (EGS) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

SCHEDULING ORDER

Upon consideration of the Joint Meet and Confer Statement and the entire record herein,

it is by the Court this _____ day of_____, 2006,

ORDERED, that the following deadlines are set in this matter:

| | |
|---|---|
| Amendment of Pleadings | October 6, 2006 |
| Deadline for Written Discovery Requests | November 6, 2006 |
| Plaintiff's Expert Disclosures | January 5, 2007 |
| Defendant's Expert Disclosures | February 5, 2007 |
| All Discovery Closed | March 8, 2007 |
| Deadline for Filing Motions | April 9, 2007 |
| Deadline for Oppositions | May 9, 2007 |
| Deadline for Replies | May 24, 2007; |

and it is,

FURTHER ORDERED, that initial disclosures are not required; and it is,

FURTHER ORDERED, that the parties are limited to twenty-five (25) interrogatories and eight (8) depositions per side, excluding expert witnesses.

_____
EMMET G. SULLIVAN
United States District Judge