UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW INGRAM, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1262 (EGS) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO CONTINUE STATUS CONFERENCE

Defendant District of Columbia, through counsel, respectfully moves to continue the status conference currently set for September 6, 2007, at 12:00 p.m. Counsel for plaintiff consents to the relief requested herein. In support of this motion, defendant states as follows:

1.  Undersigned counsel anticipates taking two weeks leave immediately following the birth of his child, due around September 3, 2007.

2.  Counsel for plaintiff consents to the relief requested herein.

3.  Both counsel are available on the following proposed alternative dates for the initial scheduling conference: September 17, 18, 19, and 21.

4.  This request is the first request for the continuance of the status conference.

5.  The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein.

For the foregoing reasons, defendant District of Columbia respectfully requests that this Court continue the status conference currently set for September 6, 2007, to a date convenient to the Court.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III


By:     /s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov


LOCAL RULE 7(m) CERTIFICATE

Counsel for plaintiff consents to the relief requested herein.


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE
Assistant Attorney General

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW INGRAM, JR., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-1262 (EGS) ) |
| DISTRICT OF COLUMBIA, | ) ) |
|     Defendant. | ) ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT
DISTRICT OF COLUMBIA'S CONSENT MOTION TO CONTINUE STATUS CONFERENCE

1. Fed. R. Civ. P. 6(b).

2. The inherent authority of the Court.

3. The reasons stated in defendant District of Columbia's consent motion to continue status conference.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

By: <u>/s/ Carl J. Schifferle /s/</u>
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov

2