UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW INGRAM, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1262 (EGS) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Upon consideration of the defendant District of Columbia's consent motion to continue status conference, the memorandum of points and authorities in support thereof, and for good cause shown, it is by the Court this _____ day of _____, 2007,

ORDERED, defendant District of Columbia's consent motion to continue status conference is hereby GRANTED; and it is,

FURTHER ORDERED, that the status conference date of September 6, 2007, is VACATED; and it is,

FURTHER ORDERED, that the status conference shall be rescheduled to _____ _____, at _____.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE