UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW INGRAM, JR.,                )
                                    )
        Plaintiff,                  )
                                    )
   v.                               )  Civil Action No. 06-1262 (EGS)
                                    )
DISTRICT OF COLUMBIA,               )
                                    )
        Defendant.                  )
                                    )

## JOINT MOTION FOR PROTECTIVE ORDER

The parties, through counsel and pursuant to Fed. R. Civ. P. 26 (c), respectfully move this Court for a protective order to govern the defendant District of Columbia's disclosure of confidential personnel records of a Department of Corrections employee. In support of this motion, the parties state as follows:

1.      Plaintiff has requested through discovery the personnel records of Melvin Reese, a correctional officer who allegedly used excessive force against the plaintiff. Counsel for plaintiff and defendant have agreed upon the terms of a protective order for the disclosure of such personnel records. The parties' proposed protective order is attached hereto.

2.      By statute, the District Government must ensure the confidentiality of its personnel records. "All official personnel records of the District government shall be established, maintained and disposed of in a manner <u>designed to ensure the greatest degree of applicant or employee privacy</u> while providing adequate, necessary and complete information for the District to carry out its responsibilities . . . ." D.C. Code § 1-631.01 (2001) (emphasis added). Under the Code and its implementing regulations, the disclosure of such personnel information is essentially limited to appropriate personnel and law enforcement agencies, provided that, furthermore, such disclosure does not constitute an unwarranted invasion of

personal privacy. D.C. Code § 1-631.03 (2001); 6 DCMR § 3100 *et seq*. Moreover, the disclosure of personal information of a Department of Corrections' employee raises unique safety and security concerns for that employee and his or her family.

3.  Given the competing interests of protecting the confidentiality of these personnel records while complying with plaintiff's reasonable discovery requests, the parties submit that the proposed protective order adequately protects both interests by disclosing the records to the plaintiff while limiting dissemination of these records for any purpose other than the present litigation.

Accordingly, for the reasons stated, the parties respectfully request that this Court enter the proposed protective order, which is attached hereto.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

/s/ Geoffrey D. Allen /s/
Geoffrey D. Allen
DC Bar No. 288142
1730 Rhode Island Ave., N.W.
Suite 206
Washington, DC 20036
(202) 778-1167
*Attorney for Plaintiff*

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov
*Attorneys for Defendant*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW INGRAM, JR., )<br>)<br>Plaintiff, )<br>)<br>v.   ) Civil Action No. 06-1262 (EGS)<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR PROTECTIVE ORDER

1. Fed. R. Civ. P. 26(c).

2. The inherent powers of this Court.

3. The reasons stated in the Joint Motion for Protective Order.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

/s/ Geoffrey D. Allen /s/
Geoffrey D. Allen
DC Bar No. 288142
1730 Rhode Island Ave., N.W.
Suite 206
Washington, DC 20036
(202) 778-1167
*Attorney for Plaintiff*

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov
*Attorneys for Defendant*
