UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW INGRAM, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1262 (EGS) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

PROTECTIVE ORDER

Upon consideration of the joint motion for protective order, the memorandum of points and authorities in support thereof, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that personnel records produced by the defendant District of Columbia and identified as confidential records in the course of discovery shall be used with respect to the litigation in this action and not disseminated to persons other than counsel or their agents or experts for use with respect to this litigation unless otherwise ordered by this Court or agreed to by the defendant's counsel in writing; and it is further,

ORDERED that the defendant may redact from these personnel records the following types of information: home addresses, home or personal phone numbers, personal e-mail addresses, dates of birth, Social Security Numbers, health and life insurance information, personal automobile information, and any medical documentation; and it is further,

ORDERED that when this proceeding has concluded and the time for an appeal or appeals has expired, plaintiff shall within sixty (60) days of written request by defense counsel identifying specific confidential records subject to this protective order: (1) either destroy, or

gather and return to defendant's counsel, all such confidential records, and (2) serve on defendant's counsel a letter signed by plaintiff's counsel, certifying that to the best of counsel's knowledge and belief, all such confidential records have been either destroyed, or gathered and returned.

 

EMMET G. SULLIVAN
United States District Judge