UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW INGRAM, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1262 (EGS) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT STATUS REPORT

Pursuant to this Court's Order of June 15, 2007, the parties hereby file this joint status

report and recommendation for further proceedings in this case.  The parties previously held an

unsuccessful mediation session before Magistrate Judge Facciola.  The parties have now

completed discovery, although defendant is still awaiting plaintiff's production of an inmate

grievance form, which plaintiff allegedly prepared regarding the incident in this case and of

which he believes he still has a copy.  Unless the parties are able to agree to narrow the scope of

plaintiff's claims, defendant will likely file a motion for partial summary judgment by the

dispositive motions deadline of September 28, 2007.  The parties request that this Court schedule

a pretrial conference following resolution of such summary judgment motion.

Respectfully submitted,

/s/ Geoffrey D. Allen /s/
Geoffrey D. Allen
DC Bar No. 288142
1730 Rhode Island Ave., N.W.
Suite 206
Washington, DC 20036
(202) 778-1167
*Attorney for Plaintiff*

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov
*Attorneys for Defendant*