UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW INGRAM, JR.,          ) | |
|                ) | |
|     Plaintiff,         ) | |
|                ) | |
| v.         ) | Civil Action No. 06-1262 (EGS) |
|                ) | |
| DISTRICT OF COLUMBIA,         ) | |
|                ) | |
|     Defendant.         ) | |
| _____) | |

ORDER

Upon consideration of the defendant District of Columbia's motion for partial summary judgment, the memorandum of points and authorities filed in support thereof, and any opposition and reply thereto, it is by the Court this _____ day of _____, 2007,

ORDERED, that the defendant District of Columbia's motion for partial summary judgment is hereby GRANTED; and it is,

FURTHER ORDERED, that the plaintiff's claim for negligence (Count I) is hereby DISMISSED.

_____
EMMET G. SULLIVAN
U.S. DISTRICT JUDGE