UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

OFFICE OF THE ATTORNEY GENERAL

_____

MATTHEW INGRAM, JR.

    Plaintiff,

v.                              Civil Action No.06-1262
                                (EGS)
DISTRICT OF COLUMBIA

    Defendant

_____


Tuesday,

August 14, 2007

DEPOSITION OF:

      MATTHEW INGRAM, JR.


was called for examination by counsel for the
District of Columbia, pursuant to notice of
deposition in the Office of Attorney General,
441 4th Street, N.W., Washington, D.C., when
were present on behalf of the respective
parties:


Reporter: Sam Wojack


NEAL R. GROSS AND CO., INC.
202-234-4433

e56184f5-1270-438a-a183-cd84e06f983c

Page 2

APPEARANCES:


On Behalf of the District of Columbia:


CARL J. SCHIFFERLE, ESQ


Of:    D.D. Office of the Attorney General

       441 4th Street, N.W.

       Suite 600S

       Washington, D.C. 20001

       202-724-6624




On Behalf of the Plaintiff:


GEOFFREY D. ALLEN, ESQ.

1730 Rhode Island Avenue, N.W.

Suite 206

Washington, D.C. 20036

202-778-1167

e56184f5-1270-438a-a183-cd84e06f983c

TABLE OF CONTENTS

WITNESS          DIRECT   CROSS   RE-DIRECT

Matthew Ingram 4        196      204


EXHIBITS          MARKED

Deposition

Number 1        167


South One Photographs


Number 2        175

G. Allen letter 10/4/05


Number 3        180

G. Allen letter 10/3/05


Number 4        180

G. Allen letters (3)


Number 5        181

Disciplinary reports

1                    P-R-O-C-E-E-D-I-N-G-S

2                                        11:00 a.m.

3      Whereupon,

4                    MATTHEW INGRAM, JR.

5      was called for examination by counsel, having

6      been first duly sworn, assumed the witness,

7      was examined and testified as follows:

8                    DIRECT EXAMINATION

9          BY MR. SCHIFFERLE:

10             Q    Good morning, Mr. Ingram.  My

11     name is Carl Schifferle, as you may know, but

12     I just wanted to introduce myself again.

13             A    Good morning.

14             Q    I am the attorney who is repre-

15     senting the Defendant in your case, who is the

16     District of Columbia and the purpose of why

17     you're here today is so the Defendant, through

18     me, can ask you questions about your case and

19     try to learn all the facts and circumstances

20     that you know about your case.  Do you

21     understand that?

22             A    I sure do.

e56184f5-1270-438a-a183-cd84e06f983c

Page 5

1          Q    Let me know if you don't under-

2    stand a question that I ask you.  I can always

3    re-state it or rephrase it.  But if you do

4    answer, I'll assume you understood the

5    question that I asked.  Is that fair?

6          A    It's fair enough.

7          Q    Okay, also let me know if you

8    don't know or don't remember the information

9    that is sought by a question.  Again, if you

10   answer, I'll assume you're answering based on

11   what you know and what you remember.  Is that

12   okay?

13         A    Uh-huh.

14         Q    And if you could just say, for

15   example, `yes' or `no'.

16         A    Okay, yes or no, got you.

17         Q    Okay, and for the benefit of the

18   Court Reporter, try to give a verbal response,

19   rather than shaking your head.  Also, try to

20   keep your voice up, so the Court Reporter can

21   hear you and please allow me to finish my

22   question before you start your answer.

e56184f5-1270-438a-a183-cd84e06f983c

1      Likewise, I'll try to allow you to finish your

2      answer before I start my next question.  If we

3      start talking over each, it makes it difficult

4      for the Court Reporter.  Is that okay?

5           A    Yes.

6           Q    If you need to take a break for

7      whatever reason, just let me know and we can

8      take a break.

9           A    Okay.

10           Q    I ask if at some point during

11      the deposition today, you realize an answer

12      you previously gave to an earlier question I

13      asked you is somehow inaccurate or incomplete,

14      if there's something you want to change about

15      a previous answer, feel free to stop me, let

16      me know and we can go back and address it.  Is

17      that okay?

18           A    Yes.

19           Q    Is there any reason, such as

20      illness or medication that you might be taking

21      that you can't -- or that you're unable to

22      focus on my questions and provide complete and

e56184f5-1270-438a-a183-cd84e06f983c

Page 7

```
 1          truthful responses today?

 2               A     No.

 3               Q     Did you do anything to prepare

 4          for your deposition this morning?

 5               A     No.

 6               Q     Other than speaking with your

 7          attorney, did you speak with anyone in

 8          preparing for your deposition today?

 9               A     No.

10               Q     Did you look at any documents or

11          review any documents, in preparing for your

12          deposition?

13               A     No.

14               Q     For the record, what's your

15          current address?

16               A     2323 Skyline Place, Southeast.

17               Q     And how long has that been your

18          address?

19               A     About 10 or 11 years.

20               Q     Okay, and does anyone live with

21          you there now?

22               A     Yes.
```

e56184f5-1270-438a-a183-cd84e06f983c

Page 8

1      Q      Who?

2      A      My mother and my sister.

3      Q      And your mother's name is?

4      A      Rosa Euvon.

5      Q      What is your sister's name?

6      A      Yolanda Euvon.

7      Q      Are you married or engaged?

8      A      No.

9      Q      Do you have any children?

10     A      Yes.

11     Q      How many children?

12     A      I got a son.

13     Q      How old?

14     A      Four.

15     Q      But he does not live with you?

16     A      No.

17     Q      Do you have a driver's license?

18     A      Yes.

19     Q      Is that in D.C.?

20     A      Yes.

21     Q      Has that license ever been

22     suspended or revoked for any reason?

e56184f5-1270-438a-a183-cd84e06f983c

```
 1              A      No.

 2              Q      And is it subject to any

 3      restrictions, such as you have to wear glasses

 4      or contacts?

 5              A      No.

 6              Q      Did you complete high school?

 7              A      No.

 8              Q      How far did you go?

 9              A      I went to the twelfth.

10              Q      You went to twelfth grade, but

11      did not finish twelfth grade?

12              A      Yes.

13              Q      Is there a reason that you did

14      not finish?

15              A      Yes.

16              Q      What was that?

17              A      Due to my case.  I wasn't able to

18      finish.

19              Q      Those are criminal cases you're

20      referring to?

21              A      Yes.

22              Q      Are you currently in any sort of
```

e56184f5-1270-438a-a183-cd84e06f983c

1        GED or other education or training?

2              A      No, not at this moment.

3              Q      The criminal cases that you

4        mentioned, what was the first one?

5              A      The first one was murder.

6              Q      And there was a second murder

7        charge against you later?

8              A      Yes.

9              Q      Okay, any other criminal cases

10       or criminal charges ever brought against you?

11             A      No.

12             Q      Have you ever been a Plaintiff

13       or brought any other law suit, other than this

14       case?

15             A      No.

16             Q      Have you ever been a Defendant

17       or sued in any civil case?

18             A      No.

19             Q      Do you have any outstanding

20       child support orders?

21             A      No.

22             Q      Any outstanding civil protection

e56184f5-1270-438a-a183-cd84e06f983c

Page 11

1          orders?

2                A      No.

3                Q      Other than perhaps the two

4    criminal cases we talked about, have you ever

5    given testimony before in any case, whether in

6    Court or at a deposition like this?

7                A      No.

8                Q      Are you employed?

9                A      No.

10                Q      When was the last time you were

11    employed, if at all?

12                A      July.

13                Q      Where were you working then?

14                A      I was working for this roofing

15    called L & M.

16                COURT REPORTER: Excuse me, can you

17    speak up on names like that?

18                A      It's called L & M Roofing

19    Contract.

20                BY MR. SCHIFFERLE:

21                Q      Is there a particular supervisor

22    there?

e56184f5-1270-438a-a183-cd84e06f983c

Page 12

1          A    Yes.

2          Q    Who is that?

3          A    His name is David Linnerman.

4          Q    Do you know how to spell that

5    last name?

6          A    No.

7          Q    Did you say Linnerman?

8          A    Yes.

9          Q    How long did you work at L & M?

10         A    Seven months.

11         Q    Is there some reason you left?

12         A    Yes.

13         Q    What was that?

14         A    I was -- had a hip problem.  I

15   was having a problem with my hip.

16         Q    Can you describe that problem

17   for me?

18         A     It's just unbearable pain that

19   constantly comes and goes.  Sometimes it came

20   -- I would wake up, can't get out of bed.  So,

21   due to that.

22         Q    Were you motioning towards your

1        right hip?

2            A    Yes, right hip.

3            Q    And would this problem be

4        noticeable when you did something in

5        particular, like bending or walking or running

6        or anything like that?

7            A    Yes.

8            Q    Can you be more specific when

9        the problem was noticeable?

10           A    I mean, it was noticeable like,

11       sometimes like, on the job, I couldn't carry

12       things or go up the ladder sometimes, where I

13       had to sit down for a moment, you know, things

14       of that nature.

15           Q    And what were your duties?  What

16       sort of tasks did you have to perform when

17       working for L & M Roofing?

18           A    Basically, anything that has to

19       do with roofing, gutters, shingles or

20       cementing, stripping, everything.

21           Q    Climbing ladders?

22           A    Number one, you got to get up

e56184f5-1270-438a-a183-cd84e06f983c

Page 14

1        there.

2              Q     Any other reason that you left

3        L & M Roofing, other than the hip problem you

4        mentioned?

5              A     No.

6              Q     Did you work somewhere before

7        L & M?

8              A     What?

9              Q     Before L & M, that job, did you

10       have another job before that?

11             A     No.

12             Q     So, in your lifetime, basically,

13       the only job you've had is the L & M Roofing

14       job?

15             A     You're saying just prior or

16       you're saying since I've been home, if I've

17       had any job before L & M, or you're talking

18       about past?

19             Q     Any time in the past.

20             A     Yes, I had jobs in the past.

21             Q     Okay, what was the most recent

22       job before L & M?

e56184f5-1270-438a-a183-cd84e06f983c

Page 15

1          A      The most recent job before

2     L & M -- I was working for William C. Smith,

3     maintenance.

4          Q      What year was this?

5          A      This was 2001.

6          Q      So, this was before you -- before

7     any of the murder charges against you?

8          A      Right.

9          Q      And what sort of job did you do

10    for William C. Smith?

11         A      I just did ground keeping.

12    Basically, kept the community and the complex

13    clean, things of that nature.

14         Q      For L & M Roofing, did that have

15    a -- that company have an address or a phone

16    number?

17         A      The address was 1921 9th Street

18    Northwest.

19         Q      And the hip problem that you

20    talked about, that caused you to leave L & M

21    Roofing, is that an injury that you sustained

22    on that job or did that occur somehow -- some

e56184f5-1270-438a-a183-cd84e06f983c

Page 16

1       other way?

2              A     It started when I started work-

3       ing the job, but I don't know where it came

4       from because I ain't never had no injuries.

5       So, probably it's from the job, falling or --

6       it just came.

7              Q     Okay.  You started noticing it

8       when you first began working for L & M

9       Roofing?

10             A     Uh-huh.

11             Q     I'm sorry, you have to --

12             A     Yes.

13             Q     All right.  Now, your time at

14      the D.C. jail, do you recall what years you

15      were at the D.C. jail?

16             A     Yes, 2002, a little bit of 2003,

17      that's when I came home.  I went back in 2004

18      and came home December 2006.

19             Q     Now, that first time period, 2002

20      to 2003, were you in South One?

21             A     For my last seven months, where

22      I was acquitted, yes.

e56184f5-1270-438a-a183-cd84e06f983c

Page 17

1          Q      Okay, and then the time period

2     from 2004 to December 2006, were you in South

3     One that whole time?

4          A      Yes.

5          Q      And during the time in South One,

6     when were you permitted to leave your cell?

7          A      When it's rec time, legal visits,

8     social visits.  I had to go to infirmary for

9     medical issues, Court and that's about it.

10         Q      How often did you have rec in

11    South One?

12         A      Every other day, except for

13    Sundays.

14         Q      Did you shower during that rec

15    period?

16         A      Yes.

17         Q      And how long was the rec period?

18         A      An hour.

19         Q      Would you exercise during that

20    rec period?

21         A      Yes.

22         Q      What sort of exercise?

e56184f5-1270-438a-a183-cd84e06f983c

Page 18

1          A     Go to the rec cage, pull up,

2     we had a pull up bar, dip bar, basket ball

3     court.

4          Q     You would do pull ups?

5          A     Pull ups.

6          Q     During your time in South One,

7     when were you required to submit to a strip

8     search?

9          A     Basically, when we were coming

10    out the cell or if they come down -- if they

11    come and they do a major shake down.  That's

12    it.

13         Q     Whenever you came out of your

14    cell, each time, you were strip searched?

15         A     No.

16         Q     Sometimes you were?

17         A     Sometimes.

18         Q     Okay.

19         A     It depends on who the officer is.

20         Q     Do you know whether there was

21    any rule for South One, that inmates had to be

22    strip searched whenever they left their cell?

e56184f5-1270-438a-a183-cd84e06f983c

Page 19

```
 1          A      Yes, I heard that there was

 2      a rule.

 3          Q      Okay.  But when you said before,

 4      it depends on the officer, not every officer

 5      followed what you understood was the rule?

 6          A      Exactly.

 7          Q      Okay, and how often would there

 8      be shake downs?

 9          A      They did them, but South One,

10      they'd have lock down and when you come --

11      even when you come out of your cell, they goes

12      in your cell, if you ain't in there, just to

13      check your cell and stuff.

14              So, we didn't get them that often,

15      but we got them.

16          Q      I'm just wondering a time period.

17      Would it be maybe once a month?  More often?

18      Less often that there would be a shake down of

19      the South One unit?

20          A      They might come three or four

21      times a month, then don't -- then they might

22      don't come for two or three months.
```

e56184f5-1270-438a-a183-cd84e06f983c

Page 20

1          Q      Okay.

2          A      I really can't tell you that.

3          Q      When you mentioned before that

4     the strip searching depended on the officer

5     when you left your cell, were there particular

6     officers who always did the strip search at

7     that time?

8          A      I meant officers of the unit, they

9     did it, but like I said, it depends on what

10    officer comes in your cell and brings you out.

11         Q      Well, let's say Sergeant Reese

12    was the correctional officer who would always

13    do a strip search and take you out of your

14    cell?

15         A      No, he does it, but any officer

16    -- he ain't an officer that does it all the

17    time.

18         Q      I'm sorry, he is not an officer

19    who does it all the time?

20         A      Uh-huh.

21         Q      I'm sorry, if you could just

22    answer.

e56184f5-1270-438a-a183-cd84e06f983c

Page 21

1          A      I said -- could you repeat

2      the question again?

3          Q      Sure.  Sergeant Reese, was he

4      a correctional officer who would strip search

5      you every time he took you out of your cell?

6          A      You're talking about me

7      personally?

8          Q      Right.

9          A      No.

10         Q      Were there other correctional

11     officers who would always strip search you

12     when taking you out of your cell?

13         A      By me being -- I meant, I have

14     went through the stages of it, but by me being

15     housed in South One for so long, and it was by

16     force, not by choice, they was kind of,

17     lingering on me when it was time to come out,

18     because I was down there because of the

19     Courts, not because of disciplinary -- I

20     guess, I'm bad.

21              So, the majority of time, you

22     know, they come to my cell, "Are you ready for

e56184f5-1270-438a-a183-cd84e06f983c

Page 22

1     wrap," get dressed and I come out.  But when

2     you come out, an officer always goes in your

3     cell and searches your cell.

4          Q    So, the majority of time that you

5     were in South One and taken out of your cell,

6     you were not strip searched?

7          A    Like I was saying, some times I

8     was, and then there was times that I wasn't.

9          Q    Okay.

10          A    It depends on what officer comes

11     to your cell.  You know, you got the officers

12     that follows all the rule and you got the

13     officers who don't.

14          Q    Are there particular officers

15     that you have in mind, who follow all the

16     rules?

17          A    Well, in -- what do you mean?

18     Like, do I know names of officers?

19          Q    Right.

20          A    Not really.  I can't remember

21     their names like that.

22          Q    Well, what about Sergeant Reese?

e56184f5-1270-438a-a183-cd84e06f983c

Page 23

1        Was he a stickler for the rules?

2             A     Sergeant Reese?  Sergeant Reese,

3    he don't follow no rules.

4             Q     He didn't follow the rules at all?

5             A     No, he don't follow no rules.

6             Q     Okay.

7             A     He got his own rules.

8             Q     Can you explain that to me?

9             A     I don't know.  Sergeant Reese,

10   I mean, he got his own rules.  What I mean by

11   his own rules?  His rules, whatever he says

12   goes, goes.  If it don't, then there could be

13   consequences.

14            Q     Were there particular rules that

15   Sergeant Reese had?

16            A     Rules that he liked to pick and

17   nag at people all the time.

18            Q     Okay.

19            A     Curse people out.  Did a lot of

20   macing.  That was his favorite thing.

21            Q     In your experience during your

22   time in South One, was it usual or unusual for

e56184f5-1270-438a-a183-cd84e06f983c

Page 24

1    you to be strip searched when taken out of

2    your cell?

3         A    It was usual.

4         Q    Okay, but not all the time?

5         A    Not all the time.  Not if you

6    just say -- you're just -- ain't going no

7    where, somebody just come up and say you name,

8    "Take your clothes off."  That's unusual.

9              But usually, yes, stay calm, "You

10   got a legal visit," or "You have a social

11   visit," or "You got to go to infirmary," then

12   you have to come out of your cell.  That's

13   usual, yes.  Strip down, whatever, put your

14   clothes on, go out.

15        Q    Okay.  So, if I understood

16   correctly, whenever you were taken out of your

17   cell for rec, you were usually not strip

18   searched, but when you were taken out for a

19   visit or for the infirmary, usually you were

20   strip searched?

21             MR. ALLEN: I'll object.  I don't

22   think that's -- that's leading and I don't

e56184f5-1270-438a-a183-cd84e06f983c

Page 25

1           think that's what he said.

2                      BY MR. SCHIFFERLE:

3           **Q      Okay, correct me if I'm wrong.**

4           **A      Yes, you're wrong.**

5           **Q      Okay.**

6           **A      I meant -- I'm saying basically,**

7           **if you come out of your cell for rec, you're**

8           **going out of the unit -- I meant, like I said,**

9           **you got officers that make you strip down when**

10          **you come out and you got officers that let you**

11          **come on out.**

12          **Q      So, it just depended on the**

13          **officer, whether you were strip searched, when**

14          **you were taken out of your cell?**

15                     MR. ALLEN: What are we talking

16          about, for rec or for everything?

17                     MR. SCHIFFERLE: Well, I assume for

18          everything.

19                     MR. ALLEN: He already said that

20          when he was going for legal and stuff like

21          that, it was usual.

22                     MR. SCHIFFERLE: Well, that's why I

e56184f5-1270-438a-a183-cd84e06f983c

Page 26

1        tried to ask that question before.

2                    MR. ALLEN: So, are you focusing

3        now on others, like just for rec?

4                    BY MR. SCHIFFERLE:

5            Q    Well, let me ask -- right, was it

6        more typical that you would be searched --

7        strip searched when taken out of your cell for

8        a visit or for the infirmary, as opposed to

9        when you were taken out to go to rec?

10           A    I meant, like I was saying, you

11       -- it's different officers and you got

12       officers that it don't matter where you're

13       going.  If you're just going from your cell to

14       the shower, you got officers that might make

15       you strip and you got ones that might don't.

16           Q    So, whether you were strip

17       searched when taken out of your cell, it

18       mainly just depended on who -- which officer

19       was taking you out?

20           A    Yes.

21           Q    When you showered during the

22       rec period, was the shower open or was there

e56184f5-1270-438a-a183-cd84e06f983c

Page 27

1    a shower curtain or some sort of obstruction?

2         A    Yes, they had a structure.  They

3    had a gate that they shut, once they put you

4    in there.  They'd lock it.

5         Q    Okay, could a correctional

6    officer see through the gate into the shower?

7         A    Yes.

8         Q    On the occasions when you were

9    strip searched, when you were taken out of

10   your cell, can you describe the typical or

11   usual procedure?

12        A    Yes, they had you take off all

13   your clothes, hand it to them through the

14   cell, check it, tell you to open your mouth,

15   raise your hands, raise your nuts, turn

16   around, squat, cough, turn back around, put on

17   your clothes, call me when you're ready.

18        Q    Did you ever have any particular

19   complaint about the strip search procedure,

20   during your time in South One?

21        A    Like?

22        Q    That it was being done

e56184f5-1270-438a-a183-cd84e06f983c

Page 28

1    unnecessarily or too often or too invasivly?

2        A    I mean, some guys complained,

3    you know what I'm saying.  Some people ain't

4    feel in the mood for it, only if they doing

5    the procedure wrong, guys would complain about

6    it.

7        Q    I'm just wondering if you, your-

8    self had any particular complaint during the

9    time in South One.

10        A    I mean, yes, if they came to my

11    cell and told me to strip and they was trying

12    to make me do something that's unusual, yes,

13    I have a problem with that.

14        Q    Do you remember an occasion

15    where a correctional officer made you do

16    something unusual in the course of a strip

17    search?

18        A    Yes.

19        Q    What was that?

20        A    You know, you got the correctional

21    officers that like to be funny, you know, for

22    instance, like Reese.  You got guys who want

e56184f5-1270-438a-a183-cd84e06f983c

Page 29

```
1        to come up to your cell and they want to play

2        sex games and you know, instead of following

3        procedure, they want you to turn around and

4        bend over and spread your cheeks and all this

5        and that, instead of doing it the right way.

6                  I guess, they're feeling they got

7        that power or the authority and you don't

8        apply, then they want to take it to another

9        level.

10           Q    Okay, and did you have specific

11       complaints about Sergeant Reese, in regards to

12       any strip searches that he made you do?

13           A    Yes.

14           Q    Can you describe that for me?

15           A    Came in my cell at a particular

16       time and tried to make me strip.  He tried to

17       make me -- once, he tried to make me strip --

18       force some toilet paper, he wanted to come in

19       my cell and see if I had toilet paper, just so

20       I could get some.

21                  Another time, he made me strip,

22       but when he does it, he don't follow
```

NEAL R. GROSS AND CO., INC.
202-234-4433

e56184f5-1270-438a-a183-cd84e06f983c

Page 30

1       procedure.  So, he's a real irking guy.  He

2       likes to play a lot of games with people,

3       especially when he feels he's got the

4       authority over them.

5            Q     Okay.   How did Sergeant Reese

6       not follow procedure, regarding the strip

7       searches?

8            A     Because when he strip searches

9       you, he makes sexual comments.  He might tell

10      you, "Bend over, let me see that ass," or

11      "Bend over and let me see that third eye," or

12      "Spread them cheeks wide," things of that

13      nature.

14           Q     You mentioned there was on

15      occasion where Sergeant Reese wanted to come

16      into your cell to see whether you had toilet

17      paper, before he would give you more toilet

18      paper.

19           A     Yes, I didn't understand that.

20      I mean, you ask for toilet paper, and he want

21      to -- and you might have got some in your

22      cell, "As a matter of fact, strip.  If you

e56184f5-1270-438a-a183-cd84e06f983c

1    want some toilet paper, strip.  Come out your

2    cell and let me come in there.  If you ain't

3    got none, then I'll give you some."

4          He used to keep the toilet paper

5    locked up, in the lockers and stuff, so the

6    other officers in there couldn't give us none

7    and the next shift that comes, couldn't give

8    us no toilet paper.  Just terrible.

9        Q     Do you know whether there was a

10   rule that you were only allowed one roll of

11   toilet paper or some number of roles of toilet

12   paper?

13       A     Yes, there was a rule to that,

14   but as long as you got that cork -- if you got

15   an empty cork and you're trying to get some

16   toilet paper, you should be allowed to get it.

17       Q     What did you understand the rule

18   was about the amount of toilet paper?

19       A     The rule was if you ran out of

20   toilet paper, you got to have the cork, in

21   order to get some more.  So, if you got the

22   cork, you get it.  If not, then you can't get

e56184f5-1270-438a-a183-cd84e06f983c

Page 32

1    it.

2            Q    Were you suppose to just have

3    one roll of toilet paper?

4            A    Yes.

5            Q    I'm sorry?

6            A    I mean, I ain't never seen no

7    rules or seen nothing written, that you're

8    suppose to have one roll of toilet paper.  But

9    I mean, I heard it out of the correctional

10    officer's mouth, like that.  But not -- as far

11    as written, no seeing it in the handbook.

12            Q    But you were told or you under-

13    stood that the rule was one roll of toilet

14    paper that you were allowed to have?

15            A    That's what I was told, but I

16    never seen it in no rules, regarding to that.

17            Q    Were there other correctional

18    officers, besides Sergeant Reese, who you had

19    complaints about how the conducted the strip

20    searches?

21            A    No.

22            Q    Just Sergeant Reese?

e56184f5-1270-438a-a183-cd84e06f983c

Page 33

1          A      Yeah.

2          Q      I'm sorry, if you could just say

3      `yes' or `no', because I'm not sure the Court

4      Reporter is getting it.

5          A      Yes.

6          Q      Okay.  What periods of time were

7      you -- during what periods of time were you in

8      South One, when Sergeant Reese was assigned to

9      South One?

10         A      I was in South One when Reese

11     was there, when they took him out the unit,

12     when the brought him back, they took his mace

13     from him because he was macing too may people.

14     Eventually, they gave it back to him and

15     nothing changed, and then, when he left again.

16         Q      We'll say during your first time

17     at the D.C. jail, 2002 to 2003, or at least

18     the last seven months, where you were in South

19     One during that particular time period, was

20     Sergeant Reese assigned to South One then too?

21         A      Yes.

22         Q      And then was Sergeant Reese

e56184f5-1270-438a-a183-cd84e06f983c

Page 34

1      assigned to South One in 2004, when you came

2      back to the jail?

3          A      Two-thousand-four?  If I'm not

4      mistaken, I don't think he was in there in

5      2004 when I came.  He did come back to South

6      One while I was in there during my stay.

7          Q      Do you know how long you had

8      been in there the second time, beginning in

9      2004, when Sergeant Reese came back to South

10     One?

11         A      I'd say some months.  But I do

12     know the time that I was in there for 2004

13     until I left, he had been in there, they took

14     him out, and then brought him back.

15         Q      Okay, and when you mentioned

16     Sergeant Reese being taken out and brought

17     back, are you saying that he was brought back

18     some months after you arrived at the jail the

19     second time in 2004?

20         A      No, I'm saying at the time that

21     I was there, between 2004 and 2006 when I

22     left, he was in there, he was taken out and he

e56184f5-1270-438a-a183-cd84e06f983c

Page 35

1      was brought back in.

2           Q     So, if I understand correctly,

3      when you first arrived at South One, during

4      your second time at the jail beginning in

5      2004, Sergeant Reese was not assigned to South

6      One at that time.  But some months later, he

7      was assigned to South One?

8           A     Yes, if I ain't mistaken, he

9      wasn't in there when I came back in, in 2004.

10          Q     All right, and then it was later

11     that he was then taken out of South One and

12     then brought back to South One, again, while

13     you were still in South One?

14          A     Right.

15          Q     Okay, and what were you told or

16     what did you learn about the reason why

17     Sergeant Reese was taken out of South One?

18          A     Well, what I know was he was

19     taken out because he started a -- he kept a

20     lot of confusion going on and he was -- they

21     said he was trigger-happy with the mace, and

22     they took him out.

e56184f5-1270-438a-a183-cd84e06f983c

Page 36

1      Q      And do you know how long he was

2   taken out, before he came back to South One?

3      A      He was gone for a good while.

4   I would say at least between six to eight

5   months.

6      Q      And then when he came after that

7   six to eight months, was that before the

8   incident in your case, September 27, 2005?

9      A      Yes, that was before.

10      Q      And then how long had he been

11   back at South One after that six to eight

12   months, before the incident in your case of

13   September 27, 2005?

14      A      I'd say probably a couple of

15   months.  It wasn't long.

16      Q      Do you know if any particular

17   inmates had complained about Sergeant Reese's

18   use of mace, that led to him being taken out

19   for the six to eight months?

20      A      Most definitely.

21      Q      Do you any particular -- do you

22   know the names of inmates who complained?

e56184f5-1270-438a-a183-cd84e06f983c

Page 37

1           **A**      **No.**

2                  MR. ALLEN: I'm sorry, which period

3       are we talking about now, the period before he

4       was taken out?

5                  MR. SCHIFFERLE: Right.

6                  MR. ALLEN: Okay.

7           **A**      **No, I don't know the names, but**

8       **I just know that he used the mace so**

9       **frequently, there was always complaints about**

10      **it, not just by the inmates, but by officers**

11      **as well.**

12                 BY MR. SCHIFFERLE:

13          **Q**      **Okay, but you don't know the**

14      **names of any particular inmates or**

15      **correctional officers who complained about**

16      **Sergeant Reese's use of mace, before the time**

17      **period that he was taken out?**

18          **A**      **No, I can't remember their names.**

19          **Q**      **Did you have any complaint about**

20      **Sergeant Reese using mace against you?**

21          **A**      **Yes.**

22          **Q**      **Okay.  How many occasions?**

e56184f5-1270-438a-a183-cd84e06f983c

Page 38

1          A       He used it on me -- let me see,

2      at the time that the incident happened,

3      September 27th.  He used it on me about twice

4      that day.

5          Q       Okay, before that day, September

6      27, 2005, did you have complaints about

7      Sergeant Reese using mace on you?

8          A       Not on me.

9          Q       Did you have complaints about

10     Sergeant Reese using mace on anyone else?

11         A       Yes, because when you spray that

12     mace, it don't just affect the person that

13     you're spraying.  It affects everyone that's

14     around.  Everyone that's -- like, if he came

15     right now and sprayed you with that mace, it

16     won't just affect you.  It will affect all

17     three of us too.  Stuff takes your breath

18     away.

19         Q       Then do you -- again, before

20     September 27, 2005, do you remember any

21     specific incident where Sergeant Reese used

22     mace and you felt it was inappropriate or you

e56184f5-1270-438a-a183-cd84e06f983c

1       had a complaint about it?

2              A      One incident, he sprayed a guy

3       in the shower, closed it off and everybody was

4       choking and coughing.  We couldn't breathe.

5       I mean, he sprays it so much, it's -- I do

6       remember one incident where he sprayed a guy

7       in the shower and everybody was choking and

8       coughing, trying to get out, me personally, I

9       was trying to get out of there.  They shut the

10      thing off, so they can't hear you banging or

11      trying to call.

12             Q      Do you remember the name of the

13      inmate who was maced in the shower?

14             A      I only know him by his nickname.

15      I don't know his name.

16             Q      What was his nickname?

17             A      They called him Pinball.

18             Q      And did you see or overhear the

19      circumstances that led up to the use of mace

20      on the inmate in the shower?

21             A      Yes.

22             Q      What did you see or hear?

e56184f5-1270-438a-a183-cd84e06f983c

Page 40

1           A      I just now Reese walked down

2      there, he was getting out of the shower.  I

3      know Reese was trying to get -- told him to

4      get out of the shower and he was saying

5      something about, "I'm rinsing the soap off of

6      me," and he was like, "Well, man, bring your

7      ass out of the shower right now.  When I come

8      out of here, you'd better be dressed and be

9      ready."

10              He came back and he was outside

11      the shower, naked, drying off and Reese just

12      maced him and started spraying him.

13          Q      Was this something you were able

14      to see from your cell?

15          A      Yes, from my -- I meant from my

16      cell, I wouldn't see exactly -- like, if

17      somebody is standing in front of the shower,

18      I can see them.  I can see the person standing

19      in front of the shower.  But in the shower,

20      no, I can't see all of the way in the shower,

21      because it got glass where you would look to

22      see through the glass.

e56184f5-1270-438a-a183-cd84e06f983c

Page 41

1          Q      Could you overhear everything

2     that was being said?

3          A      Yeah.

4          Q      And then after the date of the

5     incident, September 27, 2005, how long was

6     Sergeant Reese still assigned to South One,

7     before he ultimately was removed from South

8     One?

9          A      You said -- you're talking about

10     during the time of the incident, the 27th of

11     September?

12          Q      I'm not asking about that particu-

13     lar day.  I'm just wondering when the last

14     time was, where you were in South One and

15     Sergeant Reese was still assigned to South

16     One.

17          A      After that incident, he was still

18     in there for about a week, before they took

19     him out, because he had maced a few other

20     people.  Right after that incident -- after

21     that incident, he was still in the unit about

22     a week, walking around, talking trash, and he

e56184f5-1270-438a-a183-cd84e06f983c

Page 42

1     had maced a few other people, and that's when

2     they took him out.

3          Q     Okay.  So, a week after the

4     incident of September 27, 2005, was the last

5     time that Sergeant Reese was assigned to South

6     One while you were in there?

7          A     While I was in there.

8          Q     Any other complaints that you had

9     about Sergeant Reese?  We'll talk about the

10    incident itself, September 27, 2005, in a

11    little bit.  But I'm just wondering if you had

12    other complaints about him during your time at

13    South One.

14         A     I mean, besides the incident,

15    that man -- yes, me being in South One, I --

16    I ain't like his ways and the way he carried

17    things.  But me personally, I just tried to

18    lay back, you know what I'm saying, do my

19    time, focus on my case, so I can get out.

20              I kind of stayed out of the way.

21    I ain't bother nobody.  But Reese used to do

22    a lot of snake stuff, try to bother people or

e56184f5-1270-438a-a183-cd84e06f983c

Page 43

1       hurt people, put you down, lock down all day,

2       can't get out of the cell.  So, he would just

3       try to torture you, but I ain't really pay in

4       no mind.

5           Q    Can you give me specifics examples

6       of things he might have done to you, that you

7       thought were unfair, other than the date of

8       the incident itself?

9           A    Well, one day I came back from

10      Court and I went in my cell, my room was tore

11      up, all my papers was on the floor, pictures

12      was on the floor, and I come back from Court

13      and looked at my cell and they tell me Reese

14      been in my and he did my cell like that.

15              I see Reese the next day, when he

16      came to work on his shift.  I asked him, I

17      said, "Why would you violate my property like

18      that?"  I mean, if you come in my room to

19      search -- he didn't have to have my pictures

20      and my papers, my legal papers and everything,

21      spread it out on the floor and all of that.

22              Sometimes guys get the -- where

e56184f5-1270-438a-a183-cd84e06f983c

Page 44

1          they want -- you know, a flood.  My papers and

2          stuff could have got wet, laying on the floor.

3          I had my blanket on the floor and everything.

4          "Shut up, Chump.  You ain't going to do

5          nothing."  That's the type of stuff he would

6          say.  "Clean it up, Nigger," or something like

7          that.  I ain't do nothing.  What could you do?

8               Q     This particular incident you

9          described, how long before September 27, 2005

10         was that?

11              A     I really can't pin-point how long,

12         but like I was saying, it's an ongoing thing,

13         not just with me, but with other guys.  He

14         just -- he wanted to be that macho-man.  He

15         can't be touched.  He just -- that's the type

16         of guy he was, you know what I'm saying?  He

17         feels he's got the advantage over you.  He

18         going to take it all the way full throttle.

19                   But me being me, I was laid back,

20         quiet.  I stayed in my cell, you know.  He

21         didn't really bother me that much.  He had his

22         times where he might want to -- you know, pick

e56184f5-1270-438a-a183-cd84e06f983c

Page 45

1        on somebody.  That's how it is.

2                Q      Again, other than September

3        27, 2005 and what you've already talked about,

4        any other specific instances, again, where you

5        felt that Sergeant Reese treated you unfairly

6        or inappropriately?

7                A      No.  As far as the incident on

8        the 27th, I think that was the worst one.  But

9        other than that, everything else was minor to

10       me.

11               Q      I'm sorry, everything else?

12               A      Everything else was minor to me,

13       because there's nothing I can do, you know

14       what I'm saying, about nothing.  He come in my

15       cell, mess my cell up or he wanted me to strip

16       just to get toilet paper, things like that,

17       that's aggravating.

18                       When he put you in the shower, you

19       got ten minutes in the shower.  Ten minutes?

20       It take half of that to get undressed to get

21       in the shower.  So, aggravating stuff like

22       that.  But other than that -- you know.

e56184f5-1270-438a-a183-cd84e06f983c

1          Q      Was that you understanding, that

2      the rule was you were limited to 10 minutes in

3      the shower?

4          A      I never seen it.  Like I was

5      saying, yes, I heard it, but I never seen it.

6      When you come in here, they don't give you no

7      handbook with the rules.  So, I don't know.

8      I never seen it.  I heard officers say it.

9      That's it, word of mouth.

10         Q      Did you ever ask or request that

11     Sergeant Reese be removed from South One?

12         A      I won't say specifically that

13     I asked for him to be removed.  Me, myself,

14     specifically, I ain't never asked for him to

15     be removed from South One.  Me, myself, no.

16         Q      Did you hear of other inmates

17     asking or requesting that Sergeant Reese be

18     removed from South One?

19         A      I'm pretty sure, yes.  Pretty sure

20     other inmates requested that he be removed.

21     I'm pretty sure of that.

22         Q      Do you remember any of those

e56184f5-1270-438a-a183-cd84e06f983c

Page 47

1          inmates names?

2                    A      No.

3                    Q      But it was a number of inmates

4          asking for that?

5                    A      Yes.

6                    Q      Do you recall the other

7          correctional officers, besides Sergeant Reese,

8          who was assigned to South One, on the date of

9          the incident in your case, September 27, 2005?

10                   A      I know a few officers that worked

11         that shift with Reese.

12                   Q      Do you remember their names?

13                   A      Let me see, the main ones that

14         worked with Reese, their names -- I think they

15         called him Smitty, but I think his name was

16         Smith.  Another guy's name, Richardson.  A few

17         other correctional officers there.  I can't

18         really remember their names.

19                         I think they had a female in

20         there.  Her name was Dyson.  She always worked

21         a double all the time.  It's like one or two

22         more that I can't remember.

e56184f5-1270-438a-a183-cd84e06f983c

Page 48

1          Q     Other than Sergeant Reese, did

2     you have any complaints about any of the other

3     correctional officers who were assigned to

4     South One, before the date of the incident,

5     September 27, 2005?

6          A     I ain't had no problems with

7     no other correctional officers since the --

8     the whole time I've been in South One, for

9     almost three years where I came home, I never

10    had no problem with no correctional officer.

11    They never had no problem with me.  I wasn't

12    into all the `kid' stuff.  I laid back, read,

13    write, work out.  They had no problem with me.

14         Q     It was only Sergeant Reese, during

15    your time in South One, that you had a

16    complaint about?

17         A     That's it, Sergeant Reese.

18         Q     Now, in the days leading up to

19    September 27, 2005, did anything relevant

20    occur that related to what ultimately happened

21    on that date?

22         A     On the 27th?

e56184f5-1270-438a-a183-cd84e06f983c

Page 49

1          Q    Right.

2          A    You said did anything occur

3     on the 27th?

4               MR. ALLEN: No, I think he said a

5     couple of days prior.

6               BY MR. SCHIFFERLE:

7          Q    In the days leading up to

8     September 27, 2005, did anything occur that is

9     relevant or helps explain the incident on

10    September 27, 2005?

11         A    I don't know.

12         Q    Okay, then just describe for me

13    how the day started on September 27, 2005, the

14    date of the incident.

15         A    Well, the day started, Sergeant

16    Reese in the tier, get in an argument with

17    somebody, sprays his mace.  Mace flares,

18    everybody gets to choking and coughing and

19    people cursing Reese out.  Reese was cursing

20    people out.

21              Reese, he left, go get another

22    officer.  He came back, started walking down

e56184f5-1270-438a-a183-cd84e06f983c

Page 50

1          the tier with his mace in his hand, looking in

2          cells.  I'm in my cell, sitting at my desk.

3          Reese comes and he says, "Strip," like that.

4          I got -- like, my face was like this, because

5          the mace had me coughing.  I'm like, "Strip

6          for what?"

7                    He was like, "Don't worry about

8          it.  Just strip."  He was like, "You got a

9          certain amount of seconds to strip."

10                   So, me, I'm mad.  I'm being

11         arrogant, so I'm taking my time striping.  So,

12         he just maced me, just like that.  Started

13         spraying me.  Guys got to cursing, all

14         threatening him and so, he left the tier.

15                   He called more correctional

16         officer, more correctional officers and more

17         correctional officers.  Next thing I know,

18         it's about 20 of them.  They just started

19         going -- they just started coming on the tier

20         and they came to my cell.  It was like Pop 16.

21                   But the dude -- Reese -- Simpson

22         told him, Pop 16.  They was standing at my

e56184f5-1270-438a-a183-cd84e06f983c

Page 51

1       cell.  I came running out, because I didn't

2       want them to whoop me inside my cell, where

3       there wasn't no view or no cameras.

4               So, I got out the cell, they

5       continued to beat me.  They handcuffed me on

6       the tier, continued to beat me, kick me, stomp

7       me, twist my ankle, threw me down the steps

8       head first, while my hands was cuffed behind

9       my back, dragged me out there, took me -- on

10      my way to the infirmary, they constantly beat

11      me, took me down -- excuse me, on my way --

12      yes, supposedly going to the infirmary, they

13      took me down R & D.

14              They continued to beat me, then

15      from R & D, they took me up to the infirmary

16      and just left me.

17      Q       All right.  Let me go back and

18      sort of, start from the beginning.  I have

19      some follow up questions.

20              I guess the first thing that was

21      unusual that occurred on that day was Sergeant

22      Reese getting in an argument with somebody --

e56184f5-1270-438a-a183-cd84e06f983c

Page 52

1        an inmate?

2               A     Yes.

3               Q     Do you remember what -- roughly

4        what time of day this was?

5               A     This was -- he worked the day

6        shift from 8:00 a.m. to 4:00 p.m.  So, it was

7        during that time.

8               Q     Okay, and who was the other inmate

9        who was in the argument with Sergeant Reese?

10              A     Hall.

11              Q     Curly Hall?

12              A     Yes.

13              Q     What did you hear of their

14       argument?  What was being said?

15              A     I just heard Reese telling him,

16       "Strip, you bitch," something like that,

17       cursing him.  He was like, "Fuck you, Reese."

18       Reese was like, "Fuck me?  Fuck me?"  That's

19       when he sprayed the mace.

20                    Like I said, he left off the tier,

21       shut the tier off.  Everybody was cursing him

22       out.

e56184f5-1270-438a-a183-cd84e06f983c

Page 53

1                    MR. ALLEN: Okay, just let him ask

2       the next question.

3                    BY MR. SCHIFFERLE:

4            Q     Did you hear anything being said

5       about the reason for Sergeant Reese

6       instructing Curly Hall to submit to a strip

7       search?

8            A     I don't know what the reason was,

9       but I know he maced him.

10           Q     Okay, and --

11           A     I don't know.

12           Q     And Curly Hall refused to submit

13      to a strip search?

14           A     To my knowledge, he was striping.

15           Q     Well, you did hear Curly Hall

16      saying, "Fuck you," to Sergeant Reese, is that

17      right?

18           A     I heard both of them cursing

19      each other out.

20           Q     All right.  Were you able to see

21      Curly Hall or were you just able to hear him?

22           A     I couldn't see him.

e56184f5-1270-438a-a183-cd84e06f983c

Page 54

1          Q     And do you remember anything else

2     that was said between Sergeant Reese and Curly

3     Hall, before Sergeant Reese sprayed the mace?

4          A     I just know Reese maced him.

5          Q     Do you know --

6          A     And I heard him choking, that's

7     it.

8          Q     Okay.  Do you know how long

9     Sergeant Reese and Curly Hall were arguing

10    before Sergeant Reese sprayed the mace?

11         A     I can't put no time on it.

12         Q     And once Sergeant Reese sprayed

13    the mace, you heard other inmates start

14    cursing?

15         A     Yes, they was cursing.  In fact,

16    they couldn't breathe, "I can't breathe.  I

17    can't breathe.  I need to go to the infirmary.

18    I got asthma."  Reese was like, "Fuck you."

19    He got to cursing, "Fuck you all," things like

20    that.

21         Q     Okay, but did you hear other

22    inmates cursing, using swear words?

e56184f5-1270-438a-a183-cd84e06f983c

1          A     I heard them cursing in reference

2     to, they can't breathe.  "I can't breathe.  I

3     got asthma."  Guys had asthma.  Guys couldn't

4     breathe.  Guys was choking, throwing up from

5     the mace being in the air.

6          Q     And was there --

7          A     They're cursing because they

8     can't breathe, they want to get to the

9     infirmary.

10          Q     What inmates were cursing?

11          A     The inmates that was on the tier.

12          Q     Okay, do you know any specific

13     names?

14          A     I'm going to say everybody on

15     the tier.  I mean, the mace -- if you can't

16     breathe -- guys banging, can't breathe, you

17     know what I'm saying.  They're fearing for

18     their life.

19          Q     Were you saying or doing anything?

20          A     Yes, I couldn't breathe either.

21     I was trying to -- I wasn't trying to make too

22     much noise or keep yelling and opening my

e56184f5-1270-438a-a183-cd84e06f983c

Page 56

1    mouth.  I tried to -- so, I can -- I tried to

2    absorb all the oxygen that I could.  But I was

3    choking, eyes running.  I couldn't breathe.

4    I had a little shirt, trying to breathe

5    through it.

6           Q     You were in cell 16?

7           A     Right.

8           Q     Okay, what cell was Curly Hall

9    in?

10          A     He was two cells down from me.

11   He was in 19.

12          Q     Okay.  So, as you're looking --

13   okay, as you're looking out the front of your

14   cell, Curly Hall would be two or three cells

15   down on your left?

16          A     This is my cell, 16, 17, 18, 19.

17   He would be right here, on this side, same

18   side I'm on.

19          Q     All right, three cells down to

20   your left, as you're looking out?

21          A     Right.

22          Q     Did you yell or say anything after

e56184f5-1270-438a-a183-cd84e06f983c

Page 57

```
 1        the mace was sprayed, after the argument

 2        between Sergeant Reese and Curly Hall?

 3             A     Only time I said something was

 4        when he came to my cell.  He tried to make me

 5        strip.

 6             Q     Okay.  So, before Sergeant Reese

 7        came to your cell and directed you to strip,

 8        you didn't say or yell anything?

 9             A     I told you, I took a T-shirt, went

10        to the back of my cell and was trying to

11        regain oxygen, because I couldn't breathe.  My

12        eyes was running.  I know the more yelling I

13        did, the more it was going to be mace filling

14        up in my lungs and I wasn't going to be able

15        to breathe.

16                   But some guys, different strokes

17        for different folks.  Guys with asthma, guys

18        that can't -- you know what I'm saying, it was

19        just -- they just lose it, because we're

20        scared, you know what I'm saying.

21             Q     Okay.  So, until Sergeant Reese

22        came to your cell and told you to strip, you
```

e56184f5-1270-438a-a183-cd84e06f983c

Page 58

1      had your mouth covered and so therefore, you

2      weren't saying or yelling anything?

3              MR. ALLEN: Objection, leading.  Go

4      ahead, you can answer.

5          A    When he came to my cell --

6              BY MR. SCHIFFERLE:

7          Q    I'm asking before he came to

8      your cell, did you say or yell anything?

9          A    It's like I told you before,

10     when he came in my cell, I was in the back of

11     my cell.  I had my shirt like this, breathing

12     through my shirt, when he came to my cell.

13         Q    So, therefore, you didn't say

14     anything before Sergeant Reese came to your

15     cell?

16         A    I didn't say nothing.

17         Q    And were you banging on your

18     cell or trying to make noise in any way?

19         A    I've been in South -- when I

20     was in South One, I probably was the only

21     person that had been down there longer than

22     anybody.  So, I seen people get maced

e56184f5-1270-438a-a183-cd84e06f983c

Page 59

1      frequently.  So, no, I didn't over-react by

2      banging and yelling, because I already know

3      what to do.

4            Q     Okay.

5            A     I know what to do.  I ain't going

6      to over-react and get myself cranked up.  That

7      ain't going to do nothing buy make it worse.

8                  As I said, I grabbed the shirt,

9      put it on my face, went to the back of my cell

10     and just tried to re-gain oxygen.  That's it.

11           Q     That's all you did, until Sergeant

12     Reese --

13           A     Came to my cell.

14           Q     Okay, and how long after Sergeant

15     Reese used the mace on Curly Hall, did

16     Sergeant Reese come to your cell and tell you

17     to strip?

18           A     He left off the tier, came back

19     on the tier, I'd say within at least five or

20     ten minutes and he came right to my cell.  He

21     said, "Ingram, strip."

22           Q     Okay, and so, you didn't hear or

e56184f5-1270-438a-a183-cd84e06f983c

Page 60

1          see Sergeant Reese do anything else after

2          macing Curly Hall and before coming to your

3          cell?

4               A     Like I said, all I heard was him

5          go up the tier and he closed the tier door.

6          About five or ten minutes later, he came back

7          on the tier and came to my cell.

8               Q     And came directly to your cell?

9               A     Came directly to my cell.

10              Q     Okay, and so, you didn't have

11         any understanding and he didn't tell you why

12         he was coming to your cell?

13              A     No, just came to my cell.

14              Q     All right.

15              A     He was like, "Ingram, strip."  I

16         said, "For what?"

17              Q     Okay, and he said, "Don't worry

18         about it."

19              A     Yes.

20              Q     Okay, and he also told you, you

21         have a certain number of seconds to comply, is

22         that right?

e56184f5-1270-438a-a183-cd84e06f983c

1          A     Uh-huh.

2          Q     I'm sorry, if you could just

3    say --

4          A     Yes.

5          Q     Okay, and you were mad about

6    being asked to strip?

7                MR. ALLEN: Objection, leading, but

8    go ahead.

9          A     I just wanted to know what was

10   the reason.  What is the reason for you coming

11   in my cell, telling me to strip?

12               BY MR. SCHIFFERLE:

13         Q     Okay, and you took your time

14   complying?

15         A     Exactly.

16         Q     Okay, and you took your time

17   because you were upset with the request that

18   Sergeant Reese had made?

19               MR. ALLEN: Objection, leading.  Go

20   ahead, you can answer.

21         A     That had something to do with

22   it because I wanted to know what he was

e56184f5-1270-438a-a183-cd84e06f983c

1        striping me for, what was the reason.

2                  BY MR. SCHIFFERLE:

3        Q      Okay.

4        A      If I ain't did nothing.  I guess,

5    he was taking it out on the whole tier.

6        Q      Okay, and how long after Sergeant

7    Reese directed you to strip, did he mace you?

8        A      He told me I had -- he said,

9    "You got five seconds."  That's what he said,

10   and I took my time, and he just sprayed and

11   then moved on.

12       Q      Did he mace you five seconds

13   after he told you that you have five seconds

14   or was it a longer or shorter period of time?

15       A      He said, "You got five seconds,"

16   and after that, he maced me.

17       Q      And so, it was after five

18   seconds that he maced you?

19       A      That's what he said, I have five

20   seconds.  I wasn't counting.  He probably was.

21   But I know he maced me quick.

22       Q      And do you know how quick?  Was

e56184f5-1270-438a-a183-cd84e06f983c

Page 63

1       it -- are you able to say whether it was five

2       seconds or shorter or longer?

3             A    I wasn't counting.  I know once

4       he said that, he was like, "Fuck it," and me

5       maced me.

6             Q    After you said what?

7                  MR. ALLEN: No, he said.  Sorry, go

8       ahead.

9             A    I said, he said, after he said

10      that, I guess he was like, "Fuck it," and

11      started spraying.

12                 BY MR. SCHIFFERLE:

13            Q    And you were at the back of your

14      cell when he started spraying?

15            A    When he started spraying?

16            Q    Right.

17            A    Yes, I was -- he said, "Ingram,

18      strip."  I was like this, "For what?"  He

19      said, "Don't worry about for what," and he was

20      like, "You got five seconds."  I said -- I

21      came up and I was taking me time and he just

22      sprayed me.

e56184f5-1270-438a-a183-cd84e06f983c

Page 64

1          Q     But I was wondering where you

2     were in your cell when he sprayed you.  Were

3     you still at the back of your cell or did you

4     come up to the front of your cell?

5          A     When he came to my cell, I was

6     in the back of my cell.  When he called my

7     name, I looked at him and he said, "Ingram,

8     strip," and I said, "For what?"  He said,

9     "Don't worry about it.  Strip."

10               I was like, just looking at him.

11     "For what?"  He said, "Ingram, you have five

12     seconds."  That's when I stood up, because I

13     was sitting on my bench in the back of my

14     cell.  I stood up and then that's when he just

15     sprayed, like, "Fuck."

16          Q     So, you were standing next to

17     your bench when he sprayed the mace?  I'm just

18     wondering where you were in your cell --

19          A     I was at the --

20          Q     -- at the moment that he sprayed

21     the mace.

22          A     I was in my cell.  I was by my --

e56184f5-1270-438a-a183-cd84e06f983c

1        the cell ain't big.  You probably can touch

2        this wall and almost touch that wall.  It

3        ain't big.  So, I was -- you got the desk

4        here, the bed here.  I was in the back of my

5        cell on by bench like this.

6                  When he called me, I said -- when

7        he said I got five seconds, I stood up and

8        when I stood up and I got to complying, but I

9        was taking my time, and he maced me.

10           Q    You are not able to describe

11       more specifically, where you were in your cell

12       when he maced you?

13           A    No, he just maced me.

14           Q    All right, and describe for me,

15       your reaction to the mace.

16           A    I mean, I turned my head like

17       this, turned around, so it wouldn't get in my

18       eyes.  I tried to stop it from getting in my

19       face, but it got all over me.  I was just

20       coughing and choking.

21           Q    Okay.

22           A    Pushing the -- where they had cut

e56184f5-1270-438a-a183-cd84e06f983c

1       the water off, so I started taking water out

2       the toilet, trying to put in on my face and

3       stuff, and get it off of me, off my neck and

4       stuff.

5            Q    And then what's the next thing

6       that happened?

7            A    He leave off the tier and I guess,

8       the called the code.  Next thing I know, they

9       was back at my cell, like 15 or 20 officers.

10      They were just like, "You don't want to strip?

11      You don't want to come out?"  They came and

12      told them to pop my cell.

13           Q    Okay, and so, again, up to this

14      point, only Curly Hall and you have been told

15      to strip?

16           A    I doubt it, because it was a lot

17      of other guys that was beaten and brought up

18      to the infirmary.  So, I don't know.  I know

19      once they popped my cell and they did that to

20      me, I was out there.  They was taking me out.

21           Q    Okay.  Well, before they popped

22      your cell, did you recognize any correctional

e56184f5-1270-438a-a183-cd84e06f983c

Page 67

1    officers who came onto the cell block?

2           A    I mean, I seen them.  Yes, I

3    probably recognized them, but like I said,

4    they came and they was real deep.  They had

5    tear gas.  They had water hose, you know what

6    I'm saying.  They came -- they ain't come to

7    do no talking, put it like that.  They came to

8    whoop some ass.

9           Q    Okay.  You don't know the names

10   of any of the correctional officers who came

11   to the cell -- came to the cell block before

12   your cell was popped?

13          A    I mean, the only -- I don't

14   remember no names.  I can remember faces, but

15   I remember Reese and I remember the guy

16   Simpson.

17          Q    Do you remember any Majors,

18   Captains, other officials of a high rank?

19          A    Like I said, they was all in

20   there, white shirts, Sergeants, they was in

21   there.

22          Q    Do you know a Major Waldren?

e56184f5-1270-438a-a183-cd84e06f983c

Page 68

1          A      Waldren?

2          Q      Yes.

3          A      If I see him, I probably

4     would know the name.  I mean, I really -- but

5     you got mace in your face and your eyes, you

6     really -- you know what I'm saying, you really

7     can't see, but I just know that them two was

8     at my cell and I seen a lot of other officers.

9     But I can't really -- I probably, if I seen

10    the face, could remember the names.  But

11    names, I can't remember the names.

12         Q      So, just by name, you can't say

13    whether Major Waldren was in the cell block?

14         A      Waldren, what is he?

15         Q      Major, Major Stanley Waldren.

16         A      He's a Major?  Stanley Waldren.

17    If I ain't mistaken, he got like, curly, like

18    an S-curl on his head?

19         Q      I think that's right.

20         A      Yeah, I know who you talking

21    about, if that's him.

22         Q      Okay.

e56184f5-1270-438a-a183-cd84e06f983c

Page 69

1        A      Yes, I think I know who you're

2    talking about.

3        Q      Okay, and again, if that's him,

4    do you remember him being on the cell block --

5    coming to the cell block?

6        A      Yes.  Like I said, it was a lot

7    of white shirts in there, but I'm pretty --

8    excuse me, I'm pretty sure he was one of them.

9    I know he was in there, because -- yes, like

10   I said, there were a lot of white shirts,

11   Captains and Sergeants.

12       Q      Do you know Captain Coley?

13       A      Captain Who?

14       Q      Coley.

15       A      Coley?  Captain Coley?  I tell

16   you, if I see the faces --

17       Q      Okay, but by name, you can't

18   be sure?

19       A      I mean, if they ain't a

20   frequent of that unit or worked in that unit

21   for some time period, I wouldn't really know

22   them by name.

e56184f5-1270-438a-a183-cd84e06f983c

Page 70

1          Q       Okay.

2          A       Only by face.

3          Q       Okay, do you know a Lieutenant

4     Buabeng by name, B-U-A-B-E-N-G?

5          A       Buabeng?  I don't -- if this is

6     who I think he is, he's a tall, real dark-

7     sided African guy?  If that's not him, then I

8     don't -- I think that's him.  I don't know.

9     Like I said, I know faces.  I don't know

10    names.

11         Q       One more name, Lieutenant George

12    Hendricks?  Do you know someone by that name?

13         A       No.

14         Q       Before your cell was popped, do

15    you remember any other orders or directives

16    being given to the inmates, generally in South

17    One or particular inmates in South One?

18         A       No.

19         Q       Before your cell was popped,

20    did you observe or hear of inmates throwing

21    feces?

22         A       No.

e56184f5-1270-438a-a183-cd84e06f983c

Page 71

1          Q      Or throwing or squirting any

2    sort of substances?

3          A      I told you, they came to my cell

4    first.

5          Q      Right.

6          A      They said, "Pop 16."  Once I came

7    out of the cell, go on the tier, they started

8    beating me and stuff, handcuffed me.

9          Q      Okay, but -- well --

10          A      I'm saying, if anything occurred

11    after that, I wouldn't know.  But when I was

12    there, no.

13          Q      How much time, if you know, passed

14    between when you were maced by Sergeant Reese

15    and your cell was popped?

16          A      Like I said, I ain't going to

17    put no time period on it.  I know because he

18    left and when he came back, there was a rack

19    of officers.  So, I don't know.  I ain't going

20    to put no time period on it.

21              I don't even know.  I just know

22    when he came back, a lot of officers -- a lot

e56184f5-1270-438a-a183-cd84e06f983c

Page 72

1          of correction officers and they was like,

2          "Well, start with 16 cell.  Pop 16."

3               Q    Okay.  So, you can't say, for

4          example, whether it was more or less than 15

5          minutes between the time you were maced by

6          Sergeant Reese and your cell was popped?

7               A    I can't put no time on it.

8               Q    Okay, and again, before the time

9          that your cell was popped, you did not observe

10         inmates throwing or squirting any substance?

11              A    Uh.

12                   MR. ALLEN: Can you answer?

13              A    No.

14                   BY MR. SCHIFFERLE:

15              Q    Any time before your cell was

16         popped, did you hear inmates threatening to

17         squirt or throw any substance?

18              A    No.

19              Q    You never heard any inmate say

20         that he would shit down any correctional

21         officer who came on the tier?

22              A    No.

e56184f5-1270-438a-a183-cd84e06f983c

Page  73

1          Q      Before your cell was popped, did

2     you see any correctional officer, including

3     any official, walk down the tier, passed your

4     cell to the far end of the cell block?

5          A      No, I don't recall -- I don't

6     remember that, no.

7          Q      And again, before your cell was

8     popped, do you recall anything further being

9     said between any correctional officer and any

10    inmate, or by any correctional officer or by

11    any inmate, other than what we've talked about

12    already?

13         A      No.

14              MR. ALLEN: Can we take a break at

15    some point in the not too distant future?

16              MR. SCHIFFERLE: Sure, let me just

17    ask one question, before I forget.

18              MR. ALLEN: All right.

19              BY MR. SCHIFFERLE:

20         Q      After -- going back a little bit,

21    when Curly Hall as maced by Sergeant Reese,

22    was he ever taken out of his cell or the unit

Page 74

1          or did he stay in his cell?

2                 A     All I know was, once I got in

3          the infirmary, he was up there.  I seen him up

4          there.

5                 Q     Okay.  So, you don't know whether

6          -- well, if I understood correctly, you don't

7          know whether Curly Hall was removed from his

8          cell, before your cell was popped?

9                 A     I think he was.

10                Q     Okay.  Do you know if Curly Hall

11         was removed from his cell before you were

12         maced by Sergeant Reese?

13                A     If I ain't mistaken, I think he

14         was removed from his cell already.

15                Q     And did you observe how he was

16         ultimately taken out of his cell?

17                A     I didn't observe.

18                Q     So, you didn't see or hear

19         anything indicating how Curly Hall was taken

20         out of his cell?

21                A     No.

22                      MR. SCHIFFERLE: Okay.  Yes, we can

e56184f5-1270-438a-a183-cd84e06f983c

Page 75

1      take a break.

2                  MR. ALLEN: All right.

3                  (Whereupon, the foregoing matter

4      recessed briefly at approximately 12:20 p.m.)

5                  BY MR. SCHIFFERLE:

6          Q     Back on the record.  You mentioned

7      that before your cell was popped, the water

8      was shut off in the unit?

9          A     Yes.

10         Q     Okay, and did you hear any

11     discussion about that, why it was shut off?

12         A     I mean, I know they do that

13     because -- sometimes they do it to prevent

14     flooding or they do it to prevent inmates to

15     get water, when they're spraying the mace, so

16     you can't wash it off and things of that

17     nature.

18         Q     During the incident, did you ever

19     hear any inmate threaten to flood the tier?

20         A     No.

21         Q     Did you observe any water or any

22     flooding on the tier?

e56184f5-1270-438a-a183-cd84e06f983c

Page 76

1          A     Yes, I observed water, but it

2    ain't come flooding.  It came from the

3    correctional officers.

4          Q     And what did you see of that?

5          A     They had a water hose.

6          Q     And what did you see any correc-

7    tional officer do with the water hose?

8          A     I mean, like I said, when they

9    came up on the tier and they came to my cell,

10   they had tear gas, they had the water hose.

11   They were just like, "Pop 16."

12              They was spraying tear gas, mace.

13   They had their little `what's the names' on,

14   on their face and they was just beating me.

15         Q     Okay, but I'm interested particu-

16   larly in the water hose.  Did you see any

17   correctional officer spray the water hose

18   before your cell was popped?

19         A     Yes.

20         Q     Where was the water hose sprayed?

21         A     Before they popped my cell, they

22   sprayed the water in my cell.

e56184f5-1270-438a-a183-cd84e06f983c

Page 77

1          Q       Do you know which correctional

2     officer was spraying the water in your cell?

3          A       If I'm not mistaken, his name is

4     Akins.

5          Q       Can you describe for me how --

6     his physical description?

7          A       Short, chubby, bald head, dark

8     skin.

9          Q       Did Officer Akins say anything

10    before he sprayed the water hose at your cell?

11         A       No, I didn't hear him say nothing.

12    I didn't even know they were going to spray it

13    in my cell.

14         Q       And where in the cell -- your

15    cell, did Officer Akins spray?

16         A       At me, he aimed it for me.

17         Q       And he hit you with the spray?

18         A       Yes.

19         Q       Okay.  Can you describe for me,

20    the -- how it felt?

21         A       It was like -- it was real

22    powerful, one of them fire fighter water hose,

e56184f5-1270-438a-a183-cd84e06f983c

Page 78

1        real thick with the metal reel.  You know how

2        they look.  It was one of them.  It was

3        powerful.

4            Q      How long were you sprayed?

5            A      It wasn't long.  Real quick.

6        Real quick, then they stopped it and they

7        said, "Pop 16."

8            Q      So, as soon as Officer Akins

9        stopped spraying the water into your cell, you

10       heard someone say, "Pop 16."

11           A      Uh-huh.

12           Q      And I'm sorry, if you could

13       just say --

14           A      Yes.

15           Q      Do you know who said, "Pop 16?"

16           A      No.  I just -- like I said, I

17       was covering up, you know what I'm saying, was

18       covering up.  I couldn't really see who said

19       it.  I just heard it and I hurried up and

20       tried to run out, so they wouldn't trap me in

21       the cell and beat me to death.  I wanted to be

22       on the tier, so I can be in the view of the

e56184f5-1270-438a-a183-cd84e06f983c

Page 79

1        camera and others.

2              Q     So, you didn't recognize the voice

3        who said, "Pop 16?"

4              A     No.

5              Q     And during the incident, did you

6        observe any inmates who had tied mattresses or

7        sheets to the bars of their cell or somehow

8        placed mattresses or sheets or some sort of

9        obstructions in front of their cells?

10             A     Before they took me out of my

11       cell, no, not of that was visible.  Like I

12       said, if anything happened after that, I was

13       out of my cell and they was beating me and

14       took me where they was taking me.  I wouldn't

15       know.

16             Q     Okay.  Well, let me ask you,

17       either before or after you were taken out of

18       your cell, did you see any mattresses or

19       sheets or other obstacles put in front of

20       inmates cells?

21             A     Like I said, before, I ain't seen

22       none of that visible.  Now, after they took me

e56184f5-1270-438a-a183-cd84e06f983c

Page 80

1          out of my cell and did what they did to me, if

2          it happened after the fact, I wouldn't know,

3          because I ain't see none of that, no.

4                  Q      And again, either before of after

5          you were taken out of your cell, did you see

6          any inmate with towels or clothing or anything

7          else wrapped around their faces?

8                  A      No.

9                  Q      And did --

10                 A      I mean, guys -- I mean, from the

11         -- all the mace and you know, in the air, you

12         probably had a few guys that was, you know.

13                 MR. ALLEN: Don't speculate.  He's

14         asking what you -- if you were able to see.

15                 A      Oh, if I could see?

16                 MR. ALLEN: Yes.

17                 A      No.

18                 BY MR. SCHIFFERLE:

19                 Q      And again, either before or after

20         you were taken out of your cell, did you see

21         the --

22                 A      Same question?

e56184f5-1270-438a-a183-cd84e06f983c

Page 81

1          Q      No, different question.

2          A      Okay.

3          Q      Before or after you were taken

4     out of your cell, did you see any feces or

5     urine or anything that looked or smelled like

6     that, anywhere in the unit?

7               MR. ALLEN: Well, I think you asked

8     that already, but go ahead.

9               BY MR. SCHIFFERLE:

10         Q      Well, not exactly.

11         A      No.

12         Q      And before your cell was popped,

13    did you hear any correctional officer or

14    official say anything to try to calm down the

15    situation or to hear any complaints that the

16    inmates had?

17         A      They was trying to kick butt,

18    that's all I remember.

19         Q      Before your cell was popped, did

20    you hear any order or directive that there was

21    going to be a shake down of the unit?

22         A      No.

e56184f5-1270-438a-a183-cd84e06f983c

Page 82

1          Q     Did you hear any order or

2     directive to any inmate, to return their

3     mattresses to their bunks?

4          A     No.

5          Q     Did you hear any order or direc-

6     tive to allow officers to enter the tier?

7          A     No.

8          Q     Did you hear any order or

9     directive that inmates were to sit on their

10    bunks?

11         A     No.

12         Q     Did you hear any order or direc-

13    tive that inmates were to remove towels or

14    clothing from their faces?

15         A     No.

16         Q     And before your cell was popped,

17    you had no idea that there was going to be any

18    cell extractions of inmates from their cells?

19              MR. ALLEN: Objection, leading, but

20    you can answer, if you can.

21         A     No.

22              BY MR. SCHIFFERLE:

e56184f5-1270-438a-a183-cd84e06f983c

Page 83

1          Q      And during the incident, you

2     never saw a correctional officer hit with any

3     type --

4                 COURT REPORTER: Excuse me, did you

5     answer the last?

6          A      Yes, I said, no.

7                 BY MR. SCHIFFERLE:

8          Q      At any point during the incident,

9     did you see anything thrown at any

10    correctional officer, anything hit any

11    correctional officer, any sort of substance?

12         A      I told you, I was maced.  I

13    couldn't see.  I couldn't breathe.  I wouldn't

14    know.

15         Q      And at no point yourself did you

16    throw or squirt any substance?

17         A      No.

18         Q      And at no point during the in-

19    cident, did you threaten to throw or squirt

20    any substance?

21         A      No.

22         Q      I'm sorry, if you could speak up.

e56184f5-1270-438a-a183-cd84e06f983c

Page 84

```
1              A    No.

2              Q    At no point during the incident,

3        did you flood your cell?

4              A    No.

5              Q    And at no point during the inci-

6        dent, did you threaten to flood your cell?

7              A    No.

8              Q    Or the tier?

9              A    No.

10             Q    At no point during the incident,

11       did you put a mattress or a sheet or anything

12       in front of your cell door?

13             A    No.

14             Q    And at no point during the

15       incident, do you threaten to do that?

16             A    No.

17             Q    You never, yourself, threatened

18       to shit down a correctional officer or throw

19       feces at a correctional officer?

20             A    No.

21             Q    Which correctional officers were

22       in front of your cell or in the area of your
```

e56184f5-1270-438a-a183-cd84e06f983c

Page 85

1        cell when your cell door was popped?

2              A      A lot of them.

3              Q      How many?  I'm asking about

4        who were focused on your cell.

5              A      All of them.  There was about 15

6        or 20 of them. But if you're talking about

7        just the ones that's the closest to my cell,

8        a guy named Simpson, Reese.  This other guy,

9        I don't remember the name -- Tom.

10                    Like I said, there was a whole lot

11       of them.  There was a lot of them.

12             Q      You mentioned a correctional

13       officer named Tom?

14             A      Yes, it was a lot of them.  It

15       was ones in there that I never seen before.

16       It was ones in there I seen.  Ones that used

17       to be working there.  It was a lot of them.

18             Q      Okay, and once your cell was

19       popped, did any correctional officers enter

20       your cell?

21             A      They tried, but I came out.  I

22       came running out.

e56184f5-1270-438a-a183-cd84e06f983c

Page 86

```
1           Q      Okay, and did you make contact

2      with any correctional officer when you came

3      running out?

4           A      Yes.

5           Q      Do you know who you ran into?

6           A      Simpson.

7           Q      Did you knock him backwards?

8           A      Yeah.

9           Q      And did you knock him down?

10          A      No, I ain't knock him down.

11          Q      And when you knocked him back,

12     you both ended up outside the cell, on the

13     tier?

14          A      Yes.

15          Q      At no point between when Sergeant

16     Reese maced you and when your cell door was

17     popped, were you, yourself ordered to do

18     anything?

19          A      I was ordered to take off --

20     strip, and I took my time, got maced.

21          Q      Right, I'm saying -- right,

22     after you were maced, but before your cell
```

e56184f5-1270-438a-a183-cd84e06f983c

Page 87

1          door was popped, you were not ordered or

2          instructed to do anything?

3               A      No, they just came in my cell

4          and did what they did and said, "Pop 16."

5               Q      Then what happened after you

6          knocked Officer Simpson back and you were both

7          on the tier?

8               A      Everybody just got to punching,

9          kicking, stomping me.

10              Q      Okay.  Who punched you?

11              A      I don't know where the punches

12         came from.  I was just trying not to get hit.

13              Q      Who kicked you?

14              A      All the correctional officers

15         that was there.

16              Q      All right, every one of them?

17              A      Leave it up to me, yes.  I mean,

18         I'm trying to cover up, not to get hit.  They

19         just kicking, stomping, punching, you know.

20         Like I tell you, it was a lot of them.

21              Q      Okay. You don't know which ones

22         kicked you?

Page 88

1          A     I don't know which ones kicked

2     me.  I know I was getting kicked.  I was on

3     the ground, getting kicked, stomped, punched,

4     thrown down the steps, dragged, punched some

5     more, kicked some more, all that.

6          Q     Okay.  I want to talk about while

7     we're still on the tier, before going down the

8     steps.

9          A     No, I don't know.  I don't know.

10    It was a lot of them.  It was a bunch of them.

11    All of them was kicking me and stomping me.

12    I can't sit here and say I can pin-point, it

13    was him, him, him. It was a lot of them.

14         Q     Okay, and again, you don't know

15    which one stomped you either?

16         A     No.

17         Q     Do you know which correctional

18    officers were participating in any way, in

19    this punching and kicking or stomping?

20         A     Like I said, if I see their face,

21    I probably could remember them.  But other

22    than that, I don't know.

e56184f5-1270-438a-a183-cd84e06f983c

Page 89

1          Q     Was Simpson one of the correc-

2    tional officers involved?  Again, this is

3    while we're still on the tier.

4          A     I know for sure he was one of

5    them, because he was -- you know what I'm

6    saying.

7          Q     Okay, are there any others you

8    know for sure, other than Simpson?

9          A     Reese.

10          Q     Okay, any others involved in any

11    way, in punching, kicking or stomping you

12    while you were still on the tier?

13          A     It was a lot of them, a lot of

14    them.

15          Q     Do you know how many?

16          A     They called the code and it had

17    to be about 15 or 20 correction officers,

18    probably more.  Everybody want to get a lick.

19          Q     Okay.  So, all 15 or 20 or more

20    were involved in kicking, punching, stomping

21    you in some way, while you were still on the

22    upper tier?

e56184f5-1270-438a-a183-cd84e06f983c

Page 90

1                    MR. ALLEN: Objection, leading.  Go

2           ahead, if you can answer, answer.

3                A    Like I said, I can't pin-point

4           who it was.  I just know it was a lot of them

5           and when I came out the cell and they started

6           punching me and they got me to the ground,

7           kicking me, stomping me, got my hands cuffed

8           backwards and they're still kicking me,

9           punching me and I'm trying to use my shoulders

10          to cover my face, turning my head.

11                   So, I'm not really trying to look

12          up and see exactly who it is.  I'm just trying

13          to protect myself.  But I know there was a lot

14          of them.

15                   BY MR. SCHIFFERLE:

16               Q    Okay.  But you can't specify a

17          number, other than there was a lot of them?

18               A    I am just using the number, about

19          15 or 20, because usually, when they call a

20          code, it's going to be about that many that

21          enter your unit, probably more, and there was

22          a lot of them on the tier.

e56184f5-1270-438a-a183-cd84e06f983c

Page 91

1          Q      At what point were you handcuffed?

2    Where you still on the tier?

3          A      Yes.

4          Q      Do you know who handcuffed you?

5          A      I think it was Simpson.

6          Q      And were you still punched or

7    kicked or stomped, while you were still on the

8    tier, after you were handcuffed?

9          A      Yes.

10          Q      Okay, and --

11          A      They threw me down the steps

12    head first while I was handcuffed.

13          Q      Right, but before we get to the

14    steps, while you're still on the tier, and

15    after you were handcuffed --

16          A      Yes, they continued to punch and

17    kick me.

18          Q      Okay, and as far as who the

19    `they' is, again, you can't say?

20          A      I can't say who they was, because

21    I wasn't looking up to see who they was.  I

22    was trying to protect my face, so I wouldn't

e56184f5-1270-438a-a183-cd84e06f983c

1          get no teeth knocked out, broken nose and all

2          of that.  I was trying to protect myself with

3          my hands behind my back.

4                Q     Did you resist being handcuffed?

5                A     No, I ain't resist.  How could

6          I resist?  I got 15 people on me.

7                Q     Well, did you try to resist

8          being handcuffed?

9                A     No, they handcuffed me, took

10         my arms, put them behind my back and

11         handcuffed me.  I mean, if you're saying me --

12         I'm trying to cover up.  I'm holding my arms

13         and my hands to my face, trying not to get hit

14         and they're trying to pull my arms back and

15         hit me at the same time, I'm trying to protect

16         myself.  But they got my hands eventually

17         behind my back and cuffed me.

18               Q     Once you ran out of your cell

19         into Sergeant Simpson, did you try to fight

20         any of the correctional officers at all?

21               A     No, I ain't try to fight them.

22         I came out, so when I came out, they jumped on

e56184f5-1270-438a-a183-cd84e06f983c

Page 93

1      me like fleas on a dog.  I couldn't do

2      nothing.

3           Q     At the point where you were

4      handcuffed, were you on the ground or were you

5      standing up?

6           A     I was on the ground.

7           Q     And while you were still on the

8      tier, before going down the stairs, do you

9      know how many times you were punched?

10          A     Can't count.

11          Q     Do you know how --

12          A     They was coming from every

13     direction.  I don't know.  I can't count.

14          Q     Do you know where specifically

15     you were punched?

16          A     The majority in my head and

17     side, ribs, you know, face a few times, nose

18     was bleeding, had bruised cheeks, you know,

19     bunch of knots on my head, kicked in the --

20               MR. ALLEN: I wanted to make sure

21     that you understand the question.  He's asking

22     you about what happened on the tier.  Are you

e56184f5-1270-438a-a183-cd84e06f983c

Page 94

1          describing what you observed later in the

2          infirmary?

3               A    Yes.

4                    MR. ALLEN: Okay.

5               A    He said where was they hitting me

6          at.

7                    BY MR. SCHIFFERLE:

8               Q    Right, where were you punched

9          when you were on the tier?

10              A    That's what I'm telling you,

11         all over, everywhere.

12              Q    Okay, and were you also kicked

13         everywhere?

14              A    Yes, kicked, leg was twisted,

15         ankle was twisted.  They did everything to me.

16              Q    When you say ankle twisted,

17         you mean --

18              A    They grabbed my foot and was

19         trying to break my ankle.

20              Q    Do you know who grabbed your foot

21         and twisted your ankle?

22              A    No.

e56184f5-1270-438a-a183-cd84e06f983c

Page 95

1          Q     Do you know how many times you

2     were stomped?

3          A     Can't count.

4          Q     And do you know where you were

5     stomped?  Was it all over?

6          A     Yes.

7          Q     How long were you then being

8     beaten while you were on the tier, before

9     going down the stairs?

10          A     I can't give you no time period.

11     I know I was beaten on the tier.

12          Q     Okay, you can't say whether it

13     was more or less than a minute you were on the

14     tier being beaten?

15          A     I don't know how long it was.

16     I just know I was beaten on the tier and I was

17     continued -- they continued to beat me, all

18     the way from the tier to the R & D, and back

19     up to the infirmary.

20          Q     Well, we're still on the tier.

21     Anything being said or yelled between you and

22     any correctional officer?

e56184f5-1270-438a-a183-cd84e06f983c

1          A     You got six -- 15, 20 correction

2     officers kicking and stomping you.  What could

3     be said?

4          Q     I don't know.  Were they saying

5     anything to you?

6          A     They was just kicking and stomp-

7     ing.  That's it.

8          Q     And you weren't saying anything

9     to them?

10         A     No.  What could I say?

11         Q     Then at some point, I believe

12    you said you were thrown down the steps head

13    first?

14         A     Yes.

15         Q     Describe that for me.

16         A     They picked me up by my arms and

17    my legs and threw me down the steps.

18         Q     How many correctional officers?

19         A      It was two on this side, two on

20    that side.  They picked me up, carried me,

21    threw me down the steps.

22         Q     Do you know the names of those

e56184f5-1270-438a-a183-cd84e06f983c

Page 97

```
1         four correctional officers that threw you down

2         the steps?

3              A    No.

4              Q    Any description you can give

5         that would help identify who those four

6         correctional officers were, who threw you down

7         the steps?

8              A    No.

9              Q    I'm sorry, no?

10             A    No.

11             Q    How many steps are there leading

12        from the tier down to the ground?

13             A    Probably about eight.

14             Q    Okay, and when you were thrown

15        down those steps, where did you land?

16             A    I hit my head, got a gash on my

17        head.

18             Q    Did your head hit the ground

19        at the bottom of those stairs or did it land

20        on one of the steps?

21             A    It hit the steps, because when

22        they threw me, I went forward and kind of
```

e56184f5-1270-438a-a183-cd84e06f983c

```
1        rolled, hit my head.

2              Q     Okay, did you roll -- you rolled

3        down the steps?

4              A     When they threw me, they threw

5        me down the steps.  I went like this, like

6        that.  I'm going down -- this is the steps

7        going down.  When they threw me down the

8        steps, this is my head.  My head went like

9        that, flipped over like that.

10             Q     Okay.  So, you completely flipped

11       over your --

12             A     Exactly.

13             Q     Your head hit first on one of the

14       steps?

15             A     Uh.

16             Q     I'm sorry, yes or no?

17             A     Yes.

18             Q     Okay.  Do you know which step,

19       whether it was towards the bottom or at the

20       top?

21             A     I don't know which step.  It was

22       a step.
```

e56184f5-1270-438a-a183-cd84e06f983c

1          Q      Okay.

2          A      They threw me down the step.

3    It had to be close to the bottom.

4          Q      Okay, and then you flipped over

5    and describe for me how you landed,

6    ultimately.

7          A      I landed on my side, back, I

8    don't know.  I was on the ground, they came,

9    dragged me out to the floor, continued to

10   stomp me, kick me, stood me up, walked me

11   through the hallway, kept hitting me in my

12   face, kept punching me, took me down R & D,

13   continued to do the same thing.

14         Q      And we'll get to that in a little

15   bit, but just as far as how you landed at the

16   bottom of the steps, I think you said you

17   landed on your side or your back?

18         A      You asked me how I landed.  This

19   happened two years ago.  I don't know how I

20   landed.

21         Q      Okay, and that's fine.  If you

22   don't know or you don't remember, that's fine.

e56184f5-1270-438a-a183-cd84e06f983c

Page 100

1      So, you don't know how you landed?

2           A    I don't know if it was on my

3      back or my side.  I know I was thrown down the

4      steps and it don't even matter how I landed.

5      I was thrown down the steps and I landed how

6      I landed.  I don't know.

7           Q    And as result of being thrown

8      down the steps, you had a gash to your head?

9           A    Yes.

10          Q    Okay, any other particular

11     injuries or pain you notice from being thrown

12     down the steps?

13          A    I mean, by body was so hurt,

14     it could -- I know that's a reason why,

15     including the beating.

16          Q    And then what happened once you

17     landed at the bottom of the steps?  Were you

18     picked up?

19          A    No, they dragged me.

20          Q    Okay.  How many correctional

21     officers dragged you, if you know?

22          A    I wasn't counting.  I don't know.

e56184f5-1270-438a-a183-cd84e06f983c

Page 101

1        Q      Okay, can you say whether it was

2    one or four?

3        A      It could have been one.  It

4    could have been two.  It could have been

5    three. I don't know.

6        Q      Okay, and whether it was one,

7    two, three or four, you don't know the names?

8        A      I don't know.  Like I said, at

9    the same time, they was spraying mace.  I

10   couldn't see.  My eyes were closed.  I was

11   trying to protect myself.  I don't know.  I

12   don't know how many it was.

13       Q      And whatever officer or officers

14   dragged you after you were thrown down the

15   steps, can you give any physical description

16   that might help identify them?

17       A      No.

18       Q      And you were dragged across the

19   floor into the Sally Port?

20       A      Yes.

21       Q      Okay, and I just want to be clear,

22   based on something you said, was mace every

e56184f5-1270-438a-a183-cd84e06f983c

Page 102

1          sprayed at you directly, other than that one

2          time by Sergeant Reese at the very beginning?

3                  A       Yes, mace was sprayed at me.

4          When I came out of the cell, they got me on

5          the ground and was putting my hands behind my

6          back, cuffing me, they was spraying me with

7          mace then.   The same time, kicking me,

8          punching me, all of that.

9                  Q       Okay.   Were you sprayed with

10         mace then right before you were handcuffed?

11                 A       Yes.

12                 Q       Were you sprayed with mace after

13         you were handcuffed?

14                 A       Yes.

15                 Q       Okay, how many times were you

16         sprayed with mace after you were -- after your

17         cell was popped?

18                 A       Shit, I remember once, I came out

19         my cell and they got me on the ground and was

20         kicking and stomping me and handcuffing me,

21         they sprayed me with mace then.

22                 Q       Okay.

e56184f5-1270-438a-a183-cd84e06f983c

Page 103

1          A      Then after that, I don't remember

2     being sprayed no more.

3          Q      Okay.  So, you remember one

4     time being sprayed outside your cell, while

5     you were still on the tier?

6          A      Yes, on the ground.

7          Q      And that was before you were

8     handcuffed?

9          A      That was while they was hand-

10    cuffing me.

11         Q      While?

12         A      While they was handcuffing me.

13         Q      Do you know which correctional

14    officer sprayed you?

15         A      I don't know.  It was just -- it

16    was a lot of them.  I don't know who.  I don't

17    know the name of --

18         Q      Or by description, who sprayed

19    you?

20         A      No.

21         Q      Now, we're in the -- well,

22    anything else happen before -- other than what

e56184f5-1270-438a-a183-cd84e06f983c

Page 104

1     we've talked about, before you're taken into

2     the Sally Port?

3           A     Just the same thing, just

4     beating.  That's it.  They continued to beat

5     me.  That's it.

6           Q     Continued to beat you inside

7     the Sally Port?

8           A     Inside the Sally Port, walking

9     through the hallway, down to R & D, back up to

10    the infirmary.

11          Q     I need to ask about the Sally

12    Port now.  Once you were dragged into the

13    Sally Port, what other correctional officers

14    were in the Sally Port while you were in

15    there?

16          A     Couldn't see.

17          Q     And you can't say how many

18    correctional officers were in the Sally Port?

19          A     Nope.

20          Q     Okay, and --

21          A     I know Simpson was one of them,

22    because he was one of the ones who took me

e56184f5-1270-438a-a183-cd84e06f983c

Page 105

```
1         down to R & D.

2               Q      Okay.

3               A      I remember him holding me up,

4         telling me every time -- if I fall, he's going

5         to fuck me up.

6               Q      Other than Simpson, any other

7         correctional officers, either by name or

8         description, who were with you in the Sally

9         Port, that you recall?

10              A      No.

11              Q      I'm sorry, is that --

12              A      No.

13              Q      Okay, and tell me what happened

14        to you, during the time you were in the Sally

15        Port.

16              A      I was laying in the Sally Port.

17        They was kicking me, hitting me, told me get

18        the fuck up.  Got up, I had some thermals on

19        and my thermals was down to my ankles, and

20        they kept saying, if I fall, they going to

21        fuck me up.  Every time I fall, they going to

22        fuck me up.
```

e56184f5-1270-438a-a183-cd84e06f983c

Page 106

1           So, Simpson, he might step on my

2    thermal and make me fall, because they was

3    down to my ankles.  He would step on them and

4    make me fall.  They'd get to hitting me, stand

5    me back up.

6           Q    Do you know who kicked you inside

7    the Sally Port?

8           A    The officers, whoever was right

9    there, Simpson, I know he was one of them, and

10   whoever was with him.  I don't know their

11   names.

12          Q    Okay, or again, by description,

13   any officer who kicked you inside the Sally

14   Port?

15          A    I don't -- I can't give up no

16   description.  All they -- they was all -- it

17   was a lot of them.  They was big, small,

18   medium.  They was all sizes.  It was a lot of

19   them.

20          Q    How many times were you kicked

21   inside the Sally Port, do you know?

22          A    A few times before they stood

e56184f5-1270-438a-a183-cd84e06f983c

Page 107

1       me up and got to walking me through the

2       hallway.

3               Q     Do you know where you were kicked

4       those few times in the Sally Port?

5               A     In the head.

6               Q     You mentioned you were also hit

7       in the Sally Port?

8               A     They was kicking and punching me.

9               Q     And do you know how many times

10      you were punched inside the Sally Port?

11              A     I can't count.  A few times.  I

12      don't know.  I can't even count.

13              Q     And do you remember where you

14      were punched inside the Sally Port?

15              A     Yes, they was all aiming for my

16      face.  I kept turning my face, every time they

17      tried to hit me, and they hit me in my head,

18      landing on my head.

19              Q     And then you were told to get up

20      and you got up?

21              A     Yes, they grabbed me by the arms,

22      stood me up.

e56184f5-1270-438a-a183-cd84e06f983c

Page 108

1           Q      And your thermals were down to

2      your ankle at that point?

3           A      Yes.

4           Q      And do you know how they got

5      down there?

6           A      Fell, I guess, from them punching,

7      kicking, pulling on me, dragging.  They fell

8      down.

9           Q      And did you try to pull your

10     thermals back up?

11          A      Couldn't, my hands was cuffed

12     behind my back.

13          Q      And I think you said Sergeant

14     Simpson said, if you fall, that he would fuck

15     you up?

16          A      Yes.

17          Q      Do you remember anything else

18     Sergeant Simpson was saying while you were in

19     the Sally Port?

20          A      No, just saying that.

21          Q      Do you remember anything -- anyone

22     else, any other correctional officer or

e56184f5-1270-438a-a183-cd84e06f983c

Page 109

1          yourself, inside the Sally Port?

2                A     There was other correctional

3          officers.

4                Q     Right, do you remember anything

5          -- any other correctional officer who might

6          have said anything in the Sally Port?

7                A     Nope.

8                Q     Did you, yourself, say anything

9          while you were in the Sally Port?

10               A     I didn't say nothing.  I ain't

11         said nothing.

12               Q     Again, we're in the Sally Port.

13         Up until -- we talked about times you'd been

14         punched and kicked and stomped.  Was there any

15         time a correctional officer used any sort of

16         object to hit you or punch you or assault you?

17               A     I think one of them probably used

18         a flashlight on me.

19               Q     Do you know which correctional

20         officer by name or description, used the

21         flashlight?

22               A     I don't know.  I just felt it.

e56184f5-1270-438a-a183-cd84e06f983c

Page 110

1          Q     At what point was this?

2          A     I think this happened when they

3     first dragged me in the Sally Port.

4          Q     Did you see a flashlight?

5          A     Yes, I seen a flashlight.  As

6     a matter of fact, Simpson.

7          Q     It was Simpson who has the flash-

8     light?

9          A     Yes, it was him who had the flash-

10    light.  He carried it all the time.

11         Q     Do you know how many times he

12    hit you with the flashlight?

13         A     Once.

14         Q     Do you know where he hit you

15    with the flashlight?

16         A     Hit me in my head with it.

17               MR. ALLEN: Sorry, I didn't hear

18    that.

19         A     In my head.

20               BY MR. SCHIFFERLE:

21         Q     Can you say more specifically

22    where on your head he hit you with the

e56184f5-1270-438a-a183-cd84e06f983c

Page 111

1       flashlight?

2            A      In the back.  It was the biggest

3       knot, right here.

4            Q      Do you know how long you were

5       in the Sally Port?

6            A      Not long.  After that, that's

7       when he stood me up.

8            Q      And what happened once you were

9       stood up?

10           A      He started walking me through

11      the hallway, stopped, saying stuff to me,

12      like, "You fall, we'll fuck you.  Every time

13      you fall, I'm going to do this, I'm going to

14      do that to you."

15           Q      Okay, who was walking with you

16      through the hallway?

17           A      Correctional officer, me.

18           Q      Again, do you know or have an

19      estimate of how many correctional officers

20      were walking with you through the hallway?

21           A      I can't say, probably at least

22      about five, six, at the time.

e56184f5-1270-438a-a183-cd84e06f983c

Page 112

1          Q     And do you know any of those

2     correctional officers by either name or

3     description?

4          A     Only one I remember was Simpson,

5     because he was the one holding me.

6          Q     He was the one holding on --

7          A     He was the one holding my arm,

8     walking with me, staying stuff, kept hitting

9     me, step on my thermals, make me fall, hit me.

10          Q     I think you said that you were

11     walking through the hallway, towards R & D is

12     where you --

13          A     Right, going down to R & D.

14          Q     Okay, how long did it take you

15     to walk that?

16          A     R & D is the next floor down.

17     So, walk down the hallway and they make you go

18     down -- the escalates, walk through the next

19     hallway, go through the doors.  R & D is right

20     there.

21          Q     Matter of minutes?

22          A     Yes, minutes.

e56184f5-1270-438a-a183-cd84e06f983c

Page 113

1          Q      How many times did you fall while

2     walking to R & D?

3          A      Probably twice, he did it twice.

4          Q      And when you say he did it, you

5     mean Sergeant Simpson stepped on your

6     thermals?

7          A      Yes, so I can fall.

8          Q      You felt it was deliberate?

9          A      Yes, I know he did it deliberate.

10         Q      Did he say anything to you, to

11    indicate it was deliberate?

12         A      Yes, he kept saying, "If you

13    fall, every time you fall, I'm going to fuck

14    you up," and then I wasn't falling.  I was

15    just walking, like this, and he stepped on it

16    and made me fall, so I can fall, so he can do

17    what he said he wanted to do.

18         Q      Anything else Sergeant Simpson

19    said while you were walking towards R & D,

20    other than, "Every time you fall, I'll fuck

21    you up?"

22         A      He just kept talking, you know,

e56184f5-1270-438a-a183-cd84e06f983c

Page 114

1      saying little shit, "You want to be a bad ass.

2      You think you tough.  You think you hard.  You

3      in my house," stuff like that.  Just talking

4      bullshit.

5          Q     Anything else you remember him

6      saying?

7          A     No.

8          Q     Anything else you remember any

9      correctional officer -- any other correctional

10     officer saying while you were walking to R&D?

11         A     No.

12         Q     Did you, yourself, say anything

13     at any point while you were walking from the

14     unit to R & D?

15         A     No, I ain't say nothing.  I ain't

16     say not a word.  I was just walking.

17         Q     And then were you ever hit or

18     struck while you were walking to R & D?

19         A     Numbers of times.

20         Q     I'm sorry, numerous times?

21         A     Yes, numerous times.

22         Q     Okay, describe that for me.

e56184f5-1270-438a-a183-cd84e06f983c

Page 115

1          A      Like I just described to you.

2          Q      Well, you mentioned --

3          A      Walking through the hallway,

4     he constantly hitting me, told me if I fall,

5     he's going to fuck me up.  So, I'm walking.

6     I wasn't falling when he was hitting me, so he

7     stepped on my thermals, made me fall.  That's

8     when he got to hitting me so more, while I was

9     down, stood me back up.

10         Q      And it was Sergeant Simpson who

11    was hitting you while you were walking and

12    after you fell?

13         A      Yes.

14         Q      Okay, and was he punching you

15    or kicking you?

16         A      Punching.

17         Q      Okay, and by punching, you mean

18    with a closed-fist?

19         A      Yes.

20         Q      And how many times did Sergeant

21    Simpson punch you between South One and R & D?

22         A      Wasn't counting.

e56184f5-1270-438a-a183-cd84e06f983c

Page 116

1          Q       Can you say whether it was more

2     or less than five times that Sergeant Simpson

3     punched you?

4          A       I don't know.  I wasn't counting

5     them.

6          Q       Do you know where Sergeant

7     Simpson punched you during this time?

8          A       My face, head, ear.

9          Q       Was it all in your head?

10         A       Yes, all in the -- from the neck

11    up, all in that area.

12         Q       Any other correctional officer

13    hitting or punching or striking you --

14         A       At that time, no.

15         Q       Okay, and by that time, I mean

16    while you were walking towards R & D?

17         A       Yes.

18         Q       What happens once you arrives

19    at R & D?

20         A       Turn the showers on, thrown me

21    in the shower, continue to hit me.  After

22    that, took me up to infirmary.

e56184f5-1270-438a-a183-cd84e06f983c

Page 117

1          Q     So, you took a shower while you

2     were in R & D, is that right?

3          A     I didn't take a shower.  They

4     threw me in the shower.

5          Q     Okay, what do you mean they

6     threw you in the shower?

7          A     Just cut the showers on.  I got

8     my hands cuffed behind my back, got on my

9     clothes, they just threw me in there.

10          Q     Okay, and did the shower help

11     remove whatever effects of the mace that you

12     had --

13          A     That's what they was trying to

14     do, get the mace and the blood and stuff

15     brushed off before they took us to the

16     infirmary.  But that's -- that mace sticks to

17     you.  You got to take a lot of showers to get

18     it off.

19          Q     And you're still handcuffed while

20     you're in the shower?

21          A     Yes.

22          Q     And you mentioned blood.  Did

e56184f5-1270-438a-a183-cd84e06f983c

Page 118

1    you notice where you were bleeding at this

2    point?

3         A    I was bleeding from the gash on

4    my head, my nose.  I had a little cut on the

5    inside of my mouth that was bleeding.  Other

6    than that, it was a bunch of bruises and

7    knots.

8         Q    Can you describe for me this

9    gash on your head?  Was it on your forehead?

10        A    Uh-huh.

11        Q    And I'm sorry, is that a yes?

12        A    Yes.

13        Q    Okay.  Was it on your right or

14   left side of your forehead?

15        A    It was on my left side.

16        Q    And is there any scar or any

17   visible mark presently?

18        A    I don't know.  Do you see one?

19        Q    I can't say that I notice any-

20   thing.

21             MR. ALLEN: It's not relevant.

22        A    I can feel it though.  You can

e56184f5-1270-438a-a183-cd84e06f983c

Page 119

```
 1        take your hand and you can feel it, right

 2        here.

 3                    BY MR. SCHIFFERLE:

 4             Q      Do you know how long this gash

 5        was?

 6             A      It was probably about that long,

 7        right across here.  I can feel it.

 8             Q      When you said that long, I would

 9        say for the record, it was maybe an inch at

10        most.

11                    MR. ALLEN: About an inch.

12             A      Yes.

13                    BY MR. SCHIFFERLE:

14             Q      And did you say that blood was

15        coming out of your nose?

16             A      Yes, my nose.

17             Q      I mean, it wasn't just inside

18        your nose, it was pouring out?

19             A      It was coming out, yes, running

20        down my mouth.

21             Q      Okay, and you mentioned the cut

22        on your mouth.  Was it on the inside of your
```

e56184f5-1270-438a-a183-cd84e06f983c

Page 120

1        mouth?

2                A       Yes, right here.

3                Q       And you could taste blood from t

4        that?

5                A       I spit blood out, yes.

6                Q       And then you mentioned while you

7        were in R & D, someone continued to hit you?

8                A       Yes, essentially, I had a few

9        more licks before it was time for me to go up

10       to the infirmary.  Then that was it.

11               Q       Okay, when you say a few more

12       licks, can you be more specific?

13               A       I mean, you know, a few more

14       licks means punch me a few more times and took

15       me up to the infirmary.

16               Q       Okay.  Did he punch you a few

17       more times before you were thrown in the

18       shower?

19               A       While I was in the shower.

20               Q       And did he punch you in the head

21       again?

22               A       Yes.

e56184f5-1270-438a-a183-cd84e06f983c

Page 121

1          Q     And was there any other inmate

2     or correctional officer that you recognized in

3     R & D while you were in R & D?

4          A     Yes, while I was in R & D,

5     they had Kent down there.

6          Q     Is that Delonte Kent?

7          A     Yes.

8          Q     Okay.  Did you say anything to

9     Delonte Kent or did he say anything to you?

10         A     We did say nothing to each other.

11         Q     I'm sorry, I couldn't hear you.

12         A     No, we didn't say nothing to

13    each other.

14         Q     Did you notice any injuries

15    on Delonte Kent?

16         A     His face was swollen.  Looked

17    like he had blood in his mouth.

18         Q     Do you remember more specifically

19    where his face was swollen?

20         A     No, I don't remember.

21         Q     And do you remember anything more

22    specifically about blood on his mouth?

e56184f5-1270-438a-a183-cd84e06f983c

Page 122

1          A     That it was there.  That's it.

2     It was there.

3          Q     Any other inmate or correctional

4     officer that you saw while you were in R&D?

5          A     Nope.

6          Q     Okay, were you given a change

7     of clothes while you were in R & D?

8          A     No.

9          Q     After you showered, you dressed

10    back in the clothes you had been wearing

11    before?

12         A     I had -- I never got to take

13    the clothes off.  They threw me in the shower

14    with the clothes on.  I was already wet

15    anyway.  They just threw me in there, took me

16    out, took me up to the infirmary.

17         Q     You were never dried off or

18    given a change of clothes before you went to

19    the infirmary?

20         A     Nothing.

21         Q     Do you know how long you were

22    in R & D, approximately?

e56184f5-1270-438a-a183-cd84e06f983c

Page 123

1          A      I can't tell you.

2          Q      And do you remember anything

3     Sergeant Simpson or any correctional officer

4     said to you or staff at the jail said to you,

5     while you were at R & D?

6          A      No.

7          Q      And did you say anything to any-

8     body while you were in R & D?

9          A      No.

10         Q      And from R & D, you were then

11    taken to the infirmary?

12         A      Yes.

13         Q      And who escorted you to the

14    infirmary?

15         A      Simpson.

16         Q      Did any other correctional

17    officer accompany you?

18         A      Yes, it was some other correc-

19    tional officer.

20         Q      Do you know those other

21    correctional officers by their name or

22    description?

e56184f5-1270-438a-a183-cd84e06f983c

Page 124

1          A     I think this one guy named

2     Dixon, real short brown-skinned guy.

3          Q     Do you know whether there were

4     other correctional officers who accompanied

5     you, besides Simpson and Dixon?

6          A     I don't know their names.

7          Q     How many others were there, do

8     you know?

9          A     Probably like about five or

10    six of them.

11         Q     Did anything happen to you while

12    you were taken from R & D to the infirmary?

13         A     No.

14         Q     You weren't punched or kicked or

15    hit?

16         A     No.

17         Q     Was anything said by your or

18    any correctional officer while you were being

19    taken to the infirmary?

20         A     No.

21         Q     What happened once you arrived

22    at the infirmary?

e56184f5-1270-438a-a183-cd84e06f983c

1          A       Took me back there, the doctor

2     was there.  He started looking at my --

3     checking me, checking my blood pressure,

4     started checked me -- he was asking me where

5     I was hurt at, what was wrong and stuff like

6     that.  He started feeling my head and looked

7     in my mouth and nose, just checking.

8                    Feeling my face, started checking.

9     He was asking me what was wrong with me, where

10    I was hurt at and I told him.

11         Q       Okay, and what did you tell him?

12         A       At first, I told him all over,

13    and they were like, "Be specific."  I told

14    him, I said, "My head, my ear, my nose, my

15    mouth, eyes, my ankle, my side, my arms,

16    shoulders," I told him like that.

17                    I asked him do they take pictures,

18    but they refused.  They wouldn't take

19    pictures.

20         Q       Do you know what doctor or doctors

21    or medical staff were checking you?

22         A       I don't know their names.  The

e56184f5-1270-438a-a183-cd84e06f983c

Page 126

1          medical staff that was in the infirmary.

2                  Q     And do you recall who you asked

3          to take a picture?

4                  A     The doctor that was checking

5          me.

6                  QC    Can you describe that doctor

7          for me, if you're able?

8                  A     Brown-skinned guy, short, brown-

9          skinned guy, glasses, kind of grey hair a

10         little bit.

11                 Q     What was the doctor's response

12         when you asked if a picture could be taken?

13                 A     He said, "We can't take no

14         pictures."

15                 Q     Did he say anything else, as

16         to why or any further explanation?

17                 A     I already knew why when he said

18         it.

19                 Q     And what did you know?

20                 A     That they was working with the

21         correctional officers.

22                 Q     Was a correctional officer

e56184f5-1270-438a-a183-cd84e06f983c

Page 127

1          present when you asked the doctor if --

2                  A      Yes, the correctional officer

3          was standing right there, looking.

4                  Q      Do you know who was standing

5          right there?

6                  A      The guy named Dixon.

7                  Q      Sergeant Simpson wasn't there

8          at that point?

9                  A      No.

10                 Q      Anything else said between you

11         and the medical staff while you were at the

12         infirmary?

13                 A      That was it.  I told him my

14         complaints.  He gave me some pain pills and

15         cleaned me up a little better and sent me back

16         to the unit.

17                 Q      Did they give you any other

18         treatment, other than pain pills?

19                 A      No, no other treatment.  After,

20         I was -- as time progressed, I was complaining

21         and stuff about -- I was having blurry in my

22         eyes and stuff and my head was constantly

e56184f5-1270-438a-a183-cd84e06f983c

Page 128

1        hurting, and they was taking me up -- I

2        complained about that.

3                  They took me to the infirmary and

4        they checked my eyes and I told them about my

5        ear and stuff -- I think, I told that I

6        thought my eardrum was busted, and they did

7        all that, they was checking.  Scheduled

8        appointments and stuff, so I could get

9        checked.

10       Q     Okay, and we'll get to that in

11       a little bit, but just while you're at the

12       infirmary on the date of the incident?

13       A     No, they just handed me pain

14       pills and sent me on my way.

15       Q     Okay.  Did you get a sling or

16       something for your arm?

17       A     Yes, for my shoulder, yes.

18       Q     Can you describe the sling for

19       me, what it did?

20       A     I just -- you know, you put your

21       arm in it.

22       Q     Do you remember which arm?

e56184f5-1270-438a-a183-cd84e06f983c

Page 129

1          A     Yes, this one.

2          Q     That would be your left arm?

3          A     Right.

4          Q     Right, it would be correct

5     that it would be your left arm?

6          A     This one.

7                MR. ALLEN: We can agree, he's

8     indicating his left arm.

9                BY MR. SCHIFFERLE:

10         Q     Okay.  Any other --

11         A     And they gave me an ace bandage

12    for my ankle.

13         Q     Okay, and that's the type of

14    bandage that you would wrap around your ankle?

15         A     Yes, my ankle was real swollen.

16         Q     Okay.

17         A     I couldn't even put my shoe on.

18         Q     Did they wrap that bandage around

19    your ankle for you?

20         A     Yes.

21         Q     Anything else that they did for

22    you?

e56184f5-1270-438a-a183-cd84e06f983c

Page 130

1          A      That was it.

2          Q      And at the point you leave the

3     infirmary, are you still wearing the same

4     clothes that you showered in?

5          A      Same everything.

6          Q      You mentioned they cleaned you

7     up a little bit.  I wasn't sure what you meant

8     by that.

9          A      You know, got all the mace, blood,

10     you know what I'm saying.  Even though they

11     threw me in the shower, everything didn't get

12     rinsed off.  So, they just cleaned me up a

13     little better and sent me on my way.

14          Q      Do you know how long you were at

15     the infirmary?

16          A      Probably about 10 minutes.

17          Q      From the infirmary, where did

18     you go?

19          A      Back to the unit, South One.

20          Q      Who escorted you back to the unit?

21          A      I think it was Dixon.

22          Q      Anything said between you and

e56184f5-1270-438a-a183-cd84e06f983c

Page 131

1          Dixon, while you were escorted back to South

2     One?

3               A     I said nothing.

4               Q     And nothing significant

5     happened?

6               A     No.

7               Q     And then once you got back to

8     the unit --

9               A     They put me in another -- well,

10    I got back to the unit.  They put me in a rec

11    cage and then that's when they took me out of

12    the rec cage, handcuffed me -- took me out of

13    rec cage, took me up to 16 cell, made me get

14    all of my belongs and moved me down to 36 cell

15    on the bottom tier.  I think it was 36 cell if

16    I'm not mistaken, 37 or 36, one of them.

17              Q     Then once you were returned to

18    the unit, did you have any other incidents

19    with either Sergeant Reese or Sergeant

20    Simpson?

21              A     Sergeant Simpson, he ain't --

22    you're talking about when I returned back to

e56184f5-1270-438a-a183-cd84e06f983c

Page 132

1      the unit that day, coming from the infirmary?

2            Q      Either that day or in the follow-

3      ing days.

4            A      I mean, coming from the

5      infirmary, no.  Sergeant Simpson, he ain't

6      work in that unit.  Reese, he got put out

7      about five days later.

8            Q      And in those five days where

9      Sergeant Reese was still assigned to the unit,

10     did you have any significant conversations or

11     run-ins with him?

12           A      No.

13           Q      I'm sorry, no?

14           A      No.

15           Q      Once you returned to the unit,

16     either that day or in the following days, did

17     you have any discussions with other inmate

18     about what had happened?

19           A      We talked about it.  People talk

20     about it.

21           Q      Did any inmate mention that

22     feces or urine or some sort of substance had

e56184f5-1270-438a-a183-cd84e06f983c

Page 133

1      been thrown at correctional officers?

2              A      No.

3              Q      Did any inmate mention that any

4      inmate had flooded the tier?

5              A      No.

6              Q      Did any inmate mention either

7      resisting or fighting any correctional officer

8      during the incident?

9              A      No, like I said, when I came in,

10     they moved me on another tier.  So, the tier

11     that it happened on, that was that tier.  They

12     moved me on another tier.

13             Guys asked what happened, you know

14     what I'm saying.  I don't know.

15             Q      Were there any other disturbances

16     in the unit, in the week or two following this

17     incident, that you recall?

18             A      I think something else did kick

19     off.  Reese maced somebody.  That's when they

20     put him out.  Reese maced him and -- they got

21     to flicking off and they called the code

22     again, like that.

e56184f5-1270-438a-a183-cd84e06f983c

Page 134

1              Q      Do you know how long after --

2              A      The incident?  That was probably

3       like the next day or two days later, something

4       like that.

5              Q      Okay, and did anything happen

6       to you during this incident two days later?

7                    MR. ALLEN: I'm sorry, the next day

8       or two days later?

9                    MR. SCHIFFERLE:

10             Q      I'm sorry, the next day or two

11      days later?

12             A      No, I was so sore, I was in my

13      bunk the majority of the time, trying to heal

14      up, sleeping it off.

15             Q      And you don't know what the

16      disturbance a day or two later was about, like

17      how it arose?

18             A      I really didn't care, no.  I just

19      heard that Reese maced somebody and they

20      cursed out and they called the code and that

21      was it.

22             Q      Do you know who the inmate was

e56184f5-1270-438a-a183-cd84e06f983c

Page 135

1       who was maced?

2              A     No.

3              MR. SCHIFFERLE:  I thought I'd

4       check now to see what people want to do about

5       lunch.

6              MR. ALLEN: I'd say keep going.

7       It's 1:35 p.m.  I would say keep going.  How

8       much longer do you think you're going?

9              MR. SCHIFFERLE: Well, it's at

10      least an hour.

11             MR. ALLEN: Okay, let's do it.

12      Let's get it finished, right?

13             A     Yes.

14             MR. ALLEN: He can ask what he

15      wants.  All right, let's go.

16             BY MR. SCHIFFERLE:

17             Q     All right.  With regard to again,

18      the incident in your case, September 27, 2005,

19      did you see or hear anything Curly Hall did or

20      was done to him, during the incident, other

21      than what we talked about?

22             A     No.

e56184f5-1270-438a-a183-cd84e06f983c

Page 136

1      Q      Did you see or hear anything done

2      involving Delonte Kent, during the incident?

3      A      No.

4      Q      Did you see or hear anything done

5      to Kevin Jackson during the incident?

6      A      I don't even know who that is.

7      Q      Okay. Did you see or hear any-

8      thing done to or involving Andre Miller during

9      the incident?

10     A      No.

11     Q      Did you see or hear anything done

12     involving Aaron Wynn during the incident?

13     A      No.

14     Q      Did you see or hear anything

15     happen involving inmate Pleasant Ali during

16     the incident?

17     Q      No, I ain't see nothing happen

18     to nobody.  I heard it.  I heard some things

19     happening in the galley, but I ain't see it,

20     because I was the first one that something

21     happened to and I was dragged out of the unit.

22     Q      Okay, when you say you heard

e56184f5-1270-438a-a183-cd84e06f983c

Page 137

1          something, do you mean you heard something

2          later, after the incident occurred?

3               A    I mean, I heard what happened to

4          those guys.  I didn't see it, but I also seen

5          -- like, I seen Kent and Andre and I seen a

6          few other guys up in the infirmary when they

7          took me up there.  Like, some of those guys

8          that you mentioned, I seen them up in the

9          infirmary.

10              Q    Okay.  Who did you see in the

11         infirmary?

12              A    The guys you just named.

13              Q    You saw Curly Hall in the

14         infirmary?

15              A    Yes.

16              Q    Okay, did you notice any injuries

17         that he had, physical?

18              A    No.

19              Q    Okay, we talked about Delonte

20         Kent, and you don't know how Kevin Jackson is?

21              A    No, I don't know Kevin Jackson.

22              Q    You saw Andre Miller in the

e56184f5-1270-438a-a183-cd84e06f983c

Page 138

1          infirmary?

2                  A       Yes.

3                  Q       Did you notice any visible

4          injuries that he had?

5                  A       Just his eyes was watering and

6          stuff like that.

7                  Q       Okay, any other visible injuries

8          you observed on Andre Miller in the infirmary?

9                  A       Probably a little swelling.  I

10         didn't see no blood or nothing.  A little

11         swelling, eyes was watering, red.

12                 Q       Did you see Aaron Wynn in the

13         infirmary?

14                 A       Yes, I seen him coming to the

15         infirmary when I was leaving, going back to

16         the unit.

17                 Q       Did you notice any visible

18         injuries on Aaron Wynn?

19                 A       No.

20                 Q       Pleasant Ali, did you see him in

21         the infirmary?

22                 A       Yes, I seen him up there.  His

Page 139

1      eye, he had to get stitches.

2           Q     Did you notice anything about

3      his eye when you saw him in the infirmary?

4           A     Blood.

5           Q     Any other visible injuries on

6      Pleasant Ali, that you observed while in the

7      infirmary?

8           A     No.

9           Q     Inmate Robert Addison, did you

10     hear or see anything happen to him?

11          A     Robert who?

12          Q     Addison.

13          A     Robert Addison?

14          Q     Do you know who that is?

15          A     No, I know a Robert Patterson,

16     but not Addison.

17          Q     Do you know Jerome Luter,

18     L-U-T-E-R?

19          A     No.

20          Q     Do you know Antoine Thompson?

21          A     No.  He's -- you just asked me

22     about guys that are in the unit?

e56184f5-1270-438a-a183-cd84e06f983c

Page 140

1          Q      These are inmates who I under-

2      stood were in the unit at the same time, on

3      September 27, 2005.

4          A      On that tier?

5          Q      Well, no, not necessarily on that

6      tier, no.

7          A      No, I wouldn't know him then.

8          Q      Okay.

9          A      I probably seen him, but no,

10     I don't know him.

11         Q      Miguel  Morrow, do you know him?

12         A      Yes, he was up there.

13         Q      He was in the infirmary?

14         A      Yes, he's one of the ones they

15     had asked for real bad.

16         Q      Did you notice any visible

17     injuries to him when you saw him in the

18     infirmary?

19         A      Chipped tooth, mouth was

20     bleeding.

21         Q      You saw these things?

22         A      Yes.

e56184f5-1270-438a-a183-cd84e06f983c

Page 141

```
 1          Q      Any other visible injuries you

 2     observed on Miguel Morrow?

 3          A      No.

 4          Q      Do you know Julius Robinson?

 5          A      Who?

 6          Q      Julius Robinson?

 7          A      No.

 8          Q      Do you know Melvin Blackwell?

 9          A      No.

10          Q      Do you know the inmates who were

11     in the cells next to you, during the incident?

12          A      In the cell next to me?

13          Q      Yes.

14          A      I think it wasn't no inmates in

15     the cell next to me.

16          Q      On either side?

17          A      On the right side, I think --

18     wait a minute, Andre, the name you just asked

19     me.

20          Q      Andre Miller?

21          A      Yes, he was on the right side.

22     I can't remember who was on the left side.  I
```

e56184f5-1270-438a-a183-cd84e06f983c

Page 142

1        think those cells were empty.

2             Q     Now, you started talking about

3        this, but after you were first seen at the

4        infirmary on the date of the incident, did you

5        have any other medical complaints related to

6        the incident?

7             A     You said after the fact?

8             Q     Right, after you were seen that

9        first time at the infirmary, on the date of

10       the incident itself.

11            A     Yes, after I was seen, I was

12       taken up to the infirmary, because I was

13       having a slight blurrish in my eyes.  I was

14       constantly having headaches.  They supposedly

15       did a CAT-scan on me.

16                  My ear was messed up.  Every time

17       I blew my nose, I can hear it, like a busted

18       drum.  You can hear the air.  My ear was

19       messed up.

20                  Ankle was messed up.  My ankle

21       ain't right to this day.  It's still messed up

22       now.  So, I complained about those issues,

e56184f5-1270-438a-a183-cd84e06f983c

Page 143

1        until I finally got up to the infirmary.

2             Q     Do you know when you next went

3        to the infirmary after the date of the

4        incident?

5             A     Probably like -- I started

6        complained about like, three or four days

7        later.  As soon as I started seeing the blurry

8        vision, I started complaining, going up there,

9        and they put me in the computer, on a certain

10       date, to see an eye doctor, ear doctor.

11            Q     Did you end up seeing an eye

12       doctor?

13            A     Yes.

14            Q     And what did the eye doctor tell

15       you?

16            A     He said he could see blood in

17       my eyes.  So, he took this -- I don't know

18       what it was.  He took this yellow stuff, put

19       it on this thing, told me -- put my eye on

20       this machine, told me to keep my eye open,

21       don't blink.  He said he could see blood in my

22       eyes.

e56184f5-1270-438a-a183-cd84e06f983c

Page 144

1          Q     And did he give you any other

2     treatment for that?

3          A     No, that was it.

4          Q     And did that help?

5          A     Yes, it stopped the blurriness.

6          Q     And I think you said you

7     noticed the blurriness about three or four

8     days after the incident?

9          A     Yes.

10         Q     And headaches, when did you start

11    noticing those?

12         A     That's when the blurriness came,

13    the same time.

14         Q     Okay, and did you get any

15    treatment for that?

16         A     Supposedly, they put me in --

17    well, the said they put me in the computer to

18    get a CAT-scan, but they never called me for

19    it.  I kept putting in sick-call slips for it.

20    They never responded.

21         Q     Did the headaches go away once

22    the blurriness in your eye went away?

e56184f5-1270-438a-a183-cd84e06f983c

Page 145

1          A    Yes.  Eventually, it went away,

2     the headaches and stuff went away. Blurriness

3     went away.  My ear was still messed up for a

4     while.

5          Q    Before we get to the ear, the

6     headaches, were you able to take any pain

7     medication for that?

8          A    Yes, I was taking Tylenol and

9     I was taking Motrin for the pain.

10         Q    Did the Tylenol and the Motrin

11    help?

12         A    Not really, because I know it

13    -- it kept the pain, but once in a while, it

14    would come back.  Eventually, like I said, it

15    went away.

16         Q    And you noticed problems with

17    your ear when you would blow your nose?

18         A    Yes, I blow my nose it goes

19    `sssssssssss'.

20         Q    And did you start noticing

21    problems with the ear about three or four days

22    after the incident?

e56184f5-1270-438a-a183-cd84e06f983c

Page 146

1          A      No, I knew that off-hand, my

2     ear was messed up.  I got hit in it and I told

3     him about it, but they sent me back.  I kept

4     complaining about it until somebody seen me.

5          Q      Okay, and somebody saw you at

6     the infirmary about your ear?

7          A      Yes.

8          Q      How long after the incident was

9     that?

10         A      I don't even know.  I can't tell

11    you.  I can't even tell you.  I don't know.

12    But I know that they did see me and stuff, and

13    checked my ear.  They said my ear was damaged

14    and they gave me some stuff to drop in my ear.

15         Q      Did the doctor say anything more

16    specific about what the damage or the problem

17    was with your ear?

18         A      He just asked me what happened,

19    and I told him.

20         Q      I'm wondering if the doctor gave

21    more of a specific medical diagnosis, what the

22    problem was with your ear.

e56184f5-1270-438a-a183-cd84e06f983c

Page 147

1          A      They just looked and said the

2    eardrum was damaged and I asked him -- I was

3    saying, "Is it busted?  Is it ruined?"  They

4    was like, they don't think so.  They don't see

5    that it's ruined, but they said it is damaged.

6          Q      And they have you some ear

7    drop medicine?

8          A      Yes.

9          Q      How long did you take that

10   medicine for?

11         A      Probably about a month.

12         Q      And did the medicine help?

13         A      A little bit.

14         Q      Has the problem with your ear

15   gone away?

16         A      I can hear better of this one,

17   than I could this one.

18         Q      You're saying you can hear better

19   out of your right ear than you left ear?

20         A      Right.

21         Q      And it was the left ear,

22   obviously, the one you were complaining about?

e56184f5-1270-438a-a183-cd84e06f983c

Page 148

1          A       Right.

2          Q       That sensation though, when you

3    were blowing your nose, do you still notice

4    that problem with your ear?

5          A       No.

6          Q       Did that go away after you took

7    the medicine?

8          A       Yes, I was taking the medicine

9    and stuff.  When I blow my nose, it does it a

10   little bit, but eventually, it went away.  But

11   I can tell the difference.

12              I can tell the difference.  If I

13   listen to people talk on the tier, I cover up

14   this ear and I can barely hear them.  Then

15   I'll cover up this one and I can hear way

16   clearer.  So, I can see the difference.

17         Q       Have you ever had your hearing

18   tested, since the incident?

19         A       Only time was when we was at

20   the jail -- at the infirmary.

21         Q       Okay, when the doctor looked at

22   your ear and gave you the ear drop medicine?

e56184f5-1270-438a-a183-cd84e06f983c

Page 149

1          A      Right.

2          Q      Have you talked about all the

3    injuries that you suffered as a result of the

4    incident on September 27, 2005?  Were there

5    other medical complaints or symptoms that you

6    had, that you haven't talked about?

7          A      My thumb, it's -- right now, to

8    this day, it's still messed up.

9          Q      Okay.  What was initially the

10   problem with your thumb?

11         A      I don't know how or when, but

12   I know it had to do something -- the situation

13   and other things going on, because my thumb,

14   it just ain't been right since.

15         Q      But what specifically did you

16   notice?  Was it a problem bending it?

17         A      It's just like every time I --

18   I mean, I can bend it.  But when I do, I can

19   feel the pain in it.  It's been like that ever

20   since.  I ain't never been checked or nothing.

21         Q      You haven't had a doctor look

22   at it?

e56184f5-1270-438a-a183-cd84e06f983c

Page 150

1          A     No.  The doctor, they felt it

2     and it wasn't broken.  But I can still -- I

3     just feel the pain in it every time I move it.

4     I can feel it.  I can't even crack it or

5     nothing.  If I bend it like that, I'll feel

6     it.

7          Q     A doctor at the jail told you

8     that it wasn't broken?

9          A     Yes.

10          Q     But you haven't had it otherwise

11     checked out?

12          A     No, I didn't have it examined

13     or nothing like that, x-rays.

14          Q     Any other injuries, medical

15     complaints, symptoms, as a result of the

16     incident on September 27, 2005?

17          A     Like I said, my ear and my eyes,

18     my ankle, my thumb, nose bleeding, mouth.  My

19     side was messed up.

20          Q     You mentioned your side was

21     messed up.  What was that?

22          A     It was bruised, but it healed

e56184f5-1270-438a-a183-cd84e06f983c

Page 151

1      up.

2              Q      Any other bruises or cuts or

3      gashes?

4              A      Just on my face, that's it.  Head.

5      I had more knots in my head than anything.

6              Q      What was visible on your head,

7      in terms of injuries after the accident?

8      There were knots on the back of your head?

9              A      On the side, back, all the way

10     around.

11             Q      All the way around?  So, both

12     the left side, the right side and the back of

13     your head?

14             A      Yes.

15             Q      You had knots on all those places?

16             A      Yes.

17             Q      Other bruises or cuts elsewhere

18     on your body or your head?

19             A      Just my side was bruised.  My

20     ankle was swollen.  Arm was swollen.  Knots

21     all over my head.  Face was bruised up.

22     That's it.

e56184f5-1270-438a-a183-cd84e06f983c

Page 152

1          Q     And I don't know if we got it

2      for the record, but the thumb you were talking

3      about before, is your thumb on your right

4      hand?

5          A     Yes.

6          Q     In terms of any injuries visible

7      on your face after the incident, we talked

8      about there was the gash on your forehead, is

9      that right?

10         A     Yes.

11         Q     Any other visible injuries to

12     your face?

13         A     You're talking about now?

14         Q     At any time after the incident,

15     that you noticed.

16         A     Yes, my whole -- my face, my

17     cheeks was bruised up, all this was bruised.

18         Q     Okay, and when you say all this

19     was bruised, do you mean there were bruises

20     over both of your cheeks?

21         A     Yes.

22         Q     That were visible after the

e56184f5-1270-438a-a183-cd84e06f983c

Page 153

1       incident?

2               A       Yes.

3               Q       Anything else on your face?

4       Any visible injury at any time after the

5       incident?

6               A       No, you're talking about by --

7       you said after the incident?

8               Q       Right, any time after the

9       incident.

10              A       I mean, just my nose was bleeding,

11      my mouth was bleeding --

12                      MR. ALLEN: Right, in addition to

13      that.  He's asking you, in addition to what

14      you've already told him.  So, anything extra.

15              A       No.

16                      BY MR. SCHIFFERLE:

17              Q       Have you gotten any medical

18      treatment or seen a doctor after you left the

19      jail in December 2006?

20              A       No.

21              Q       You haven't even gone for a

22      physical or just a routine appointment with a

e56184f5-1270-438a-a183-cd84e06f983c

Page 154

1          doctor, since you've gotten out of jail?

2              A     No.

3              Q     Do you know who Dr. Goldstein is?

4              A     Goldstein?

5              Q     Yes.

6              A     Where, over at the jail?

7              Q     No.

8                    MR. ALLEN: He's a doctor we've

9          named, who is going comment on your injuries.

10                   BY MR. SCHIFFERLE:

11             Q     It's not a doctor you've seen?

12             A     No.

13             Q     Or as far as you're aware, you

14         have any plans to see?

15             A     No.

16             Q     Did you have a family doctor or

17         a primary care doctor, who you saw or you had

18         before going to jail?

19             A     I did, but that was a while ago.

20         I was there.  When I went in, I was 19.  When

21         I came back out, I was a grown man.

22                   COURT REPORTER: Can you please

e56184f5-1270-438a-a183-cd84e06f983c

1    repeat that?

2        A    I said when I came back out, I

3    was a grown man.

4            BY MR. SCHIFFERLE:

5        Q    And in terms of any current health

6    complaints you have, you mentioned that your

7    thumb still hurts on occasion?

8        A    Yes.

9        Q    And this is your right thumb?

10       A    My thumb and my ankle.

11       Q    And your ankle, and what bothers

12   you about your ankle?

13       A    You know, when the weather changes

14   or it rains, I feel it.  If I'll be out there

15   playing ball, I can feel it.  But it ain't to

16   the point where it's stopping me from doing

17   what I'm doing, but I can feel it.  I can feel

18   it in my ankle.  I'll stop and just chill.

19            If I get up, I can feel it.  If

20   I'm just laying there and don't move it for a

21   while and let it get stiff on me, when I get

22   up and walk or move it, I can feel it in my

e56184f5-1270-438a-a183-cd84e06f983c

Page 156

1        ankle.

2              Q      Anything other than you right

3        thumb and -- is it your right ankle?

4              A      Right.

5              Q      Anything other than your right

6        thumb and your right ankle that still gives

7        you any problems, as a result of the incident?

8              A      No.  Well, my ear.  Like I told

9        you, I can hear more clear out of this than

10       this one -- more clear out of the right one,

11       than the left one.

12             Q      Did you ever have a problem with

13       your right ankle before the incident?

14             A      No.

15             Q      Ever have a problem with your

16       hearing out of either ear before the incident?

17             A      No.

18             Q      Ever have a problem with your

19       right thumb before the incident?

20             A      No.

21             Q      What do you weigh now?

22             A      Probably about 220.

e56184f5-1270-438a-a183-cd84e06f983c

Page 157

1      Q     Did you weigh the same back on

2  September 27, 2005?

3      A     No.

4      Q     What did you weight, approxi-

5  mately, back then?

6      A     About 180.

7      Q     Okay.  Were you in better shape

8  when you were at the jail?

9      A     Way better.

10     Q     You did a lot of pull ups at

11  the jail?

12     A     That's all I did was work out.

13     Q     And you don't have to wear

14  glasses or contacts?  You can see just fine

15  without them?

16     A     Yes.

17     Q     Do you know anything about

18  the operation of the surveillance camera

19  system that might have been in use in South

20  One on September 27, 2005?

21     A     You said do I know anything about

22  it?

e56184f5-1270-438a-a183-cd84e06f983c

Page 158

1          Q    Yes, I guess the first question

2    would be, did you have any knowledge that

3    there was a security camera or surveillance

4    camera system installed in South One on

5    September 27, 2005?

6          A    Yes, I had the knowledge of

7    the cameras installed in there, yes.

8          Q    And what did you know or what

9    were you told, if anything, about those

10    cameras, as they would have been in effect or

11    operating on September 27, 2005?

12          A    I know they was operating.

13          Q    How do you know they were operat-

14    ing or what were you told?

15          A    Because I mean, when I would

16    leave out of the unit, go to Court, you can

17    see they've got the monitors, you can see the

18    unit on the monitors.

19          Q    Okay, and did you know anything

20    about whether those images on the monitor were

21    being recorded, again, around the time of the

22    incident?

e56184f5-1270-438a-a183-cd84e06f983c

Page 159

1          A     Shit, I'm pretty sure they were

2     recording.  They catch everything else.

3     Anything else happened, they always -- I mean,

4     go to the camera, or they might call up the

5     unit.  I seen them sliding the phone across

6     the tier.  They would alert the other office.

7     So, I know that the camera records, that it's

8     on.

9          Q     Did you see anyone come to the

10    unit for the purposes of checking on the

11    camera or inspecting the camera or anything

12    related to the camera system, as a result of

13    this particular incident, on September 27.

14    2005?

15               MR. ALLEN: You mean afterwards?

16               BY MR. SCHIFFERLE:

17         Q     Well, either during or after the

18    incident.

19         A     Did I see anybody come and check

20    it?

21         Q     Right, either during or after

22    the incident, for purposes of or related to

e56184f5-1270-438a-a183-cd84e06f983c

Page 160

1      the incident itself.

2          A      They didn't have a reason to come

3      and check it.  They had to reason to come and

4      check.  Cameras were already installed.  I

5      watched them install them.  Watched the system

6      be set up through the whole unit.  They had

7      the monitors and everything.

8                 You could go on each tier, see

9      people's arms hanging out of the bars.

10         Q      I'm just wondering, for example,

11     if you saw somebody or ever heard somebody who

12     had come to the unit for purposes of finding

13     out what might have been captured by the

14     surveillance camera system, as it related to

15     this particular incident.

16         A      Just the -- I mean, they don't

17     check it.  I don't understand you.  You said

18     people come to the unit, to find out what was

19     captured, that happened on the 27th of

20     September, right?

21         Q      Right.

22         A      They wouldn't have to come to the

e56184f5-1270-438a-a183-cd84e06f983c

Page 161

1    unit to do that.  They don't have to.  In the

2    command centers, they have the monitors down

3    there where they can rewind it, fast forward,

4    play it, all of that.

5         Q    Let me ask this a different way.

6    Did you overhear any correctional officer

7    discussing what the surveillance camera system

8    might have captured or recorded, as it related

9    to the incident on September 27, 2005?

10         A    Nope.

11         Q    Did you notice anyone during the

12    incident on September 27, 2005, with any hand-

13    held camera, whether a video camera or a photo

14    camera?

15         A    I think it probably was a

16    correction officer -- they all -- I mean --

17              MR. ALLEN: No, you should try and

18    answer it, in terms of what you specifically

19    remember that day, not what you think they

20    usually did.

21              If you can remember -- if you can

22    specifically remember, then tell him what you

e56184f5-1270-438a-a183-cd84e06f983c

Page 162

1      remember.  If you don't, then the answer is,

2      you don't remember.

3          A      Well, I mean, it's a guy -- they

4      got this -- the guy that monitors the cameras.

5      He comes in there.  The only time that I saw

6      him use those portable cameras is when they

7      looking in a person's cell, because the

8      cameras on the tier can't see in the cell.

9      So, that's why they use those cameras, to see

10     in the cell.

11              Other than that, they never used

12     them.  I've never seen them.

13              BY MR. SCHIFFERLE:

14          Q      Okay.  So, you don't remember

15     seeing a hand-held camera, video or photo,

16     being carried by any correctional officer

17     during the incident itself?

18          A      No, I just -- I don't remember

19     -- you know, like I was saying, they use them

20     for -- in the cell, cameras on the tiers can't

21     see in the cell.  So, they use them portables

22     for in the cell.

e56184f5-1270-438a-a183-cd84e06f983c

Page 163

```
 1              Q      Okay.  Do you know Glenda Hall?

 2              A      Who?

 3              Q      Glenda Hall?

 4              A      No.

 5              Q      Do you know Sabrina Wynn?

 6              A      Glenda Hall, Sabrina Wynn?  I

 7       don't know them personally, but I know them

 8       from dudes mother's that was on the tier.

 9              Q      You haven't talked to them your-

10       self?

11              A      No.  I mean, talked to them like

12       how?

13              Q      On the phone?  Visit?  Whatever.

14              A      No, if I'm on the phone and one

15       of them asked me to make a phone call for

16       them, then I would, "Hey, how are you doing?

17       Calling for such-and-such."  That's about it.

18       I ain't talk to them, "How are you doing?  How

19       are the kids?  The family?"  I don't know them

20       like that.

21              Q      Did your mother come visit you

22       at the jail after the incident, September
```

e56184f5-1270-438a-a183-cd84e06f983c

Page 164

1      27th?

2            A     Yes, when they allowed me to

3      get visits back.

4            Q     Okay, and how long after the

5      incident was that?

6            A     About 60 days.

7            Q     Sixty-days?

8            A     Yes.

9            Q     What was the reason you were

10     given, if any, for why you were being denied

11     visits before that?

12           A     They said something about lied

13     and not obeying orders and -- just stuff like

14     that.  I can't really remember.  I know it was

15     in that nature though.

16           Q     I wanted to make sure I heard

17     you correctly.  Sixty, 60 days, not six days?

18           A     Yes, 60.

19           Q     Okay.  Did any lawyer visit you

20     during the 60 days after the incident on

21     September 27th?

22           A     My lawyer, my criminal lawyer.

e56184f5-1270-438a-a183-cd84e06f983c

Page 165

1           Q     How long after the incident did

2     he visit you?  Do you know?

3           A     I can't even -- I can't put no

4     time on it.  I know he came to see me and I

5     explained to him, what happened.

6           Q     Okay.  But it was some time

7     within 60 days after the incident?

8           A     Yes.

9           Q     Have you kept in touch with

10    Curly Hall since you left the jail?

11          A     I heard from him a few times,

12    but I ain't heard from him in a while.

13          Q     When is the last time you heard

14    from him?

15          A     I can't even remember.  It's been

16    a long time.

17          Q     Have you kept in touch with

18    Delonte Kent since you left the jail?

19          A     No.

20          Q     Have you kept in touch with

21    Andre Miller since you left the jail?

22          A     No.

e56184f5-1270-438a-a183-cd84e06f983c

Page 166

1          Q     Have you kept in touch with Aaron

2     Wynn since you left the jail?

3          A     No.

4          Q     Have you kept in touch with

5     Pleasant Ali since you left the jail?

6          A     No.

7          Q     Are there are others in South

8     One at the time of the incident who you keep

9     in touch with since you left the jail?

10         A     Nope.

11         Q     Do you know if Curly Hall is still

12    incarcerated?

13         A     I think he is.  I heard he got

14    a lot of time.

15         Q     Did you ever visit him after you

16    left the jail?

17         A     No.

18         Q     If I could have this marked as

19    Deposition Exhibit-1.  I have copies, but they

20    may not be in the same order.  I count 15

21    pages.

22              Okay, I'm showing you Exhibit-1,

e56184f5-1270-438a-a183-cd84e06f983c

Page 167

1        which is 15 pages of photographs.  What I'd

2        like you to do is just go through this exhibit

3        and probably what I should do I mark each

4        photograph.

5                            (Whereupon, Deposition

6                            Exhibit-1 was marked for

7                            identification.)

8                  BY MR. SCHIFFERLE:

9             Q      There may be some duplicates in

10       these photos, but if you could start going

11       through them, and I'll start with the first

12       two photographs, which are A and B, and they

13       appear to depict South One and some sort

14       brownish substances on the walls and windows.

15       Does that look familiar to you at all?

16            A      This?  This is the bottom tier?

17            Q      What's in photograph A is the

18       bottom tier of South One?

19            A      Yes, it's the bottom tier.

20            Q      Okay, and do you remember seeing

21       any sort of brownish-type substance, which id

22       depicted in photographs A and B of Exhibit-1,

e56184f5-1270-438a-a183-cd84e06f983c

Page 168

1          during the incident or after -- returning to

2          the unit after the incident?

3               A     No.

4               Q     Turn to the next, and photograph

5          D, does that appear to be also, the bottom

6          tier of South One?

7               A     Yes.

8               Q     And the brownish substance

9          that you see in that photograph, that's not

10         something that you saw in that area of South

11         One, either during or after the incident?

12              A     No.

13              Q     And if you notice in photograph

14         C of Exhibit-1, it does appear as though

15         there's water on the floor of the tier.

16              A     I can't tell.

17              Q     Okay.  Photograph E of Exhibit-1,

18         it appears that there is some water on the

19         floor of the cell depicted in photograph E?

20              A     Can't tell.

21              Q     And in photograph G and H of

22         Exhibit-1 again, these appear to be

e56184f5-1270-438a-a183-cd84e06f983c

Page 169

1          photographs of South One?

2                    A     I guess, yes.

3                    Q     And again, either during or

4          following the incident on September 27, 2005,

5          did you ever see any brownish-type stain or

6          substances, as depicted in photographs G and

7          H of Exhibit-1?

8                    A     No.

9                    Q     Photographs I and J, do those

10         look familiar to you at all, in any way

11         related to the incident in this case?

12                   A     Yes, I see the water.

13                   Q     Is that consistent with your

14         memory of the appearance of South One after

15         the incident, during or immediately after the

16         incident?

17                   A     Yes, when I came back, I remember

18         there being water and stuff.  But before I

19         left, there was water and stuff on the floor.

20         Before they took me out, there was water and

21         all of that on the floor.

22                   Q     Looking at photograph L in

e56184f5-1270-438a-a183-cd84e06f983c

Page 170

1          Exhibit-1, do you recognize any of the

2          individuals or the scene in that photograph?

3                 A     Can't really see the picture.

4                 Q     You can't tell who or what that

5          is of?

6                 A     No, I can tell this is a picture

7          of correctional officers in South One tier,

8          but I can't really see the faces of the

9          officers.  The picture is too blurry.

10                Q     You know this is an individual

11         with what appears to be a mask on, in the

12         center background of the photograph L.

13                A     Yes.

14                Q     Do you know whether that's a

15         correctional officer or a maintenance person?

16                A     I doubt if it was a maintenance

17         person.

18                Q     Did you observe, during the

19         incident on September 27, 2005, correctional

20         officers with masks of that type?

21                A     Yes, they wear masks like that

22         to keep them from choking when they're

e56184f5-1270-438a-a183-cd84e06f983c

Page 171

1        spraying the mace.

2            Q      And did you observe any

3        correctional officers, again, during the

4        incident on September 27, 2005, wearing what

5        appears to be basically, a plastic tarp?

6            A      Not when I was in there, no.

7            Q      Go to photograph M and N of

8        Exhibit-1, this scene or any individuals look

9        familiar to you?

10           A      This looks like Reese right here

11       and I don't know this guy's name. But yes,

12       I've seen his face before.

13           Q      Are you able to recognize the

14       inmate depicted in photograph N of Exhibit-1?

15           A      No, I don't know who that is.

16           Q      I'm showing you photographs O

17       and P.  Do those appear to depict the scene of

18       South One during or immediately after the

19       incident?

20           A      I guess.  I don't know.  I guess

21       it was after.  I don't know.

22           Q      I don't want you to guess.

e56184f5-1270-438a-a183-cd84e06f983c

Page 172

1          A      I don't know.

2          Q      Okay, and photographs Q and R,

3     do you have a memory of South One having this

4     appearance either during or after the

5     incident?

6          A      No.

7          Q      Looking at photograph T, does

8     that depict anything that looks familiar to

9     you?

10         A      Tier of South One.

11                MR. ALLEN: No, that's not --

12         A      Oh, you said T?

13                MR. ALLEN: Yes.

14         A      I don't know what that is.

15                BY MR. SCHIFFERLE:

16         Q      Okay.  Photographs U and V,

17    what's depicted there?  Does the depict

18    anything that you observed of South One,

19    either during or following the incident?

20         A      Photo V, that's Sergeant Reese

21    in my cell.

22         Q      Okay, photo V is your cell?

e56184f5-1270-438a-a183-cd84e06f983c

Page 173

1          A     Yes.

2          Q     Does it appear to be the -- well,

3     let me see, did you see your cell once you

4     returned to the unit, after the incident?

5          A     Yes, I had to go up there and get

6     my belongings.

7          Q     Okay, does photograph V depict

8     the state of your cell, once you returned to

9     the unit?  I should add, is that how you

10    remember it?

11         A     It was pretty messed up, yes.

12         Q     Was it in that condition when you

13    ran out of your cell?

14         A     No, it wasn't like that, stuff

15    all over the place.  No, it wasn't like that.

16         Q     Do you know how it got to be

17    in that state?

18         A     Because they went in there and

19    messed it up.

20         Q     Well, did you see any correctional

21    officer go in there and mess it up?

22         A     No.

e56184f5-1270-438a-a183-cd84e06f983c

Page 174

1        Q      But once you returned to your

2     cell after the infirmary on the date of the

3     incident --

4        A      It was like that.

5        Q      Okay.  Photograph W and X look

6     familiar to you at all?

7        A      Just the tier, a cell, that's it.

8        Q      Does you recognize the inmate

9     in photograph Z?

10       A      No, I don't remember who that is.

11       Q      Do you recognize the cells in

12    photograph AA or BB?

13       A      I couldn't tell you whose cells

14    they are, but it's two cells.  That's it.

15    Trashed, mattress out.

16       Q      Photograph CC, do you have a

17    memory of South One, either during or after

18    the incident that's consistent with the

19    depiction in there?

20       A      No, I see the water hose running

21    up the steps, phones, that's it.

22       Q      Do you recognize the scene or

e56184f5-1270-438a-a183-cd84e06f983c

Page 175

1        any individuals depicted in photograph DD?

2               A     I mean, I see Sergeant Reese.

3        I see the other guy with the white shirt.  I

4        don't know his name, and these other two guys,

5        this guy, I don't know.

6               Q     Can you mark this as two?  I'm

7        showing you another copy of Exhibit-2, a

8        letter from Mr. Allen, dated October 4, 2005.

9        You've had a chance to read through it?

10                            (Whereupon, Deposition

11                            Exhibit-2 was marked for

12                            identification.)

13             A     Yes.

14             Q     Mr. Allen was your attorney at

15        the time?

16             A     Yes.

17             Q     And was he authorized by you to

18        provide this letter on your behalf to the

19        Mayor, regarding your claim?

20             A     Yes.

21             Q     Did you file any sort of inmate

22        grievance, regarding the incident of September

Page 176

1       27, 2005?

2              A      Yes.

3              Q      Did you submit a grievance on

4       the sort of, standard grievance form that the

5       Department provides?

6              A      Yes.

7              Q      Do you remember how long after

8       the incident it was that you submitted this

9       written grievance?

10             A      About two or three days.

11             Q      And do you know who you submitted

12      the grievance to, what you physically did with

13      it?

14             A      I did a few.  One in the box.

15      I handed one to the grievance lady that comes

16      through.  I gave one to my lawyer, my criminal

17      lawyer.  I gave a copy and I also had a copy

18      sent home to my mother.

19             Q      Okay, and so, basically, you had

20      four copies of this grievance that you

21      submitted a few days after the incident?

22                    MR. ALLEN: Objection, leading.

e56184f5-1270-438a-a183-cd84e06f983c

Page 177

```
 1          A      No, these ain't four copies.

 2    Four different ones that I had written because

 3    the other ones that I sent to the Warden, I

 4    didn't get no response.

 5                 BY MR. SCHIFFERLE:

 6          Q      Okay.  So, you left the grievance

 7    in a box that's designated for grievances?

 8          A      Exactly.

 9          Q      And you also gave a grievance

10    to --

11          A      To the lady who comes and picks

12    them up.

13          Q      Do you know her name?

14          A      I can't remember her name off

15    hand.  I just saw her too.  No, I don't

16    remember her name off hand.

17          Q      Is what you gave to the lady

18    a copy of what you left in the box?

19          A      No.

20          Q      Okay, they were two different

21    grievances?

22          A      Yes.
```

e56184f5-1270-438a-a183-cd84e06f983c

Page 178

1          Q      Both about September 27, 2005?

2          A      Yes.

3          Q      Okay, did you keep for yourself

4     or provide to anyone else, a copy of either of

5     those grievances?

6          A      Yes, my criminal lawyer and my

7     mother.

8          Q      Okay.  So, you gave your criminal

9     lawyer and your mother copies of both of those

10    grievances?

11         A      Yes, both -- I gave them copies

12    of the grievance about the incident.

13         Q      Okay.  You didn't keep a copy

14    of either grievance in your cell?

15         A      I wasn't trying to keep nothing

16    in my cell, because every time I came out,

17    they was going in there, trying to take stuff

18    like that, because they didn't want it to get

19    out to the public.

20         Q      Did you get a receipt for either

21    the grievance you left in the box or the one

22    you left with the lady?

e56184f5-1270-438a-a183-cd84e06f983c

Page 179

1         A       Nope.

2         Q       Have you tried to contact your

3    criminal lawyer or your mother, to see whether

4    you could get a copy of either of those

5    grievances?

6         A       What do you mean, since I've

7    been home, or while I was --

8         Q       Right, and since you filed this

9    law suit?

10        A       Yes.

11        Q       Do you know if either of them

12   still have any copy of any grievance you sent

13   to them regarding this incident?

14        A       Yes, I think I still have a copy

15   of it.

16        Q       Would you be willing to provide

17   your lawyer -- follow up on that, get your

18   lawyer a copy of whatever --

19        A       Sure.

20        Q       -- grievances regarding this

21   incident that you can access, is that fine?

22        A       Sure.

e56184f5-1270-438a-a183-cd84e06f983c

Page 180

1          Q     I know I just asked you this,

2     you didn't get a receipt for any grievance?

3          A     The only way you could get a

4     receipt is if they respond or if you give it

5     to them, and they give you a receipt.  But

6     being as though the situation that happened,

7     everybody is like -- all the correctional

8     officers against the inmates and stuff.  So,

9     you understand what I'm saying.

10          Q     Let's mark this Exhibit-3.  Mark

11     this number four at the same time.

12                         (Whereupon, Deposition

13                         Exhibit-3 and 4 were

14                         marked for

15                         identification.)

16               MR. ALLEN: What is this?

17               MR. SCHIFFERLE: That's three and

18     this is four.

19               MR. ALLEN: All right.  How much

20     longer do you think you'll go?

21               MR. SCHIFFERLE: Twenty minutes,

22     and if anybody wants to take a break, either

e56184f5-1270-438a-a183-cd84e06f983c

Page 181

1      way.

2                        MR. ALLEN: Two minute break.

3                        MR. SCHIFFERLE: Okay.

4                        (Whereupon, the foregoing matter

5      recessed briefly at approximately 2:40 p.m.)

6                                   (Whereupon, Deposition

7                                   Exhibit-5 was marked for

8                                   identification.)

9                        BY MR. SCHIFFERLE:

10         Q      Showing you Exhibit-3 and 4, and

11     for the record, three is a letter -- they're

12     all letters from Mr. Allen. Exhibit-3 is a

13     letter of October 3, 2005. Exhibit-4 contains

14     a letter from November 18, 2005, another one

15     from November 23, 2005 and two copies of the

16     letter from December 7, 2005.

17                    I just want you to have an

18     opportunity to look at them and tell me if --

19     that Mr. Allen was authorized to submit these

20     letters on your behalf, as it pertains to

21     whatever claim or grievance you have regarding

22     the incident.  Is that correct?

e56184f5-1270-438a-a183-cd84e06f983c

Page 182

1          **A     Yes.**

2          **Q     Here is Exhibit-5.**

3              MR. ALLEN: Are you done with all

4    of these?

5              MR. SCHIFFERLE: I'm done with

6    those.

7              MR. ALLEN: What is five?

8              BY MR. SCHIFFERLE:

9          **Q     Exhibit-5, for the record, is**

10   **five pages, relating generally to disciplinary**

11   **reports during your time at the D.C. jail, and**

12   **I want to look at the first page of Exhibit-5.**

13           **Does it appear that this is the**

14   **disciplinary interview for you, as it relates**

15   **to the incident on September 27, 2005?  If you**

16   **note at the bottom, it has a signature and a**

17   **date of September 27, 2005.**

18         **A     Yes, I see it.**

19         **Q     Okay, and it's correct that**

20   **Sergeant Reese did place a disciplinary report**

21   **against you, as a result of the incident on**

22   **September 27, 2005?**

e56184f5-1270-438a-a183-cd84e06f983c

Page 183

1          A     Yes.

2          Q     And is it also correct that --

3     just looking at this exhibit, that you did not

4     desire to make a statement at the time,

5     regarding the disciplinary report?

6          A     I had my lawyer present when I

7     was in there.

8          Q     Okay.

9          A     As a matter of fact, the reason

10    why I didn't make a statement was because on

11    that day that they saw me, I didn't have my

12    lawyer present.  So, I told them I didn't want

13    to say anything until I had my lawyer present.

14         Q     And it is correct that you

15    refused to sign this form, as noted `refused'

16    by `inmate signature'?

17         A     No.

18         Q     At some point, was there a

19    hearing or an interview on the disciplinary

20    report against you?

21         A     Yes, they give you three days to

22    have your lawyer present.  If not, they carry

e56184f5-1270-438a-a183-cd84e06f983c

Page 184

1        on with it.  So, that's what it was.

2            Q     So, what happened with regards

3        to this disciplinary report, as a result of

4        the incident on September 27, 2005?

5            A     They found me guilty, gave me

6        60 days loss of privilege.

7            Q     And when you say `they', was

8        the adjustment --

9            A     The Adjustment Board.

10           Q     Okay, and the Adjustment Board

11       had a hearing before they found you guilty?

12           A     Had a hearing?

13           Q     Or some sort of process where

14       you had an opportunity to make a statement or

15       defend against the charge?

16           A     Yes, they bring you in there,

17       sit you down, read you disciplinary and ask

18       you if you want a lawyer present or do you

19       want to go on with it.  If you say, "I want my

20       lawyer present," they will set it off for 72

21       hours.

22           Q     Okay, what happened in your

e56184f5-1270-438a-a183-cd84e06f983c

Page 185

1    specific case?

2         A    That's what I told them.  They set

3    if off, so that my lawyer was present, and

4    then when my lawyer was present, carry on.

5    But they still found me guilty.  It didn't

6    make no difference.

7         Q    Okay.

8         A    My lawyer voiced his opinion and

9    pointed out point of views about how he felt

10   about the matter and what he seen that was

11   wrong, but it didn't matter.  They're

12   correctional officers.

13        Q    Did you say anything to the

14   Adjustment Board?  Give a statement?

15        A    Yes, I said something to them.

16   I said some things.  I told them I didn't have

17   nothing to do with nothing.  Reese came to my

18   cell all aggressive and talking about `strip'

19   and this and that.  I told them, and it didn't

20   matter.  They still found me guilty.

21   Everybody that went in there, they found

22   guilty.

e56184f5-1270-438a-a183-cd84e06f983c

Page 186

1          Q       Did anybody else give a statement

2     at this hearing before the Adjustment Board?

3     Did Sergeant Reese come in and say something?

4          A       Sergeant Reese ain't come in and

5     say nothing.

6          Q       Did any correctional officer

7     come in and say anything at the hearing?

8          A       Not in mine, no.

9          Q       Do you know if the hearing was

10    recorded?

11         A       Yes, they always record.

12         Q       While we have Exhibit-5 out,

13    if we could turn to the next page, which is a

14    disciplinary -- appears to be a disciplinary

15    report, dated at the bottom, September 9,

16    2005, regarding you.

17              MR. ALLEN: Before you get into it,

18    I'll object to any questions based on this,

19    different incident in time.  But you can go

20    ahead and answer any questions.  I assume that

21    we can do this, based on a continuing

22    objection, so I don't have to object at every

e56184f5-1270-438a-a183-cd84e06f983c

Page 187

1      single question about it.

2                      MR. SCHIFFERLE: That's fine.

3                      MR. ALLEN: But you understand that

4      I have a continuing objection?

5                      MR. SCHIFFERLE: I understand.

6                      MR. ALLEN: All right.

7                      BY MR. SCHIFFERLE:

8          Q     Mr. Ingram, just looking at this

9      disciplinary report, having given you a chance

10     to look at it, direct your attention where in

11     the body of the report, it states -- I'll just

12     read it.

13                     "On September 8, 2005 at

14     approximately 12:55 a.m., inmate Ingram

15     Matthews 292783 was informed that he was

16     scheduled for Court and that I was aware that

17     he was given a shower on a previous shift."

18                     "Inmate Ingram Matthew stated to

19     me that he would flood the tier tonight and he

20     did so with other inmates, which disrupts the

21     normal operation of the unit."

22                     Do you see that?

e56184f5-1270-438a-a183-cd84e06f983c

Page 188

1          A     Yes.

2          Q     Is it accurate that you stated

3     to this particular correctional officer that

4     you would flood the tier?

5          A     That's a lie.  I beat that.  I

6     would found not guilty for that, because he

7     was lying.

8          Q     Okay, and it's also inaccurate

9     that you, along with other inmates, flooded

10    the tier?

11         A     No, he said I flooded the tier.

12    That was a lie.  I beat that shot.  I ain't

13    get no -- my privileges taken or nothing.

14    They found me not guilty on that shot.

15         Q     Well, regardless of whether you

16    were found guilty or not guilty, you never

17    even threatened to flood the tier or actually

18    flooded the tier as described?

19         A     I didn't do nothing.

20         Q     Okay, and note at the bottom,

21    it does say `guilty, based on report'.  Is it

22    your understanding that you were found guilty

e56184f5-1270-438a-a183-cd84e06f983c

Page 189

1        or not guilty?

2             A    I was found not guilty.  When I

3        left out of the room, I was found not guilty.

4        They threw it out.  I don't know what that is.

5                  MR. ALLEN: It does say `disregard,

6        no

7        action taken', further down.

8             A    Because he lied.  He tried to say

9        he seen me flood the tier all the way from

10       down at the bottom.

11                 BY MR. SCHIFFERLE:

12            Q    Turning to the next page, which

13       appears, for the record, to be a disciplinary

14       report against you and has a date of -- two

15       dates, February 7th and February 10, 2006.

16                 MR. ALLEN: Okay, I have an

17       objection to any questions based on the --

18       again, it's an entirely different incident and

19       I don't see what relevance it has to this

20       particular incident and I have a continuing

21       objection to all questions based on this.

22                 BY MR. SCHIFFERLE:

Page 190

```
 1            Q     Okay, and again, I'll just read

 2       the body of the report.  It says, "On February

 3       7th or February 9, 2005, at 8:00 p.m., while

 4       making a security check at South One, I

 5       observed inmate Ingram Matthew kicking the

 6       shower door on the lower left tier."

 7                   "Several minutes later, I was

 8       walking down the stairs on the upper right

 9       tier, when Ingram 292-783 came running up to

10       me and stated, `I can get you right now if I

11       want to.'  I asked Ingram to step to his cell

12       and he did."  Did you see what I just read?

13            A     Huh?

14            Q     I'm just asking if you saw what

15       I read?

16            A     Yes, I see what you read.

17            Q     Is it accurate that during the

18       particular incident described, that you ran up

19       to this particular correctional officer and

20       stated `you could get right now if you wanted

21       to'?

22            A     I don't remember that.
```

e56184f5-1270-438a-a183-cd84e06f983c

Page 191

1          Q      You don't remember one way or

2     the other, whether that occurred?

3          A      No, I don't remember even -- I

4     don't recall that happening.

5          Q      Do you recall being found guilty

6     on this particular charge by the Adjustment

7     Board?

8          A      No, I ain't never been to no

9     Adjustment Board for that.

10          Q      So, you don't believe this

11     disciplinary report is an actual disciplinary

12     report against you?

13               MR. ALLEN: Objection, leading, as

14     far as that question is concerned.  But if you

15     can answer, go ahead.

16          A      I don't remember this at all.

17     I don't remember being seen about this or

18     nothing, no.

19               BY MR. SCHIFFERLE:

20          Q      You don't remember the incident

21     itself or any disciplinary charge or

22     proceedings that might have resulted.

e56184f5-1270-438a-a183-cd84e06f983c

Page 192

1          A      No.

2          Q      The next page again, appears to

3    be a disciplinary report against you and it

4    has the date in the middle of -- September 27,

5    2005.  This is the disciplinary report that

6    was lodged against you, as a result of the

7    incident in this case.  Do it appear to be?

8          A      Yes.

9          Q      And the Board finding a

10   recommendation that's listed -- that's what

11   you understand was the Board's finding and

12   recommendation?  It says `guilty based on

13   report, 14 days adjustment segregation

14   starting from 10/5/05 to 10/19/05, 60 days

15   LOP, loss of privileges starting from 10/5/05

16   to 12/4/05, remain on current status'.

17         A      Yes.

18         Q      That was the Board's finding?

19         A      Right.

20         Q      The last page, for the record,

21   appears to be a disciplinary report against

22   you.  It has a date in the middle, of March

e56184f5-1270-438a-a183-cd84e06f983c

Page 193

1    **25, 2004.**

2            MR. ALLEN: Okay, same objection.

3    Not even the same year, in this particular

4    case.  It's irrelevant.  However, based on my

5    continuing objection, if you can answer any

6    question, go ahead.

7            BY MR. SCHIFFERLE:

8        Q    **Again, for the record, I just**

9    **want to read the body of the report.  It says,**

10   **"On 2004 March 25, at approximately 8:20**

11   **hours, while conducting a cell search of the**

12   **above cell, I removed six cigarettes found**

13   **beneath the mattress.  I also noticed that the**

14   **cell vent was jammed with toilet paper,**

15   **preventing proper air flow."**

16            **"The above named inmate also had**

17   **paper in the cell windows, blocking the window**

18   **view.  Inmate has been advised of all of the**

19   **above."  Did you see what I just read?**

20       A    Yes.

21       Q    **Is it accurate, that you had**

22   **cigarettes in your cell and the vent was**

e56184f5-1270-438a-a183-cd84e06f983c

Page 194

1          jammed with toilet paper?

2                  A     Yes.

3                  Q     And you were found guilty by

4          your own admission, as indicated on this

5          report?

6                  A     Right.

7                  Q     Have you ever, during your time

8          at D.C. jail, flooded or attempted to flood or

9          threaten to flood the tier?

10                      MR. ALLEN: Objection to any prior

11         incidents.  But subject to that objection, if

12         you can answer, go ahead.

13                 A     No.

14                      BY MR. SCHIFFERLE:

15                 Q     And have you ever thrown or

16         attempted to throw or threatened to throw

17         feces or urine or any sort of biological

18         substance, during your time at the D.C. jail?

19                      MR. ALLEN: Same objection, as it

20         relates to other incidents.  But if you can

21         answer, go ahead.

22                 A     No.

e56184f5-1270-438a-a183-cd84e06f983c

Page 195

1              BY MR. SCHIFFERLE:

2         Q     As a result of the incident on

3    September 27, 2005, were you ever interviewed

4    by the U.S. Attorney's Office or someone on

5    behalf of the U.S. Attorney's Office about the

6    incident?

7         A     No.

8         Q     Was it ever communicated to you

9    that the U.S. Attorney's Office or someone on

10   behalf of the U.S. Attorney's Office was

11   interested in interviewing you about the

12   incident?

13        A     It was -- no, I don't recall.

14        Q     Okay.  Was it ever communicated to

15   you that anyone from law enforcement was

16   interested in interviewing you about the

17   incident, for purposes of investigating any

18   claim that any inmate had made about a

19   correctional officer's conduct during the

20   incident on September 27, 2005?

21        A     If it was, I wasn't aware of it.

22        Q     Has any witness or any inmate

e56184f5-1270-438a-a183-cd84e06f983c

Page 196

1        given you a copy of any written statement,

2        anything in writing, that they wrote about the

3        incident on September 27, 2005?

4                A        No.

5                        MR. SCHIFFERLE: Just give me two

6        minutes.  I may be done.

7                        MR. ALLEN: Well, I probably have a

8        few quick questions.

9                        MR. SCHIFFERLE: Okay, if you want

10       to go.

11                       CROSS EXAMINATION

12                       BY MR. ALLEN:

13               Q        Mr. Ingram, you were asked some

14       questions about activities of Sergeant Reese

15       that you had observed prior to the September

16       27, 2005 incident and in that connection, did

17       you ever see Sergeant Reese strike an inmate?

18               A        Yes.

19               Q        Okay, can you tell me about that?

20               A        I seen him knock this guy out,

21       juvenile guy.  They had some juveniles on the

22       tier with us and they was in the cells from

e56184f5-1270-438a-a183-cd84e06f983c

Page 197

1    one through five or one through six, and Reese

2    hit him with a flashlight and knocked him out

3    while he was in handcuffs on the tier.  They

4    kept shaking him, trying to wake him up before

5    they called the infirmary, and he wouldn't get

6    up.

7              The called the infirmary.  They

8    came and got him on a stretcher and had to

9    take him to the hospital.

10        Q    Do you remember the name of the

11   juvenile?

12        A    No, I can't remember his exact

13   name.

14        Q    Okay.  Do you -- can you give me

15   an idea of when this happened?

16        A    This happened probably some weeks

17   or months before the situation.

18        Q    So, between a couple of months

19   and a couple of weeks, prior to September

20   27th?

21        A    Yes.

22        Q    Did the juvenile return to the

e56184f5-1270-438a-a183-cd84e06f983c

Page 198

1      unit or do you know where he went after he was

2      taken out?

3          A     Yes, he came back to the unit,

4      but they moved him, because you not really

5      suppose to have juveniles on the tier with

6      adults.  He told his lawyer and made a

7      complaint.

8          Q     Did you actually witness this with

9      your own eyes?

10         A     Yes.

11         Q     Was the juvenile doing anything

12     to Sergeant Reese at the time he was struck

13     with a flashlight?

14         A     Nope, he came -þ they got him out

15     of his cell.  I think he was arguing with

16     Reese or something.  They got him out of his

17     cell, he was handcuffed behind his back and

18     Reese smacked him with a flashlight and he

19     went unconscious.

20         Q     Did you ever see Sergeant Reese

21     strike anybody else?

22         A     Yes.

Page 199

1           Q     Okay.

2           A     I seen him -- this one guy, guy

3    named Herb.

4           Q     Herb?

5           A     Yes, his name was Herb.  I don't

6    know his last name, but his name was Herb.

7    He's got real long dreads.  Reese grabbed him

8    by the back of his dreads while he was

9    handcuffed and slammed his face into this

10   little metal guard thing that's between the

11   cells and the next day, he had two black eyes.

12          Q     When did that happen?

13          A     This happened probably -- this was

14   some weeks before the incident on September

15   27th.

16          Q     Did you see Herb do anything

17   to Sergeant Reese, before Sergeant Reese did

18   what you described?

19          A     I think he -- him and Reese got

20   into it or something and -- I can't remember

21   what he did.  But I think he was just probably

22   cursing him out or something.

e56184f5-1270-438a-a183-cd84e06f983c

Page 200

1        Q    Was Herb handcuffed at the time?

2        A    Yes, his hands was cuffed behind

3    his back.  He grabbed him by the back of his

4    head and rammed it, nose was bleeding, eyes

5    was black the next day.

6        Q    Did you ever see anybody else

7    beaten on the unit by another other officer,

8    apart from Sergeant Reese?

9        A    Yes, I seen other guys get hit

10    while they handcuff them, other officers in

11    the unit.

12        Q    Okay, can you recall the names

13    of any of the other officers?

14        A    One guy's name is Sergeant

15    Wellington.  He was known for doing that a

16    lot, catch a dude while he's in handcuffs,

17    smack him, punch him in face.  You know, you

18    can't do nothing.

19        Q    Anybody else?

20        A    No, not that I recall.

21        Q    Did you ever see Sergeant

22    Wellington hit somebody while they were in

e56184f5-1270-438a-a183-cd84e06f983c

Page 201

1          handcuffs?

2                    A      Yes.

3                    Q      Okay, can you describe what you

4          saw?

5                    A      I mean, I seen him smack a dude,

6          smack blood out his mouth, smack a dude in the

7          mouth, while he was handcuffed.

8                    Q      Okay, when did that happen?

9                    A      This was -- as a matter of fact,

10         one day he was doing -- he usually worked the

11         midnight shift, but he did overtime and worked

12         8:00 a.m. to 4:00 p.m. shift.

13                   What happened on that shift, the

14         dude was going down to make a legal call and

15         Wellington -- they got into it.  Wellington

16         smacked him while he was in handcuffs.  Mouth

17         was bleeding.

18                   Q      Okay, when you say he smacked him,

19         did he smack him with a fist?

20                   A      With his hand.

21                   Q      And do you remember the name of

22         the victim or the inmate?

e56184f5-1270-438a-a183-cd84e06f983c

Page 202

1          A      Garland.

2          Q      Garland?

3          A      Yes, Garland.

4          Q      Do you remember when this

5  happened?

6          A      I can't remember exactly when,

7  but it probably was after that incident.

8          Q      After the other incident, the

9  previous incident that you told me, involving

10  Herb?

11          A      Yes.

12          Q      All right.  During your time

13  on South One, have you ever seen anybody --

14  any other inmate forcibly extracted from a

15  cell?

16          A      Yes, that's all the time.

17  That happens at least once or twice a day,

18  somebody gets maced and dragged out of their

19  cell.

20          Q      All right, did you ever see

21  anybody get beaten after they were dragged out

22  of their cell?

e56184f5-1270-438a-a183-cd84e06f983c

Page 203

1          A     Yes.

2          Q     How often would that happen?

3          A     Like I said, that was a regular

4     thing that occurred.  They would mace a

5     person.  Once they maced you, they're going to

6     whoop you.  You can't really see or nothing.

7     You give them a reason to mace, once they mace

8     you, you cuffed up.  They get their little

9     hits on and take you on up.

10         Q     On how many occasions have you

11    seen persons who have been extracted from

12    cells beaten while you were on South One?

13         A     I was down there almost three

14    years, so I can't really count.

15         Q     Okay, I mean, how regularly do

16    you see forcible cell extractions?  Would it

17    be once a week?  Twice a week?

18         A     Out of a week, I'm going to say

19    three times, four times.

20         Q     Had you seen Reese involved in any

21    of those incidents, previously, forcibly cell

22    extractions and then beatings?

e56184f5-1270-438a-a183-cd84e06f983c

Page 204

1          **A     Yes, Reese, he does it, but he**

2     **likes to spray a person and then run and send**

3     **his others in there to get them out.  But yes,**

4     **he does it too.**

5               MR. ALLEN: Okay, I have no further

6     questions.

7          **A     We're done.  Thank you.**

8               MR. ALLEN: He's got a few more.

9     Well, I think we're on the home-straight here,

10    hopefully.

11               MR. SCHIFFERLE: Can I ask

12    questions as we go or are we off the record?

13               COURT REPORTER: We're not off the

14    record yet, no.

15                    RE-DIRECT EXAMINATION

16               BY MR. SCHIFFERLE:

17          **Q     Do you have, either in your**

18    **possession or in some way access, any**

19    **photographs that might exist of any injuries**

20    **to your person?**

21          **A     To me?**

22          **Q     Yes.**

e56184f5-1270-438a-a183-cd84e06f983c

Page 205

1                    MR. ALLEN: That occurred on

2      September 27th?

3                    BY MR. SCHIFFERLE:

4           Q     Right.

5           A     No.  It's no way I can get them.

6      The infirmary ain't going to take them.

7      Nobody else ain't going to take them.  But I

8      know they --

9           Q     Were you going to say something?

10          A     No, don't worry about it.

11          Q     So, there are no photos, right?

12          A     No.

13          Q     Did you notice the water hose,

14     again, during the incident on September 27,

15     2005, being used -- I mean, sprayed, other

16     than in your cell?

17          A     No.  Like I said, they came to

18     my cell.  They used it on me.  Popped the

19     cell, told me -- I came out and that was it.

20          Q     But at any time during the

21     incident, did you see the hose being sprayed

22     to any other cell, other than your's?

e56184f5-1270-438a-a183-cd84e06f983c

Page 206

```
1              A     I just said no.

2              Q     All right.  Other than the

3      grievances you filed related to the incident

4      on September 27, 2005, did you ever file any

5      other inmate grievances, regarding any other

6      correctional officer's conduct, during any

7      other incidents?

8                    MR. ALLEN: Well, I'll object for

9      relevance purposes.  But if you can remember.

10             A     I don't remember.  I probably did.

11                   BY MR. SCHIFFERLE:

12             Q     But you don't remember what the

13     grievances were specifically about?

14             A     No.

15             Q     Were there any other written

16     grievances that you submitted, that pertained

17     to Sergeant Reese or Sergeant Simpson, that

18     you recall?

19             A     You're talking about just -- what

20     to you mean, as far as that day or just any

21     other day?

22                   MR. ALLEN: No, other days.
```

e56184f5-1270-438a-a183-cd84e06f983c

Page 207

1          A      No.

2                 BY MR. SCHIFFERLE:

3          Q      Do you know if there were any

4     other inmates who filed written grievances

5     about Sergeant Reese?

6          A      I don't know.

7          Q      You mentioned the inmate Herb,

8     who was slammed by Sergeant Reese.  Was that

9     before or after September 27, 2005?

10         A      That was before.

11         Q      Do you know how long before?

12         A      No.

13         Q      And the incident with Sergeant

14    Wellington and the inmate Garland, do you know

15    of that was before or after September 27,

16    2005?

17         A      That was before.

18         Q      Any of the incidents that --

19    let me just make sure, you actually saw

20    yourself, at least some portion of the

21    incident where Sergeant Reese hit the juvenile

22    with the flashlight?

e56184f5-1270-438a-a183-cd84e06f983c

Page 208

1           A       Yes, I seen it.

2           Q       Okay, where inmate Herb was

3       slammed and where Sergeant Wellington hit

4       inmate Garland, you saw at least portions of

5       all three of those?

6           A       Sure did.

7           Q       Do you know if anyone, including

8       yourself, submitted a written grievance about

9       any of those three incidents?

10          A       Nope.

11          Q       Did you, yourself, provide any

12      sort of written statement or statement before

13      the Adjustment Board, about any of those three

14      incidents?

15          A       No.

16                  MR. SCHIFFERLE: That's it.

17                  MR. ALLEN: Okay.

18                  (Whereupon, the foregoing matter

19      was concluded at approximately 3:15 p.m.)

20

21

22

e56184f5-1270-438a-a183-cd84e06f983c

## A

**AA** 174:12
**Aaron** 136:12
  138:12,18 166:1
**able** 9:17 40:13
  53:20,21 57:14
  63:1 65:10 80:14
  126:7 145:6
  171:13
**absorb** 56:2
**access** 179:21
  204:18
**accident** 151:7
**accompanied** 124:4
**accompany** 123:17
**accurate** 188:2
  190:17 193:21
**ace** 129:11
**acquitted** 16:22
**action** 1:8 189:7
**activities** 196:14
**actual** 191:11
**add** 173:9
**Addison** 139:9,12
  139:13,16
**addition** 153:12,13
**address** 6:16 7:15
  7:18 15:15,17
**adjustment** 184:8,9
  184:10 185:14
  186:2 191:6,9
  192:13 208:13
**admission** 194:4
**adults** 198:6
**advantage** 44:17
**advised** 193:18
**affect** 38:12,16,16
**African** 70:7
**aggravating** 45:17
  45:21
**aggressive** 185:18
**ago** 99:19 154:19
**agree** 129:7
**ahead** 58:4 61:8,20
  63:8 81:8 90:2

186:20 191:15
  193:6 194:12,21
**aimed** 77:16
**aiming** 107:15
**ain't** 16:4 19:12
  20:16 24:6 28:3
  31:2 32:6 35:8
  42:16,21 43:3 44:4
  44:7 46:14 48:6
  59:5,7 62:4 65:1,3
  67:6 68:17 69:19
  71:16,19 74:13
  76:2 79:21 80:3
  86:10 92:5,21
  109:10 114:15,15
  131:21 132:5
  136:17,19 142:21
  149:14,20 155:15
  163:18 165:12
  177:1 186:4
  188:12 191:8
  205:6,7
**air** 55:5 80:11
  142:18 193:15
**Akins** 77:4,9,15
  78:8
**alert** 159:6
**Ali** 136:15 138:20
  139:6 166:5
**Allen** 2:18 3:12,15
  3:19 24:21 25:15
  25:19 26:2 37:2,6
  49:4 53:1 58:3
  61:7,19 63:7 72:12
  73:14,18 75:2
  80:13,16 81:7
  82:19 90:1 93:20
  94:4 110:17
  118:21 119:11
  129:7 134:7 135:6
  135:11,14 153:12
  154:8 159:15
  161:17 172:11,13
  175:8,14 176:22
  180:16,19 181:2
  181:12,19 182:3,7

186:17 187:3,6
  189:5,16 191:13
  193:2 194:10,19
  196:7,12 204:5,8
  205:1 206:8,22
  208:17
**allow** 5:21 6:1 82:6
**allowed** 31:10,16
  32:14 164:2
**amount** 31:18 50:9
**Andre** 136:8 137:5
  137:22 138:8
  141:18,20 165:21
**ankle** 51:7 94:15,16
  94:19,21 108:2
  125:15 129:12,14
  129:15,19 142:20
  142:20 150:18
  151:20 155:10,11
  155:12,18 156:1,3
  156:6,13
**ankles** 105:19 106:3
**answer** 5:4,10,22
  6:2,11,15 20:22
  58:4 61:20 72:12
  82:20 83:5 90:2,2
  161:18 162:1
  186:20 191:15
  193:5 194:12,21
**answering** 5:10
**Antoine** 139:20
**anybody** 58:22
  159:19 180:22
  186:1 198:21
  200:6,19 202:13
  202:21
**anyway** 122:15
**apart** 200:8
**appear** 167:13
  168:5,14,22
  171:17 173:2
  182:13 192:7
**appearance** 169:14
  172:4
**APPEARANCES**
  2:2

**appears** 168:18
  170:11 171:5
  186:14 189:13
  192:2,21
**apply** 29:8
**appointment** 153:22
**appointments** 128:8
**approxi** 157:4
**approximately** 75:4
  122:22 181:5
  187:14 193:10
  208:19
**area** 84:22 116:11
  168:10
**arguing** 54:9 198:15
**argument** 49:16
  51:22 52:9,14 57:1
**arm** 112:7 128:16
  128:21,22 129:2,5
  129:8 151:20
**arms** 92:10,12,14
  96:16 107:21
  125:15 160:9
**arose** 134:17
**arrived** 34:18 35:3
  124:21
**arrives** 116:18
**arrogant** 50:11
**asked** 5:5 6:13
  43:16 46:13,14
  61:6 81:7 99:18
  125:17 126:2,12
  127:1 133:13
  139:21 140:15
  141:18 146:18
  147:2 163:15
  180:1 190:11
  196:13
**asking** 41:12 46:17
  47:4 58:7 80:14
  85:3 93:21 125:4,9
  153:13 190:14
**ass** 30:10 40:7 67:8
  114:1
**assault** 109:16
**assigned** 33:8,20

34:1 35:5,7 41:6
  41:15 42:5 47:8
  48:3 132:9
**assume** 5:4,10
  25:17 186:20
**assumed** 4:6
**asthma** 54:18 55:3,3
  57:17
**attempted** 194:8,16
**attention** 187:10
**attorney** 1:3,18 2:8
  4:14 7:7 175:14
**Attorney's** 195:4,5
  195:9,10
**August** 1:13
**authority** 29:7 30:4
**authorized** 175:17
  181:19
**Avenue** 2:19
**aware** 154:13
  187:16 195:21
**a.m** 4:2 52:6 187:14
  201:12

## B

**B** 167:12,22
**back** 6:16 16:17
  27:16 33:12,14
  34:2,5,9,14,17,17
  35:1,9,12 36:2,11
  40:10 42:18 43:9
  43:12 44:19 48:12
  49:22 51:9,17
  57:10 58:10 59:9
  59:18 60:6 63:13
  64:3,6,13 65:4
  66:9 71:18,22
  73:20 75:6 86:11
  87:6 92:3,10,14,17
  95:18 99:7,17
  100:3 102:6 104:9
  106:5 108:10,12
  111:2 115:9 117:8
  122:10 125:1
  127:15 130:19,20
  131:1,7,10,22

138:15 145:14
146:3 151:8,9,12
154:21 155:2
157:1,5 164:3
169:17 198:3,17
199:8 200:3,3
**background** 170:12
**backwards** 86:7
90:8
**bad** 21:20 114:1
140:15
**bald** 77:7
**ball** 18:2 155:15
**bandage** 129:11,14
129:18
**banging** 39:10 55:16
58:17 59:2
**bar** 18:2,2
**barely** 148:14
**bars** 79:7 160:9
**based** 5:10 101:22
186:18,21 188:21
189:17,21 192:12
193:4
**basically** 13:18
14:12 15:12 18:9
25:6 171:5 176:19
**basket** 18:2
**BB** 174:12
**beat** 51:5,6,10,14
78:21 95:17 104:4
104:6 188:5,12
**beaten** 66:17 95:8
95:11,14,16 200:7
202:21 203:12
**beating** 71:8 76:14
79:13 100:15
104:4
**beatings** 203:22
**bed** 12:20 65:4
**began** 16:8
**beginning** 34:8 35:4
51:18 102:2
**behalf** 1:19 2:4,16
175:18 181:20
195:5,10

**believe** 96:11
191:10
**belongings** 173:6
**belongs** 131:14
**bench** 64:13,17 65:5
**bend** 29:4 30:10,11
149:18 150:5
**bending** 13:5 149:16
**beneath** 193:13
**benefit** 5:17
**better** 40:8 127:15
130:13 147:16,18
157:7,9
**big** 65:1,3 106:17
**biggest** 111:2
**biological** 194:17
**bit** 16:16 42:11
73:20 99:15
126:10 128:11
130:7 147:13
148:10
**bitch** 52:16
**black** 199:11 200:5
**Blackwell** 141:8
**blanket** 44:3
**bleeding** 93:18
118:1,3,5 140:20
150:18 153:10,11
200:4 201:17
**blew** 142:17
**blink** 143:21
**block** 67:1,11 68:13
69:4,5 73:4
**blocking** 193:17
**blood** 117:14,22
119:14 120:3,5
121:17,22 125:3
130:9 138:10
139:4 143:16,21
201:6
**blow** 145:17,18
148:9
**blowing** 148:3
**blurriness** 144:5,7
144:12,22 145:2
**blurrish** 142:13

**blurry** 127:21 143:7
170:9
**Board** 184:9,10
185:14 186:2
191:7,9 192:9
208:13
**Board's** 192:11,18
**body** 100:13 123:8
151:18 187:11
190:2 193:9
**bother** 42:21,22
44:21
**bothers** 155:11
**bottom** 97:19 98:19
99:3,16 100:17
131:15 167:16,18
167:19 168:5
182:16 186:15
188:20 189:10
**box** 176:14 177:7,18
178:21
**break** 6:6,8 73:14
75:1 94:19 180:22
181:2
**breath** 38:17
**breathe** 39:4 54:16
54:16,17 55:2,2,4
55:8,16,16,20 56:3
56:4 57:11,15
83:13
**breathing** 58:11
**briefly** 75:4 181:5
**bring** 40:6 184:16
**brings** 20:10
**broken** 92:1 150:2,8
**brought** 10:10,13
33:12 34:14,16,17
35:1,12 66:17
**brown** 126:8
**brownish** 167:14
168:8
**brownish-type**
167:21 169:5
**brown-skinned**
124:2 126:8
**bruised** 93:18

150:22 151:19,21
152:17,17,19
**bruises** 118:6 151:2
151:17 152:19
**brushed** 117:15
**Buabeng** 70:4,5
**bullshit** 114:4
**bunch** 88:10 93:19
118:6
**bunk** 134:13
**bunks** 82:3,10
**busted** 128:6 142:17
147:3
**butt** 81:17
**buy** 59:7
**B-U-A-B-E-N-G**
70:4

**C**

**C** 15:2,10 168:14
**cage** 18:1 131:11,12
131:13
**call** 27:17 39:11
90:19 159:4
163:15 201:14
**called** 1:17 4:5
11:15,18 39:17
47:15 50:15 64:6
65:6 66:8 89:16
133:21 134:20
144:18 197:5,7
**Calling** 163:17
**calm** 24:9 81:14
**camera** 79:1 157:18
158:3,4 159:4,7,11
159:11,12 160:14
161:7,13,13,14
162:15
**cameras** 51:3 158:7
158:10 160:4
162:4,6,8,9,20
**Captain** 69:12,13,15
**Captains** 67:18
69:11
**captured** 160:13,19
161:8

**care** 134:18 154:17
**Carl** 2:6 4:11
**carried** 42:16 96:20
110:10 162:16
**carry** 13:11 183:22
185:4
**case** 4:15,18,20
9:17 10:14,17 11:5
36:8,12 42:19 47:9
135:18 169:11
185:1 192:7 193:4
**cases** 9:19 10:3,9
11:4
**catch** 159:2 200:16
**CAT-scan** 142:15
144:18
**caused** 15:20
**CC** 174:16
**cell** 17:6 18:10,14
18:22 19:11,12,13
20:5,10,14 21:5,12
21:22 22:3,3,5,11
24:2,12,17 25:7,14
26:7,13,17 27:10
27:14 28:11 29:1
29:15,19 30:16,22
31:2 40:14,16 43:2
43:10,13,14 44:20
45:15,15 50:2,20
51:1,2,4 56:6,8,14
56:16 57:4,7,10,22
58:5,8,10,11,12
58:15,18 59:9,13
59:16,20 60:3,7,8
60:9,12,13 61:11
63:14 64:2,3,4,5,6
64:14,18,22 65:1,5
65:11 66:9,12,19
66:22 67:1,11,11
67:12 68:8,13 69:4
69:5 70:14,19 71:3
71:7,15 72:2,6,9
72:15 73:1,4,4,7
73:22 74:1,8,8,11
74:14,16,20 75:7
76:9,18,21,22 77:2

77:10,13,14,15
78:9,21 79:7,11,13
79:18 80:1,5,20
81:4,12,19 82:16
82:18 84:3,6,12,22
85:1,1,4,7,18,20
86:12,16,22 87:3
90:5 92:18 102:4
102:17,19 103:4
131:13,14,15
141:12,15 162:7,8
162:10,20,21,22
168:19 172:21,22
173:3,8,13 174:2,7
178:14,16 185:18
190:11 193:11,12
193:14,17,22
198:15,17 202:15
202:19,22 203:16
203:21 205:16,18
205:19,22
**cells** 50:2 56:10,14
56:19 79:9,20
82:18 141:11
142:1 174:11,13
174:14 196:22
199:11 203:12
**cementing** 13:20
**center** 170:12
**centers** 161:2
**certain** 50:9 60:21
143:9
**chance** 175:9 187:9
**change** 6:14 122:6
122:18
**changed** 33:15
**changes** 155:13
**charge** 10:7 184:15
191:6,21
**charges** 10:10 15:7
**check** 19:13 27:14
135:4 159:19
160:3,4,17 190:4
**checked** 125:4
128:4,9 146:13
149:20 150:11

**checking** 125:3,3,7
125:8,21 126:4
128:7 159:10
**cheeks** 29:4 30:12
93:18 152:17,20
**child** 10:20
**children** 8:9,11
**chill** 155:18
**Chipped** 140:19
**choice** 21:16
**choking** 39:4,7
49:18 54:6 55:4
56:3 65:20 170:22
**chubby** 77:7
**Chump** 44:4
**cident** 83:19
**cigarettes** 193:12
193:22
**circumstances** 4:19
39:19
**civil** 1:8 10:17,22
**claim** 175:19 181:21
195:18
**clean** 15:13 44:6
**cleaned** 127:15
130:6,12
**clear** 101:21 156:9
156:10
**clearer** 148:16
**Climbing** 13:21
**close** 99:3
**closed** 39:3 60:5
101:10
**closed-fist** 115:18
**closest** 85:7
**clothes** 24:8,14
27:13,17 117:9
122:7,10,13,14,18
130:4
**clothing** 80:6 82:14
**code** 66:8 89:16
90:20 133:21
134:20
**Coley** 69:12,14,15
69:15
**Columbia** 1:2,9,17

2:4 4:16
**come** 18:10,11
19:10,11,20,22
21:17,22 22:1,2
24:7,12 25:7,10,11
29:1,18 30:15 31:1
31:2 34:5 40:7
43:12,18 45:14
46:6 59:16 64:4
66:11 67:6 76:2
145:14 159:9,19
160:2,3,12,18,22
163:21 186:3,4,7
**comes** 12:19 20:10
22:10 31:7 50:3
162:5 176:15
177:11
**coming** 18:9 50:19
60:2,12 61:10 69:5
93:12 119:15,19
132:1,4 138:14
**command** 161:2
**comment** 154:9
**comments** 30:9
**communicated**
195:8,14
**community** 15:12
**company** 15:15
**complain** 28:5
**complained** 28:2
36:17,22 37:15
128:2 142:22
143:6
**complaining** 127:20
143:8 146:4
147:22
**complaint** 27:19
28:8 37:19 39:1
48:16 198:7
**complaints** 29:11
32:19 37:9 38:6,9
42:8,12 48:2 81:15
127:14 142:5
149:5 150:15
155:6
**complete** 6:22 9:6

**completely** 98:10
**complex** 15:12
**comply** 60:21
**complying** 61:14
65:8
**computer** 143:9
144:17
**concerned** 191:14
**concluded** 208:19
**condition** 173:12
**conduct** 195:19
206:6
**conducted** 32:19
**conducting** 193:11
**confusion** 35:20
**connection** 196:16
**consequences** 23:13
**consistent** 169:13
174:18
**constantly** 12:19
51:10 115:4
127:22 142:14
**contact** 86:1 179:2
**contacts** 9:4 157:14
**contains** 181:13
**CONTENTS** 3:1
**continue** 116:21
**continued** 51:5,6,14
91:16 95:17,17
99:9,13 104:4,6
120:7
**continuing** 186:21
187:4 189:20
193:5
**Contract** 11:19
**conversations**
132:10
**copies** 166:19
176:20 177:1
178:9,11 181:15
**copy** 175:7 176:17
176:17 177:18
178:4,13 179:4,12
179:14,18 196:1
**cork** 31:14,15,20,22
**correc** 76:6 89:1

123:18
**correct** 25:3 129:4
181:22 182:19
183:2,1
**correction** 72:1
89:17 96:1 161:16
**correctional** 20:12
21:4,10 27:5 28:15
28:20 32:9,17
37:15 47:7,17 48:3
48:7,10 50:15,16
50:17 66:22 67:10
72:20 73:2,9,10
76:3,17 77:1 81:13
83:2,10,11 84:18
84:19,21 85:12,19
86:2 87:14 88:17
92:20 95:22 96:18
97:1,6 100:20
103:13 104:13,18
105:7 108:22
109:2,5,15,19
111:17,19 112:2
114:9,9 116:12
121:2 122:3 123:3
123:16,21 124:4
124:18 126:21,22
127:2 133:1,7
161:6 162:16
170:7,15,19 171:3
173:20 180:7
185:12 186:6
188:3 190:19
195:19 206:6
**correctly** 24:16 35:2
74:6 164:17
**cough** 27:16
**coughing** 39:4,8
49:18 50:5 65:20
**counsel** 1:17 4:5
**count** 93:10,13 95:3
107:11,12 166:20
203:14
**counting** 62:20 63:3
100:22 115:22
116:4

**couple** 36:14 49:5
197:18,19
**course** 28:16
**court** 1:1 5:18,20 6:4
11:6,16 17:9 18:3
33:3 43:10,12 83:4
154:22 158:16
187:16 204:13
**Courts** 21:19
**cover** 87:18 90:10
92:12 148:13,15
**covered** 58:1
**covering** 78:17,18
**crack** 150:4
**cranked** 59:6
**criminal** 9:19 10:3,9
10:10 11:4 164:22
176:16 178:6,8
179:3
**CROSS** 3:2 196:11
**cuffed** 51:8 90:7
92:17 108:11
117:8 200:2 203:8
**cuffing** 102:6 103:10
**curly** 52:11 53:6,12
53:15,21 54:2,9
56:8,14 57:2 59:15
60:2 66:14 68:17
73:21 74:7,10,19
135:19 137:13
165:10 166:11
**current** 7:15 155:5
192:16
**currently** 9:22
**Curse** 23:19
**cursed** 134:20
**cursing** 49:19,19
50:13 52:17,21
53:18 54:14,15,19
54:22 55:1,7,10
199:22
**curtain** 27:1
**cut** 65:22 117:7
118:4 119:21
**cuts** 151:2,17

---
**D**
---
**D** 2:18 51:13,15
95:18 99:12 104:9
105:1 112:11,13
112:16,19 113:2
113:19 114:14,18
115:21 116:16,19
117:2 120:7 121:3
121:3,4 122:7,22
123:5,8,10 124:12
168:5
**damage** 146:16
**damaged** 146:13
147:2,5
**dark** 70:6 77:7
**date** 41:4 43:7 47:8
48:4,21 49:14
128:12 142:4,9
143:3,10 174:2
182:17 189:14
192:4,22
**dated** 175:8 186:15
**dates** 189:15
**David** 12:3
**day** 17:12 38:4,5
41:13 43:1,9,15
49:13,15 51:21
52:4,5 132:1,2,16
134:3,7,10,16
142:21 149:8
161:19 183:11
199:11 200:5
201:10 202:17
206:20,21
**days** 48:18 49:5,7
132:3,7,8,16 134:3
134:6,8,11 143:6
144:8 145:21
164:6,17,17,20
165:7 176:10,21
183:21 184:6
192:13,14 206:22
**DD** 175:1
**death** 78:21
**December** 16:18

17:2 153:19
181:16
**deep** 67:4
**defend** 184:15
**Defendant** 1:10
4:15,17 10:16
**definitely** 36:20
**deliberate** 113:8,9
113:11
**Delonte** 121:6,9,15
136:2 137:19
165:18
**denied** 164:10
**dent** 84:6
**Department** 176:5
**depended** 20:4
25:12 26:18
**depends** 18:19 19:4
20:9 22:10
**depict** 167:13
171:17 172:8,17
173:7
**depicted** 167:22
168:19 169:6
171:14 172:17
175:1
**depiction** 174:19
**deposition** 1:14,18
3:6 6:11 7:4,8,12
11:6 166:19 167:5
175:10 180:12
181:6
**describe** 12:16
27:10 29:14 49:12
65:10,14 77:5,19
96:15 99:5 114:22
118:8 126:6
128:18 201:3
**described** 44:9
115:1 188:18
190:18 199:18
**describing** 94:1
**description** 77:6
97:4 101:15
103:18 105:8
106:12,16 109:20

112:3 123:22
**designated** 177:7
**desire** 183:4
**desk** 50:2 65:3
**diagnosis** 146:21
**difference** 148:11
148:12,16 185:6
**different** 26:11
57:16,17 81:1
161:5 177:2,20
186:19 189:18
**difficult** 6:3
**dip** 18:2
**direc** 82:5,12
**direct** 3:2 4:8 187:10
**directed** 57:7 62:7
**direction** 93:13
**directive** 81:20 82:2
82:9
**directives** 70:15
**directly** 60:8,9
102:1
**disciplinary** 3:22
21:19 182:10,14
182:20 183:5,19
184:3,17 186:14
186:14 187:9
189:13 191:11,11
191:21 192:3,5,21
**discussing** 161:7
**discussion** 75:11
**discussions** 132:17
**disregard** 189:5
**disrupts** 187:20
**distant** 73:15
**District** 1:1,2,9,17
2:4 4:16
**disturbance** 134:16
**disturbances** 133:15
**Dixon** 124:2,5 127:6
130:21 131:1
**doctor** 125:1,20
126:4,6 127:1
143:10,10,12,14
146:15,20 148:21
149:21 150:1,7

153:18 154:1,8,11
154:16,17
**doctors** 125:20
**doctor's** 126:11
**documents** 7:10,11
**dog** 93:1
**doing** 28:4 29:5
55:19 155:16,17
163:16,18 198:11
200:15 201:10
**door** 60:5 84:12 85:1
86:16 87:1 190:6
**doors** 112:19
**double** 47:21
**doubt** 66:16 170:16
**downs** 19:8
**Dr** 154:3
**dragged** 51:9 88:4
99:9 100:19,21
101:14,18 104:12
110:3 136:21
202:18,21
**dragging** 108:7
**dreads** 199:7,8
**dressed** 22:1 40:8
122:9
**dried** 122:17
**driver's** 8:17
**drop** 146:14 147:7
148:22
**drum** 142:18
**drying** 40:11
**dude** 50:21 200:16
201:5,6,14
**dudes** 163:8
**due** 9:17 12:21
**duly** 4:6
**duplicates** 167:9
**duties** 13:15
**Dyson** 47:20
**D.C** 1:18 2:11,21
8:19 16:14,15
33:17 182:11
194:8,18
**D.D** 2:8

**E**

**E** 168:17,19
**ear** 116:8 125:14
  128:5 142:16,18
  143:10 145:3,5,17
  145:21 146:2,6,13
  146:13,14,17,22
  147:6,14,19,19,21
  148:4,14,22,22
  150:17 156:8,16
**eardrum** 128:6
  147:2
**earlier** 6:12
**education** 10:1
**effect** 158:10
**effects** 117:11
**EGS** 1:8
**eight** 36:4,7,11,19
  97:13
**either** 55:20 79:17
  80:4,19 88:15
  105:7 112:2
  131:19 132:2,16
  133:6 141:16
  156:16 159:17,21
  168:11 169:3
  172:4,19 174:17
  178:4,14,20 179:4
  179:11 180:22
  204:17
**employed** 11:8,11
**empty** 31:15 142:1
**ended** 86:12
**enforcement** 195:15
**engaged** 8:7
**enter** 82:6 85:19
  90:21
**entirely** 189:18
**escalates** 112:18
**escorted** 123:13
  130:20 131:1
**especially** 30:3
**ESQ** 2:6,18
**essentially** 120:8
**estimate** 111:19

**Euvon** 8:4,6
**eventually** 33:14
  92:16 145:1,14
  148:10
**everybody** 39:3,7
  49:18 52:21 55:14
  87:8 89:18 180:7
  185:21
**exact** 197:12
**exactly** 19:6 40:16
  61:15 81:10 90:12
  98:12 177:8 202:6
**examination** 1:17
  4:5,8 196:11
  204:15
**examined** 4:7
  150:12
**example** 5:15 72:4
  160:10
**examples** 43:5
**excuse** 11:16 51:11
  69:8 83:4
**exercise** 17:19,22
**exhibit** 167:2 183:3
**EXHIBITS** 3:5
**Exhibit-1** 166:19,22
  167:6,22 168:14
  168:17,22 169:7
  170:1 171:8,14
**Exhibit-2** 175:7,11
**Exhibit-3** 180:10,13
  181:10,12
**Exhibit-4** 181:13
**Exhibit-5** 181:7
  182:2,9,12 186:12
**exist** 204:19
**experience** 23:21
**explain** 23:8 49:9
**explained** 165:5
**explanation** 126:16
**extra** 153:14
**extracted** 202:14
  203:11
**extractions** 82:18
  203:16,22
**eye** 30:11 139:1,3

143:10,11,14,19
143:20 144:22
**eyes** 56:3 57:12
  65:18 68:5 101:10
  125:15 127:22
  128:4 138:5,11
  142:13 143:17,22
  150:17 198:9
  199:11 200:4

**F**

**face** 50:4 59:9 65:19
  66:2 68:5,10 70:2
  76:14 88:20 90:10
  91:22 92:13 93:17
  99:12 107:16,16
  116:8 121:16,19
  125:8 151:4,21
  152:7,12,16 153:3
  171:12 199:9
  200:17
**faces** 67:14 69:16
  70:9 80:7 82:14
  170:8
**fact** 30:22 54:15
  80:2 110:6 142:7
  183:9 201:9
**facts** 4:19
**fair** 5:5,6
**fall** 105:4,20,21
  106:2,4 108:14
  111:12,13 112:9
  113:1,7,13,13,16
  113:16,20 115:4,7
**falling** 16:5 113:14
  115:6
**familiar** 167:15
  169:10 171:9
  172:8 174:6
**family** 154:16
  163:19
**far** 9:8 32:10 45:7
  73:4 91:18 99:15
  154:13 191:14
  206:20
**fast** 161:3

**favorite** 23:20
**fearing** 55:17
**February** 189:15,15
  190:2,3
**feces** 70:21 81:4
  84:19 132:22
  194:17
**feel** 6:15 28:4
  118:22 119:1,7
  149:19 150:3,4,5
  155:14,15,17,17
  155:19,22
**feeling** 29:6 125:6,8
**feels** 30:3 44:17
**fell** 108:6,7 115:12
**felt** 38:22 45:5 77:20
  109:22 113:8
  150:1 185:9
**female** 47:19
**fight** 92:19,21
**fighter** 77:22
**fighting** 133:7
**file** 175:21 206:4
**filed** 179:8 206:3
  207:4 `
**filling** 57:13
**finally** 143:1
**find** 160:18
**finding** 160:12 192:9
  192:11,18
**fine** 99:21,22 157:14
  179:21 187:2
**finish** 5:21 6:1 9:11
  9:14,18
**finished** 135:12
**fire** 77:22
**first** 4:6 10:4,5 16:8
  16:19 33:16 35:3
  51:8,20 71:4 91:12
  96:13 98:13 110:3
  125:12 136:20
  142:3,9 158:1
  167:11 182:12
**fist** 201:19
**five** 59:19 60:6 62:9
  62:12,13,15,17,19

63:1,20 64:11 65:7
  111:22 116:2
  124:9 132:7,8
  182:7,10 197:1
**flares** 49:17
**flash** 110:7,9
**flashlight** 109:18,21
  110:4,5,12,15
  111:1 197:2
  198:13,18 207:22
**fleas** 93:1
**flicking** 133:21
**flipped** 98:9,10 99:4
**flood** 44:1 75:19
  84:3,6 187:19
  188:4,17 189:9
  194:8,9
**flooded** 133:4 188:9
  188:11,18 194:8
**flooding** 75:14,22
  76:2
**floor** 43:11,12,21
  44:2,3 99:9 101:19
  112:16 168:15,19
  169:19,21
**flow** 193:15
**focus** 6:22 42:19
**focused** 85:4
**focusing** 26:2
**folks** 57:17
**follow** 22:15 23:3,4
  23:5 29:22 30:6
  51:19 132:2
  179:17
**followed** 19:5
**following** 29:2
  132:16 133:16
  169:4 172:19
**follows** 4:7 22:12
**foot** 94:18,20
**force** 21:16 29:18
**forcible** 203:16
**forcibly** 202:14
  203:21
**foregoing** 75:3
  181:4 208:18

**forehead** 118:9,14 152:8
**forget** 73:17
**form** 176:4 183:15
**forward** 97:22 161:3
**found** 184:5,11 185:5,20,21 188:6 188:14,16,22 189:2,3 191:5 193:12 194:3
**four** 8:14 19:20 97:1 97:5 101:2,7 143:6 144:7 145:21 176:20 177:1,2 180:11,18 203:19
**free** 6:15
**frequent** 69:20
**frequently** 37:9 59:1
**front** 40:17,19 56:13 64:4 79:9,19 84:12 84:22
**fuck** 52:17,18,18 53:16 54:18,19 63:4,10 64:15 105:5,18,21,22 108:14 111:12 113:13,20 115:5
**full** 44:18
**funny** 28:21
**further** 73:8 126:16 189:7 204:5
**future** 73:15

**G**

**G** 3:12,15,19 168:21 169:6
**galley** 136:19
**games** 29:2 30:2
**Garland** 202:1,2,3 207:14 208:4
**gas** 67:5 76:10,12
**gash** 97:16 100:8 118:3,9 119:4 152:8
**gashes** 151:3
**gate** 27:3,6

**GED** 10:1
**General** 1:3,18 2:8
**generally** 70:16 182:10
**GEOFFREY** 2:18
**George** 70:11
**getting** 33:4 40:2 51:22 65:18 88:2,3
**give** 5:18 30:17 31:3 31:6,7 43:5 46:6 95:10 97:4 101:15 106:15 127:17 144:1 180:4,5 183:21 185:14 186:1 196:5 197:14 203:7
**given** 11:5 70:16 122:6,18 164:10 187:9,17 196:1
**gives** 156:6
**glass** 40:21,22
**glasses** 9:3 126:9 157:14
**Glenda** 163:1,3,6
**go** 6:16 9:8 13:12 17:8 18:1 24:11,14 26:9 49:21 51:17 54:17 58:3 60:5 61:8,19 63:7 71:7 81:8 90:1 112:17 112:19 120:9 130:18 135:15 144:21 148:6 158:16 159:4 160:8 167:2 171:7 173:5,21 180:20 184:19 186:19 191:15 193:6 194:12,21 196:10 204:12
**goes** 12:19 19:11 22:2 23:12,12 145:18
**going** 24:6 25:8,20 26:13,13 35:20 44:4,18 50:19

51:12 55:14 57:13 57:14 59:5,7 71:16 71:19 73:20 77:12 81:21 82:17 88:7 90:20 93:8 95:9 98:6,7 105:4,20,21 111:13,13 112:13 113:13 115:5 135:6,7,8 138:15 143:8 149:13 154:9,18 167:10 178:17 201:14 203:5,18 205:6,7,9
**Goldstein** 154:3,4
**good** 4:10,13 36:3
**gotten** 153:17 154:1
**grabbed** 59:8 94:18 94:20 107:21 199:7 200:3
**grade** 9:10,11
**grey** 126:9
**grievance** 175:22 176:3,4,9,12,15 176:20 177:6,9 178:12,14,21 179:12 180:2 181:21 208:8
**grievances** 177:7,21 178:5,10 179:5,20 206:3,5,13,16 207:4
**ground** 15:11 88:3 90:6 93:4,6 97:12 97:18 99:8 102:5 102:19 103:6
**grown** 154:21 155:3
**guard** 199:10
**guess** 21:20 29:6 51:20 62:4 63:10 66:7 108:6 158:1 169:2 171:20,20 171:22
**guilty** 184:5,11 185:5,20,22 188:6 188:14,16,16,21 188:22 189:1,2,3

191:5 192:12 194:3
**gutters** 13:19
**guy** 30:1 39:2,6 44:16 67:15 70:7 85:8,8 124:1,2 126:8,9 127:6 162:3,4 175:3,5 196:20,21 199:2,2
**guys** 28:2,5,22 43:22 44:13 50:13 55:3,3,4,16 57:16 57:17,17 66:17 80:10,12 133:13 137:4,6,7,12 139:22 175:4 200:9
**guy's** 47:16 171:11 200:14

**H**

**H** 168:21 169:7
**hair** 126:9
**half** 45:20
**Hall** 52:10,11 53:6 53:12,15,21 54:3,9 56:8,14 57:2 59:15 60:2 66:14 73:21 74:7,10,19 135:19 137:13 163:1,3,6 165:10 166:11
**hallway** 99:11 104:9 107:2 111:11,16 111:20 112:11,17 112:19 115:3
**hand** 27:13 50:1 103:9 119:1 152:4 161:12 177:15,16 201:20
**handbook** 32:11 46:7
**handcuff** 200:10
**handcuffed** 51:5 71:8 91:1,4,8,12 91:15 92:4,8,9,11 93:4 102:10,13

103:8 117:19 131:12 198:17 199:9 200:1 201:7
**handcuffing** 102:20 103:12
**handcuffs** 197:3 200:16 201:1,16
**handed** 128:13 176:15
**hands** 27:15 51:8 90:7 92:3,13,16 102:5 108:11 117:8 200:2
**hand-held** 162:15
**hanging** 160:9
**happen** 103:22 124:11 134:5 136:15,17 139:10 199:12 201:8 203:2
**happened** 38:2 48:20 66:6 79:12 80:2 87:5 93:22 99:19 100:16 105:13 110:2 111:8 124:21 131:5 132:18 133:11,13 136:21 137:3 146:18 159:3 160:19 165:5 180:6 184:2 184:22 197:15,16 199:13 201:13 202:5
**happening** 136:19 191:4
**happens** 116:18 202:17
**hard** 114:2
**head** 5:19 51:8 65:16 68:18 77:7 90:10 91:12 93:16 93:19 96:12 97:16 97:17,18 98:1,8,8 98:13 100:8 107:5 107:17,18 110:16

110:19,22 116:8,9
118:4,9 120:20
125:6,14 127:22
151:4,5,6,8,13,18
151:21 200:4
**headaches** 142:14
144:10,21 145:2,6
**heal** 134:13
**healed** 150:22
**health** 155:5
**hear** 5:21 39:10,22
46:16 52:13 53:4
53:15,21 54:21
59:22 70:20 72:16
74:18 75:10,19
77:11 81:13,15,20
82:1,5,8,12 110:17
121:11 135:19
136:1,4,7,11,14
139:10 142:17,18
147:16,18 148:14
148:15 156:9
**heard** 19:1 32:9 46:5
46:8 52:15 53:18
54:6,13 55:1 60:4
72:19 78:10,19
134:19 136:18,18
136:22 137:1,3
160:11 164:16
165:11,12,13
166:13
**hearing** 148:17
156:16 183:19
184:11,12 186:2,7
186:9
**held** 161:13
**help** 97:5 101:16
117:10 144:4
145:11 147:12
**helps** 49:9
**Hendricks** 70:12
**Herb** 199:3,4,5,6,16
200:1 202:10
207:7 208:2
**Hey** 163:16
**high** 9:6 67:18

**hip** 12:14,15 13:1,2
14:3 15:19
**hit** 77:17 83:2,10
87:12,18 92:13,15
97:16,18,21 98:1
98:13 107:6,17,17
109:16 110:12,14
110:16,22 112:9
114:17 116:21
120:7 124:15
146:2 197:2 200:9
200:22 207:21
208:3
**hits** 203:9
**hitting** 94:5 99:11
105:17 106:4
112:8 115:4,6,8,11
116:13
**holding** 92:12 105:3
112:5,6,7
**home** 14:16 16:17
16:18 48:9 176:18
179:7
**home-straight** 204:9
**hopefully** 204:10
**hose** 67:5 76:5,7,10
76:16,17,20 77:10
77:22 174:20
205:13,21
**hospital** 197:9
**hour** 17:18 135:10
**hours** 184:21 193:11
**house** 114:3
**housed** 21:15
**Huh** 190:13
**hurried** 78:19
**hurt** 43:1 100:13
125:5,10
**hurting** 128:1
**hurts** 155:7

**I**
**id** 167:21
**idea** 82:17 197:15
**identification** 167:7
175:12 180:15

181:8
**identify** 97:5 101:16
**illness** 6:20
**images** 158:20
**immediately** 169:15
171:18
**inaccurate** 6:13
188:8
**inappropriate** 38:22
**inappropriately**
45:6
**incarcerated** 166:12
**inch** 119:9,11
**inci** 84:5
**incident** 36:8,12
38:2,21 39:2,6
41:5,10,17,20,21
42:4,10,14 43:8
44:8 45:7 47:9
48:4 49:9,14 75:18
79:5 83:1,8 84:2
84:10,15 128:12
133:8,17 134:2,6
135:18,20 136:2,5
136:9,12,16 137:2
141:11 142:4,6,10
143:4 144:8
145:22 146:8
148:18 149:4
150:16 152:7,14
153:1,5,7,9 156:7
156:13,16,19
158:22 159:13,18
159:22 160:1,15
161:9,12 162:17
163:22 164:5,20
165:1,7 166:8
168:1,2,11 169:4
169:11,15,16
170:19 171:4,19
172:5,19 173:4
174:3,18 175:22
176:8,21 178:12
179:13,21 181:22
182:15,21 184:4
186:19 189:18,20

190:18 191:20
192:7 195:2,6,12
195:17,20 196:3
196:16 199:14
202:7,8,9 205:14
205:21 206:3
207:13,21
**incidents** 131:18
194:11,20 203:21
206:7 207:18
208:9,14
**including** 73:2
100:15 208:7
**incomplete** 6:13
**indicate** 113:11
**indicated** 194:4
**indicating** 74:19
129:8
**individual** 170:10
**individuals** 170:2
171:8 175:1
**infirmary** 17:8 24:11
24:19 26:8 51:10
51:12,15 54:17
55:9 66:18 74:3
94:2 95:19 104:10
116:22 117:16
120:10,15 122:16
122:19 123:11,14
124:12,19,22
126:1 127:12
128:3,12 130:3,15
130:17 132:1,5
137:6,9,11,14
138:1,8,13,15,21
139:3,7 140:13,18
142:4,9,12 143:1,3
146:6 148:20
174:2 197:5,7
205:6
**information** 5:8
**informed** 187:15
**ing** 16:3 96:7 132:3
158:14
**Ingram** 1:5,15 3:3
4:4,10 59:21 60:15

63:17 64:7,11
187:8,14,18 190:5
190:9,11 196:13
**initially** 149:9
**injuries** 16:4 100:11
121:14 137:16
138:4,7,18 139:5
140:17 141:1
149:3 150:14
151:7 152:6,11
154:9 204:19
**injury** 15:21 153:4
**inmate** 39:13,20
52:1,8 72:19 73:10
73:11 75:19 80:6
82:2 121:1 122:3
132:17,21 133:3,4
133:6 134:22
136:15 139:9
171:14 174:8
175:21 183:16
187:14,18 190:5
193:16,18 195:18
195:22 196:17
201:22 202:14
206:5 207:7,14
208:2,4
**inmates** 18:21 36:17
36:22 37:10,14
46:16,20 47:1,3
54:13,22 55:10,11
70:16,17,20 72:10
72:16 75:14 79:6
79:20 81:16 82:9
82:13,18 140:1
141:10,14 180:8
187:20 188:9
207:4
**inside** 51:2 104:6,8
106:6,13,21
107:10,14 109:1
118:5 119:17,22
**inspecting** 159:11
**install** 160:5
**installed** 158:4,7
160:4

**instance** 28:22
**instances** 45:4
**instructed** 87:2
**instructing** 53:6
**interested** 76:15
    195:11,16
**interview** 182:14
    183:19
**interviewed** 195:3
**interviewing** 195:11
    195:16
**introduce** 4:12
**invasivly** 28:1
**investigating**
    195:17
**involved** 89:2,10,20
    203:20
**involving** 136:2,8,12
    136:15 202:9
**irking** 30:1
**irrelevant** 193:4
**Island** 2:19
**issues** 17:9 142:22

**J**

**J** 2:6 169:9
**Jackson** 136:5
    137:20,21
**jail** 16:14,15 33:17
    34:2,18 35:4 123:4
    148:20 150:7
    153:19 154:1,6,18
    157:8,11 163:22
    165:10,18,21
    166:2,5,9,16
    182:11 194:8,18
**jammed** 193:14
    194:1
**Jerome** 139:17
**job** 13:11 14:9,10,13
    14:14,17,22 15:1,9
    15:22 16:3,5
**jobs** 14:20
**JR** 1:5,15 4:4
**Julius** 141:4,6
**July** 11:12

**jumped** 92:22
**juvenile** 196:21
    197:11,22 198:11
    207:21
**juveniles** 196:21
    198:5

**K**

**keep** 5:20 31:4
    55:22 135:6,7
    143:20 166:8
    170:22 178:3,13
    178:15
**keeping** 15:11
**Kent** 121:5,6,9,15
    136:2 137:5,20
    165:18
**kept** 15:12 35:19
    99:11,12 105:20
    107:16 112:8
    113:12,22 144:19
    145:13 146:3
    165:9,17,20 166:1
    166:4 197:4
**Kevin** 136:5 137:20
    137:21
**kick** 51:6 81:17
    91:17 99:10
    133:18
**kicked** 87:13,22
    88:1,2,3,5 91:7
    93:19 94:12,14
    106:6,13,20 107:3
    109:14 124:14
**kicking** 87:9,19
    88:11,19 89:11,20
    90:7,8 96:2,6
    102:7,20 105:17
    107:8 108:7
    115:15 190:5
**kid** 48:12
**kids** 163:19
**kind** 21:16 42:20
    97:22 126:9
**knew** 126:17 146:1
**knock** 86:7,9,10

196:20
**knocked** 86:11 87:6
    92:1 197:2
**knot** 111:3
**knots** 93:19 118:7
    151:5,8,15,20
**know** 4:11,20 5:1,7
    5:8,11 6:7,16 12:4
    13:13 16:3 18:20
    21:22 22:11,18
    23:9 28:3,20,21
    29:2 31:9 34:7,12
    35:18 36:1,16,22
    37:7,8,13 39:14,15
    40:3 42:18 44:1,16
    44:20,22 45:13,22
    46:7 47:10 49:11
    50:17 53:8,9,11
    54:4,5,8 55:12,17
    57:12,18,20 59:2,5
    61:9,22 62:21,22
    63:3 66:8,18,18
    67:5,9,22 68:4,6,7
    68:20 69:1,9,12,21
    70:3,8,9,9,12
    71:11,13,17,19,21
    71:21 74:2,5,7,10
    75:12 77:1,12 78:1
    78:15,17 79:15
    80:2,11,12 83:14
    86:5 87:11,19,21
    88:1,2,9,9,14,17
    88:22 89:4,5,8,15
    90:4,13 91:4 93:9
    93:11,13,14,17,18
    94:20 95:1,4,11,15
    95:16 96:4,22
    98:18,21 99:8,19
    99:22 100:1,2,3,6
    100:14,21,22
    101:5,7,8,11,12
    103:13,15,16,17
    104:21 106:6,9,10
    106:21 107:3,9,12
    108:4 109:19,22
    110:11,14 111:4

111:18 112:1
    113:9,22 116:4,6
    118:18 119:4
    120:13 122:21
    123:20 124:3,6,8
    125:20,22 126:19
    127:4 128:20
    130:9,10,14
    133:13,14 134:1
    134:15,22 136:6
    137:20,21 139:14
    139:15,17,20
    140:7,10,11 141:4
    141:8,10 143:2,17
    145:12 146:10,11
    146:12 149:11,12
    152:1 154:3
    155:13 157:17,21
    158:8,12,13,19
    159:7 162:19
    163:1,5,7,7,19
    164:14 165:2,4
    166:11 170:10,14
    171:11,15,20,21
    172:1,14 173:16
    175:4,5 176:11
    177:13 179:11
    180:1 186:9 189:4
    198:1 199:6
    200:17 205:8
    207:3,6,11,14
    208:7
**knowledge** 53:14
    158:2,6
**known** 200:15

**L**

**L** 11:15,18 12:9
    13:17 14:3,7,9,13
    14:17,22 15:2,14
    15:20 16:8 169:22
    170:12
**ladder** 13:12
**ladders** 13:21
**lady** 176:15 177:11
    177:17 178:22

**laid** 44:19 48:12
**land** 97:15,19
**landed** 99:5,7,15,17
    99:18,20 100:1,4,5
    100:6,17
**landing** 107:18
**lar** 41:13
**larly** 76:16
**law** 10:13 179:9
    195:15
**lawyer** 164:19,22,22
    176:16,17 178:6,9
    179:3,17,18 183:6
    183:12,13,22
    184:18,20 185:3,4
    185:8 198:6
**lay** 42:18
**laying** 44:2 105:16
    155:20
**leading** 24:22 48:18
    49:7 58:3 61:7,19
    82:19 90:1 97:11
    176:22 191:13
**learn** 4:19 35:16
**leave** 15:20 17:6
    66:7 87:17 130:2
    158:16
**leaving** 138:15
**led** 36:18 39:19
**left** 12:11 14:2 18:22
    20:5 33:15 34:13
    34:22 49:21 50:14
    51:16 52:20 56:15
    56:20 59:18 71:18
    118:14,15 129:2,5
    129:8 141:22
    147:19,21 151:12
    153:18 156:11
    165:10,18,21
    166:2,5,9,16
    169:19 177:6,18
    178:21,22 189:3
    190:6
**leg** 94:14
**legal** 17:7 24:10
    25:20 43:20

201:14
**legs** 96:17
**letter** 3:12,15 175:8
    175:18 181:11,13
    181:14,16
**letters** 3:19 181:12
    181:20
**let's** 20:11 135:11
    135:12,15 180:10
**level** 29:9
**license** 8:17,21
**lick** 89:18
**licks** 120:9,12,14
**lie** 188:5,12
**lied** 164:12 189:8
**Lieutenant** 70:3,11
**life** 55:18
**lifetime** 14:12
**light** 110:8,10
**liked** 23:16
**likes** 30:2 204:2
**Likewise** 6:1
**limited** 46:2
**lingering** 21:17
**Linnerman** 12:3,7
**listed** 192:10
**listen** 148:13
**little** 16:16 42:11
    56:4 73:20 76:13
    99:14 114:1 118:4
    126:10 127:15
    128:11 130:7,13
    138:9,10 147:13
    148:10 199:10
    203:8
**live** 7:20 8:15
**lock** 19:10 27:4 43:1
**locked** 31:5
**lockers** 31:5
**lodged** 192:6
**long** 7:17 12:9 17:17
    21:15 31:14 34:7
    36:1,10,15 41:5
    44:9,11 54:8 59:14
    62:6 78:4,5 95:7
    95:15 111:4,6

112:14 119:4,6,8
    122:21 130:14
    134:1 146:8 147:9
    164:4 165:1,16
    176:7 199:7
    207:11
**longer** 58:21 62:14
    63:2 135:8 180:20
**look** 7:10 40:21 78:2
    90:11 149:21
    167:15 169:10
    171:8 174:5
    181:18 182:12
    187:10
**looked** 43:13 64:7
    81:5 121:16 125:6
    147:1 148:21
**looking** 50:1 56:12
    56:13,20 64:10
    91:21 125:2 127:3
    162:7 169:22
    172:7 183:3 187:8
**looks** 171:10 172:8
**LOP** 192:15
**lose** 57:19
**loss** 184:6 192:15
**lot** 23:19 30:2 35:20
    42:22 66:16 68:8
    69:6,10 71:22,22
    85:2,10,11,14,17
    87:20 88:10,13
    89:13,13 90:4,13
    90:17,22 103:16
    106:17,18 117:17
    157:10 166:14
    200:16
**lower** 190:6
**lunch** 135:5
**lungs** 57:14
**Luter** 139:17
**lying** 188:7
**L-U-T-E-R** 139:18

——— **M** ———

**M** 11:15,18 12:9
    13:17 14:3,7,9,13

14:17,22 15:2,14
    15:20 16:8 171:7
**mace** 33:12 35:21
    36:18 37:8,16,20
    38:7,10,12,15,22
    39:19 49:17,17
    50:1,5 52:19 54:3
    54:10,13 55:5,15
    57:1,13 59:15 62:7
    62:12 64:17,21
    65:15 68:5 75:15
    76:12 80:11 101:9
    101:22 102:3,7,10
    102:12,16,21
    117:11,14,16
    130:9 171:1 203:4
    203:7,7
**maced** 39:13 40:12
    41:19 42:1 50:12
    53:9 54:4 58:22
    62:16,18,21 63:5
    65:9,12,13 71:14
    72:5 73:21 74:12
    83:12 86:16,20,22
    133:19,20 134:19
    135:1 202:18
    203:5
**machine** 143:20
**macho-man** 44:14
**macing** 23:20 33:13
    60:2
**mad** 50:10 61:5
**main** 47:13
**maintenance** 15:3
    170:15,16
**major** 18:11 67:22
    68:13,15,15,16
**majority** 21:21 22:4
    93:16 134:13
**Majors** 67:17
**making** 190:4
**man** 40:6 42:15
    154:21 155:3
**March** 192:22
    193:10
**mark** 118:17 167:3

175:6 180:10,10
**marked** 3:5 166:18
    167:6 175:11
    180:14 181:7
**married** 8:7
**mask** 170:11
**masks** 170:20,21
**mately** 157:5
**matter** 26:12 30:22
    75:3 100:4 110:6
    112:21 181:4
    183:9 185:10,11
    185:20 201:9
    208:18
**Matthew** 1:5,15 3:3
    4:4 187:18 190:5
**Matthews** 187:15
**mattress** 84:11
    174:15 193:13
**mattresses** 79:6,8
    79:18 82:3
**Mayor** 175:19
**mean** 13:10 22:17
    23:10,10 28:2,10
    30:20 32:6,9 39:5
    42:14 43:18 55:15
    65:16 67:2,13 68:4
    69:19 75:12 76:8
    80:10,10 87:17
    92:11 94:17
    100:13 113:5
    115:17 116:15
    117:5 119:17
    120:13 132:4
    137:1,3 149:18
    152:19 153:10
    158:15 159:3,15
    160:16 161:16
    162:3 163:11
    175:2 179:6 201:5
    203:15 205:15
    206:20
**means** 120:14
**meant** 20:8 21:13
    25:6,8 26:10 40:15
    130:7

**medical** 17:9 125:21
    126:1 127:11
    142:5 146:21
    149:5 150:14
    153:17
**medication** 6:20
    145:7
**medicine** 147:7,10
    147:12 148:7,8,22
**medium** 106:18
**Melvin** 141:8
**memory** 169:14
    172:3 174:17
**mention** 132:21
    133:3,6
**mentioned** 10:4 14:4
    20:3 30:14 34:15
    75:6 85:12 107:6
    115:2 117:22
    119:21 120:6
    130:6 137:8
    150:20 155:6
    207:7
**mess** 45:15 173:21
**messed** 142:16,19
    142:20,21 145:3
    146:2 149:8
    150:19,21 173:11
    173:19
**metal** 78:1 199:10
**middle** 192:4,22
**midnight** 201:11
**Miguel** 140:11
    141:2
**Miller** 136:8 137:22
    138:8 141:20
    165:21
**mind** 22:15 43:4
**mine** 186:8
**minor** 45:9,12
**minute** 95:13 141:18
    181:2
**minutes** 45:19,19
    46:2 59:20 60:6
    72:5 112:21,22
    130:16 180:21

190:7 196:6
**mistaken** 34:4 35:8
68:17 74:13 77:3
131:16
**moment** 10:2 13:13
64:20
**monitor** 158:20
**monitors** 158:17,18
160:7 161:2 162:4
**month** 19:17,21
147:11
**months** 12:10 16:21
19:22 33:18 34:11
34:18 35:6 36:5,7
36:12,15,19
197:17,18
**mood** 28:4
**morning** 4:10,13 7:4
**Morrow** 140:11
141:2
**mother** 8:2 163:21
176:18 178:7,9
179:3
**mother's** 8:3 163:8
**motioning** 12:22
**Motrin** 145:9,10
**mouth** 27:14 32:10
46:9 56:1 58:1
118:5 119:20,22
120:1 121:17,22
125:7,15 140:19
150:18 153:11
201:6,7,16
**move** 150:3 155:20
155:22
**moved** 62:11 131:14
133:10,12 198:4
**murder** 10:5,6 15:7

**N**

**N** 171:7,14
**nag** 23:17
**naked** 40:11
**name** 4:11 8:3,5
12:3,5 24:7 39:12
39:15 47:15,16,20

64:7 68:4,12 69:17
69:22 70:4,11,12
77:3 85:9 103:17
105:7 109:20
112:2 123:21
141:18 171:11
175:4 177:13,14
177:16 197:10,13
199:5,6,6 200:14
201:21
**named** 85:8,13
124:1 127:6
137:12 154:9
193:16 199:3
**names** 11:17 22:18
22:21 36:22 37:7
37:14,18 47:1,12
47:14,18 55:13
67:9,14 68:10,11
68:11 70:10 76:13
96:22 101:7
106:11 124:6
125:22 200:12
**nature** 13:14 15:13
30:13 75:17
164:15
**necessarily** 140:5
**neck** 66:3 116:10
**need** 6:6 54:17
104:11
**never** 16:4 32:6,16
46:4,5,8,14 48:9
48:11 72:19 83:2
84:17 85:15
122:12,17 144:18
144:20 149:20
162:11,12 188:16
191:8
**nickname** 39:14,16
**Nigger** 44:6
**noise** 55:22 58:18
**Nope** 104:19 109:7
122:5 161:10
166:10 179:1
198:14 208:10
**normal** 187:21

**Northwest** 15:18
**nose** 92:1 93:17
118:4 119:15,16
119:18 125:7,14
142:17 145:17,18
148:3,9 150:18
153:10 200:4
**note** 182:16 188:20
**noted** 183:15
**notice** 1:17 100:11
118:1,19 121:14
137:16 138:3,17
139:2 140:16
148:3 149:16
161:11 168:13
205:13
**noticeable** 13:4,9,10
**noticed** 144:7
145:16 152:15
193:13
**noticing** 16:7 144:11
145:20
**November** 181:14
181:15
**No.06-1262** 1:8
**number** 3:7,11,14
3:18,21 13:22
15:16 31:11 47:3
60:21 90:17,18
180:11
**Numbers** 114:19
**numerous** 114:20
114:21
**nuts** 27:15
**N.W** 1:18 2:9,19

**O**

**O** 171:16
**obeying** 164:13
**object** 24:21 109:16
186:18,22 206:8
**objection** 58:3 61:7
61:19 82:19 90:1
176:22 186:22
187:4 189:17,21
191:13 193:2,5

194:10,11,19
**observe** 70:20 72:9
74:15,17 75:21
79:6 170:18 171:2
**observed** 76:1 94:1
138:8 139:6 141:2
172:18 190:5
196:15
**obstacles** 79:19
**obstruction** 27:1
**obstructions** 79:9
**obviously** 147:22
**occasion** 28:14
30:15 155:7
**occasions** 27:8
37:22 203:10
**occur** 15:22 48:20
49:2,8
**occurred** 51:21
71:10 137:2 191:2
203:4 205:1
**October** 175:8
181:13
**office** 1:3,18 2:8
159:6 195:4,5,9,10
**officer** 18:19 19:4,4
20:4,10,12,15,16
20:18 21:4 22:2,10
25:13 26:18 27:6
28:15 48:10 49:22
50:16 72:21 73:2,9
73:10 76:7,17 77:2
77:9,15 78:8 81:13
83:2,10,11 84:18
84:19 85:13 86:2
87:6 95:22 101:13
103:14 106:13
108:22 109:5,15
109:20 111:17
114:9,10 116:12
121:2 122:4 123:3
123:17,19 124:18
126:22 127:2
133:7 161:6,16
162:16 170:15
173:21 186:6

188:3 190:19
200:7
**officers** 20:6,8
21:11 22:11,13,14
22:18 25:9,10
26:11,12,14 28:21
31:6 32:18 37:10
37:15 46:8 47:7,10
47:17 48:3,7 50:16
50:17 66:9 67:1,10
68:8 71:19,22 72:1
76:3 82:6 84:21
85:19 87:14 88:18
89:2,17 92:20 96:2
96:18 97:1,6
100:21 101:13
104:13,18 105:7
106:8 109:3
111:19 112:2
123:21 124:4
126:21 133:1
170:7,9,20 171:3
180:8 185:12
200:10,13
**officer's** 32:10
195:19 206:6
**official** 73:3 81:14
**officials** 67:18
**off-hand** 146:1
**Oh** 80:15 172:12
**okay** 5:7,12,16,17
6:4,9,17 7:20 10:9
14:21 16:7 17:1
18:18 19:3,7 20:1
22:9 23:6,18 24:4
24:15 25:3,5 27:5
29:10 30:5 33:6
34:15 35:15 37:6
37:13,22 38:5 42:3
49:12 52:8 53:1,10
54:8,21 55:12 56:8
56:12,13 57:6,21
59:4,14,22 60:10
60:17,20 61:5,13
61:16 62:3,6 65:21
66:13,21 67:9

68:22 69:3,17 70:1
70:3 71:9 72:3,8
74:5,10,22 75:10
76:15 77:19 79:16
81:2 85:18 86:1
87:10,21 88:6,14
89:7,10,19 90:16
91:10,18 94:4,12
95:12 97:14 98:2
98:10,18 99:1,4,21
100:10,20 101:1,6
101:21 102:9,15
102:22 103:3
104:20 105:2,13
106:12 111:15
112:14 114:22
115:14,17 116:15
117:5,10 118:13
119:21 120:11,16
121:8 122:6
125:11 128:10,15
129:10,13,16
134:5 135:11
136:7,22 137:10
137:16,19 138:7
140:8 144:14
146:5 148:21
149:9 152:18
157:7 158:19
162:14 163:1
164:4,19 165:6
166:22 167:20
168:17 172:2,16
172:22 173:7
174:5 176:19
177:6,20 178:3,8
178:13 181:3
182:19 183:8
184:10,22 185:7
188:8,20 189:16
190:1 193:2
195:14 196:9,19
197:14 199:1
200:12 201:3,8,18
203:15 204:5
208:2,17

**old** 8:13
**once** 19:17 27:3
29:17 54:12 63:3
66:19 71:6 74:2
85:18 92:18
100:16 102:18
104:12 110:13
111:8 116:18
124:21 131:7,17
132:15 144:21
145:13 173:3,8
174:1 202:17
203:5,7,17
**ones** 26:15 47:13
85:7,15,16,16
87:21 88:1 104:22
140:14 177:2,3
**ongoing** 44:12
**open** 26:22 27:14
143:20
**opening** 55:22
**operat** 158:13
**operating** 158:11,12
**operation** 157:18
187:21
**opinion** 185:8
**opportunity** 181:18
184:14
**opposed** 26:8
**order** 31:21 81:20
82:1,5,8,12 166:20
**ordered** 86:17,19
87:1
**orders** 10:20 11:1
70:15 164:13
**outside** 40:10 86:12
103:4
**outstanding** 10:19
10:22
**overhear** 39:18 41:1
161:6
**overtime** 201:11
**over-react** 59:1,6
**oxygen** 56:2 57:11
59:10

**P**

**P** 171:17
**page** 182:12 186:13
189:12 192:2,20
**pages** 166:21 167:1
182:10
**pain** 12:18 100:11
127:14,18 128:13
145:6,9,13 149:19
150:3
**paper** 29:18,19
30:17,18,20 31:1,4
31:8,11,12,16,18
31:20 32:3,8,14
45:16 193:14,17
194:1
**papers** 43:11,20,20
44:1
**participating** 88:18
**particu** 41:12 76:15
**particular** 11:21
13:5 20:5 22:14
23:14 27:18 28:8
29:15 33:19 36:16
36:21 37:14 44:8
70:17 100:10
159:13 160:15
188:3 189:20
190:18,19 191:6
193:3
**parties** 1:19
**passed** 71:13 73:3
**Patterson** 139:15
**pay** 43:3
**people** 23:17,19
28:3 30:2 33:13
41:20 42:1,22 43:1
49:19,20 58:22
92:6 132:19 135:4
148:13 160:18
**people's** 160:9
**perform** 13:16
**period** 16:19 17:1
17:15,17,20 19:16
26:22 33:19 37:2,3

37:17 62:14 69:21
71:17,20 95:10
**periods** 33:6,7
**permitted** 17:6
**person** 38:12 40:18
58:21 170:15,17
203:5 204:2,20
**personally** 21:7 39:8
42:17 163:7
**persons** 203:11
**person's** 162:7
**pertained** 206:16
**pertains** 181:20
**phone** 15:15 159:5
163:13,14,15
**phones** 174:21
**photo** 161:13 162:15
172:20,22
**photograph** 167:4
167:17 168:4,9,13
168:17,19,21
169:22 170:2,12
171:7,14 172:7
173:7 174:5,9,12
174:16 175:1
**photographs** 3:9
167:1,12,22 169:1
169:6,9 171:16
172:2,16 204:19
**photos** 167:10
205:11
**physical** 77:6
101:15 137:17
153:22
**physically** 176:12
**pick** 23:16 44:22
**picked** 96:16,20
100:18
**picks** 177:11
**picture** 126:3,12
170:3,6,9
**pictures** 43:11,19
125:17,19 126:14
**pills** 127:14,18
128:14
**Pinball** 39:17

**pin-point** 44:11
88:12 90:3
**place** 7:16 173:15
182:20
**placed** 79:8
**places** 151:15
**Plaintiff** 1:6 2:16
10:12
**plans** 154:14
**plastic** 171:5
**play** 29:1 30:2 161:4
**playing** 155:15
**Pleasant** 136:15
138:20 139:6
166:5
**please** 5:21 154:22
**point** 6:10 66:14
73:15 83:8,15,18
84:2,5,10,14 86:15
91:1 93:3 96:11
108:2 110:1
114:13 118:2
127:8 130:2
155:16 183:18
185:9
**pointed** 185:9
**pop** 50:20,22 66:12
71:6 72:2 76:11
78:7,10,15 79:3
87:4
**popped** 66:19,21
67:12 70:14,19
71:15 72:6,9,16
73:1,8 74:8 75:7
76:18,21 81:12,19
82:16 85:1,19
86:17 87:1 102:17
205:18
**Port** 101:19 104:2,7
104:8,12,13,14,18
105:9,15,16 106:7
106:14,21 107:4,7
107:10,14 108:19
109:1,6,9,12 110:3
111:5
**portable** 162:6

portables 162:21
portion 207:20
portions 208:4
possession 204:18
pouring 119:18
power 29:7
powerful 77:22 78:3
prepare 7:3
preparing 7:8,11
present 1:19 127:1
    183:6,12,13,22
    184:18,20 185:3,4
presently 118:17
pressure 125:3
pretty 46:19,19,21
    69:7,8 159:1
    173:11
prevent 75:13,14
preventing 193:15
previous 6:15
    187:17 202:9
previously 6:12
    203:21
primary 154:17
prior 14:15 49:5
    194:10 196:15
    197:19
privilege 184:6
privileges 188:13
    192:15
probably 16:5 36:14
    58:20 62:20 65:1
    67:3 68:3,9 80:12
    88:21 89:18 90:21
    97:13 109:17
    111:21 113:3
    119:6 124:9
    130:16 134:2
    138:9 140:9 143:5
    147:11 156:22
    161:15 167:3
    196:7 197:16
    199:13,21 202:7
    206:10
problem 12:14,15
    12:16 13:3,9 14:3

15:19 28:13 48:10
    48:11,13 146:16
    146:22 147:14
    148:4 149:10,16
    156:12,15,18
problems 48:6
    145:16,21 156:7
procedure 27:11,19
    28:5 29:3 30:1,6
proceedings 191:22
process 184:13
progressed 127:20
proper 193:15
property 43:17
protect 90:13 91:22
    92:2,15 101:11
protection 10:22
provide 6:22 175:18
    178:4 179:16
    208:11
provides 176:5
public 178:19
pull 18:1,2,4,5 92:14
    108:9 157:10
pulling 108:7
punch 91:16 109:16
    115:21 120:14,16
    120:20 200:17
punched 87:10 88:3
    88:4 91:6 93:9,15
    94:8 107:10,14
    109:14 116:3,7
    124:14
punches 87:11
punching 87:8,19
    88:19 89:11,20
    90:6,9 99:12 102:8
    107:8 108:6
    115:14,16,17
    116:13
purpose 4:16
purposes 159:10,22
    160:12 195:17
    206:9
pursuant 1:17
Pushing 65:22

put 24:13 27:3,16
    43:1 45:18 54:11
    59:9 66:2 67:7
    71:17,20 72:7
    79:19 84:11 92:10
    128:20 129:17
    131:9,10 132:6
    133:20 143:9,18
    143:19 144:16,17
    165:3
putting 102:5
    144:19
P-R-O-C-E-E-D-I...
    4:1
p.m 52:6 75:4 135:7
    181:5 190:3
    201:12 208:19

———— Q ————
QC 126:6
question 5:2,5,9,22
    6:2,12 21:2 26:1
    53:2 73:17 80:22
    81:1 93:21 158:1
    187:1 191:14
    193:6
questions 4:18 6:22
    51:19 186:18,20
    189:17,21 196:8
    196:14 204:6,12
quick 62:21,22 78:5
    78:6 196:8
quiet 44:20

———— R ————
R 51:13,15 95:18
    99:12 104:9 105:1
    112:11,13,16,19
    113:2,19 114:14
    114:18 115:21
    116:16,19 117:2
    120:7 121:3,3,4
    122:7,22 123:5,8
    123:10 124:12
    172:2
rack 71:18

rains 155:14
raise 27:15,15
rammed 200:4
ran 31:19 86:5 92:18
    173:13 190:18
rank 67:18
reaction 65:15
read 48:12 175:9
    184:17 187:12
    190:1,12,15,16
    193:9,19
ready 21:22 27:17
    40:9
real 30:1 67:4 70:6
    77:21 78:1,5,6
    124:2 129:15
    140:15 199:7
realize 6:11
really 20:2 22:20
    43:3 44:11,21
    47:18 68:4,6,6,9
    69:21 78:18 90:11
    134:18 145:12
    164:14 170:3,8
    198:4 203:6,14
reason 6:7,19 8:22
    9:13 12:11 14:2
    35:16 53:5,8 61:10
    61:10 62:1 100:14
    160:2,3 164:9
    183:9 203:7
rec 17:7,10,14,17
    17:20 18:1 24:17
    25:7,16 26:3,9,22
    131:10,12,13
recall 16:14 47:6
    73:5,8 105:9 126:2
    133:17 191:4,5
    195:13 200:12,20
    206:18
receipt 178:20
    180:2,4,5
recessed 75:4 181:5
recognize 66:22
    79:2 170:1 171:13
    174:8,11,22

recognized 67:3
    121:2
recommendation
    192:10,12
record 7:14 75:6
    119:9 152:2
    181:11 182:9
    186:11 189:13
    192:20 193:8
    204:12,14
recorded 158:21
    161:8 186:10
recording 159:2
records 159:7
red 138:11
reel 78:1
Reese 20:11 21:3
    22:22 23:2,2,9,15
    28:22 29:11 30:5
    30:15 32:18,22
    33:8,10,20,22 34:9
    34:16 35:5,17
    37:20 38:7,10,21
    40:1,3,11 41:6,15
    42:5,9,21 43:13,15
    45:5 46:11,17 47:7
    47:11,14 48:1,14
    48:17 49:16,19,19
    49:21 50:3,21
    51:22 52:9,15,17
    52:18 53:5,16 54:2
    54:3,4,9,10,12,18
    57:2,6,21 58:14
    59:12,15,16 60:1
    61:18 62:7 67:15
    71:14 72:6 73:21
    74:12 85:8 86:16
    89:9 102:2 131:19
    132:6,9 133:19,20
    134:19 171:10
    172:20 175:2
    182:20 185:17
    186:3,4 196:14,17
    197:1 198:12,16
    198:18,20 199:7
    199:17,17,19

200:8 203:20
204:1 206:17
207:5,8,21
**Reese's** 36:17
37:16
**reference** 55:1
**referring** 9:20
**refused** 53:12
125:18 183:15,15
**regain** 57:11
**regard** 135:17
**regarding** 30:6
32:16 175:19,22
179:13,20 181:21
183:5 186:16
206:5
**regardless** 188:15
**regards** 29:11 184:2
**regular** 203:3
**regularly** 203:15
**related** 48:20 142:5
159:12,22 160:14
161:8 169:11
206:3
**relates** 182:14
194:20
**relating** 182:10
**relevance** 189:19
206:9
**relevant** 48:19 49:9
118:21
**remain** 192:16
**remember** 5:8,11
22:20 28:14 37:18
38:20 39:6,12
46:22 47:12,18,22
52:3 54:1 67:14,14
67:15,15,17 68:10
68:11 69:4 70:15
73:6 81:18 85:9
88:21 99:22
102:18 103:1,3
105:3 107:13
108:17,21 109:4
112:4 114:5,8
121:18,20,21

123:2 128:22
141:22 161:19,21
161:22 162:1,2,14
162:18 164:14
165:15 167:20
169:17 173:10
174:10 176:7
177:14,16 190:22
191:1,3,16,17,20
197:10,12 199:20
201:21 202:4,6
206:9,10,12
**remove** 82:13
117:11
**removed** 41:7 46:11
46:13,15,18,20
74:7,11,14 193:12
**repeat** 21:1 155:1
**rephrase** 5:3
**report** 182:20 183:5
183:20 184:3
186:15 187:9,11
188:21 189:14
190:2 191:11,12
192:3,5,13,21
193:9 194:5
**Reporter** 1:22 5:18
5:20 6:4 11:16
33:4 83:4 154:22
204:13
**reports** 3:22 182:11
**repre** 4:14
**request** 46:10 61:17
**requested** 46:20
**requesting** 46:17
**required** 18:7
**resist** 92:4,5,6,7
**resisting** 133:7
**respective** 1:19
**respond** 180:4
**responded** 144:20
**response** 5:18
126:11 177:4
**responses** 7:1
**restrictions** 9:3
**result** 100:7 149:3

150:15 156:7
159:12 182:21
184:3 192:6 195:2
**resulted** 191:22
**return** 82:2 197:22
**returned** 131:17,22
132:15 173:4,8
174:1
**returning** 168:1
**review** 7:11
**revoked** 8:22
**rewind** 161:3
**RE-DIRECT** 3:2
204:15
**re-gain** 59:10
**re-state** 5:3
**Rhode** 2:19
**ribs** 93:17
**Richardson** 47:16
**right** 13:1,2 15:8
16:13 21:8 22:19
26:5 29:5 35:10,14
37:5 38:15 40:7
41:20 49:1 51:17
53:17,20 56:7,17
56:19,21 59:20
60:14,22 63:16
65:14 68:19 71:5
73:18 75:2 86:21
86:21 87:16 91:13
94:8 102:10 106:8
109:4 111:3
112:13,19 117:2
118:13 119:1,7
120:2 127:3,5
129:3,4 135:12,15
135:17 141:17,21
142:8,21 147:19
147:20 148:1
149:1,7,14 151:12
152:3,9 153:8,12
155:9 156:2,3,4,5
156:6,10,13,19
159:21 160:20,21
171:10 179:8
180:19 187:6

190:8,10,20
192:19 194:6
202:12,20 205:4
205:11 206:2
**rinsed** 130:12
**rinsing** 40:5
**Robert** 139:9,11,13
139:15
**Robinson** 141:4,6
**roles** 31:11
**roll** 31:10 32:3,8,13
98:2
**rolled** 98:1,2
**roofing** 11:14,18
13:17,19 14:3,13
15:14,21 16:9
**room** 43:10,18
189:3
**Rosa** 8:4
**roughly** 52:3
**routine** 153:22
**ruined** 147:3,5
**rule** 18:21 19:2,5
22:12 31:10,13,17
31:19 32:13 46:2
**rules** 22:16 23:1,3,4
23:5,7,10,11,11
23:14,16 32:7,16
46:7
**run** 78:20 204:2
**running** 13:5 51:1
56:3 57:12 85:22
86:3 119:19
174:20 190:9
**run-ins** 132:11
**R&D** 114:10 122:4

---

**S**

**Sabrina** 163:5,6
**Sally** 101:19 104:2,7
104:8,11,13,14,18
105:8,14,16 106:7
106:13,21 107:4,7
107:10,14 108:19
109:1,6,9,12 110:3
111:5

**Sam** 1:22
**saw** 83:2 122:4
137:13,22 139:3
140:17,21 146:5
154:17 160:11
162:5 168:10
177:15 183:11
190:14 201:4
207:19 208:4
**saying** 14:15,16
22:7 25:6 26:10
28:3 34:17,20 40:4
42:18 44:12,16
45:14 46:5 53:16
55:17,19 57:18,20
58:2 67:6 68:6
71:10 78:17 86:21
89:6 92:11 96:4,8
105:20 108:18,20
111:11 113:12
114:1,6,10 130:10
133:14 147:3,18
162:19 180:9
**says** 23:11 50:3
190:2 192:12
193:9
**scar** 118:16
**scared** 57:20
**scene** 170:2 171:8
171:17 174:22
**scheduled** 128:7
187:16
**Schifferle** 2:6 4:9,11
11:20 25:2,17,22
26:4 37:5,12 49:6
53:3 58:6 61:12
62:2 63:12 72:14
73:16,19 74:22
75:5 80:18 81:9
82:22 83:7 90:15
94:7 110:20 119:3
119:13 129:9
134:9 135:3,9,16
153:16 154:10
155:4 159:16
162:13 167:8

172:15 177:5
180:17,21 181:3,9
182:5,8 187:2,5,7
189:11,22 191:19
193:7 194:14
195:1 196:5,9
204:11,16 205:3
206:11 207:2
208:16
**school** 9:6
**search** 18:8 20:6,13
21:4,11 27:19
28:17 43:19 53:7
53:13 193:11
**searched** 18:14,22
22:6 24:1,18,20
25:13 26:6,7,17
27:9
**searches** 22:3 29:12
30:7,8 32:20
**searching** 20:4
**second** 10:6 34:8,19
35:4
**seconds** 50:9 60:21
62:9,12,13,15,18
62:20 63:2,20
64:12 65:7
**security** 158:3 190:4
**see** 27:6 29:19
30:10,11,16 38:1
39:18,22 40:14,16
40:18,18,20,22
43:15 47:13 53:20
53:22 60:1 68:3,7
69:16 73:2 74:18
76:4,6,16 78:18
79:18 80:3,5,14,15
80:20 81:4 83:9,13
88:20 90:12 91:21
101:10 104:16
110:4 118:18
135:4,19 136:1,4,7
136:11,14,17,19
137:4,10 138:10
138:12,20 139:10
143:10,16,21

146:12 147:4
148:16 154:14
157:14 158:17,17
159:9,19 160:8
162:8,9,21 165:4
168:9 169:5,12
170:3,8 173:3,3,20
174:20 175:2,3
179:3 182:18
187:22 189:19
190:12,16 193:19
196:17 198:20
199:16 200:6,21
202:20 203:6,16
205:21
**seeing** 32:11 143:7
143:11 162:15
167:20
**seen** 32:6,7,16 46:4
46:5,8 58:22 67:2
68:8,9 74:3 79:21
85:15,16 110:5
137:4,5,5,8 138:14
138:22 140:9
142:3,8,11 146:4
153:18 154:11
159:5 162:12
171:12 185:10
189:9 191:17
196:20 199:2
200:9 201:5
202:13 203:11,20
208:1
**segregation** 192:13
**self** 28:8 163:10
**send** 204:2
**sensation** 148:2
**sent** 127:15 128:14
130:13 146:3
176:18 177:3
179:12
**senting** 4:15
**September** 36:8,13
38:3,5,20 41:5,11
42:4,10 44:9 45:2
47:9 48:5,19 49:8

49:10,13 135:18
140:3 149:4
150:16 157:2,20
158:5,11 159:13
160:20 161:9,12
163:22 164:21
169:4 170:19
171:4 175:22
178:1 182:15,17
182:22 184:4
186:15 187:13
192:4 195:3,20
196:3,15 197:19
199:14 205:2,14
206:4 207:9,15
**Sergeant** 20:11 21:3
22:22 23:2,2,9,15
29:11 30:5,15
32:18,22 33:8,20
33:22 34:9,16 35:5
35:17 36:17 37:16
37:20 38:7,10,21
41:6,15 42:5,9
45:5 46:11,17 47:7
48:1,14,17 49:15
51:21 52:9 53:5,16
54:2,3,9,10,12
57:2,6,21 58:14
59:11,14,16 60:1
61:18 62:6 71:14
72:6 73:21 74:12
86:15 92:19 102:2
108:13,18 113:5
113:18 115:10,20
116:2,6 123:3
127:7 131:19,19
131:21 132:5,9
172:20 175:2
182:20 186:3,4
196:14,17 198:12
198:20 199:17,17
200:8,14,21
206:17,17 207:5,8
207:13,21 208:3
**Sergeants** 67:20
69:11

**set** 160:6 184:20
185:2
**seven** 12:10 16:21
33:18
**sex** 29:2
**sexual** 30:9
**shake** 18:11 19:8,18
81:21
**shaking** 5:19 197:4
**shape** 157:7
**sheet** 84:11
**sheets** 79:7,8,19
**shift** 31:7 43:16
47:11 52:6 187:17
201:11,12,13
**shingles** 13:19
**shirt** 56:4 58:11,12
59:8 175:3
**shirts** 67:20 69:7,10
**shit** 72:20 84:18
102:18 114:1
159:1
**shoe** 129:17
**short** 77:7 124:2
126:8 `
**shorter** 62:14 63:2
**shot** 188:12,14
**shoulder** 128:17
**shoulders** 90:9
125:16
**shower** 17:14 26:14
26:22 27:1,6 39:3
39:7,13,20 40:2,4
40:7,11,17,19,19
40:20 45:18,19,21
46:3 116:21 117:1
117:3,4,6,10,20
120:18,19 122:13
130:11 187:17
190:6
**showered** 26:21
122:9 130:4
**showers** 116:20
117:7,17
**showing** 166:22
171:16 175:7

181:10
**shut** 27:3 39:9 44:4
52:21 75:8,11
**sick-call** 144:19
**side** 56:17,18 93:17
96:19,20 99:7,17
100:3 118:14,15
125:15 141:16,17
141:21,22 150:19
150:20 151:9,12
151:12,19
**sided** 70:7
**sign** 183:15
**signature** 182:16
183:16
**significant** 131:4
132:10
**Simpson** 50:21
67:16 85:8 86:6
87:6 89:1,8 91:5
92:19 104:21
105:6 106:1,9
108:14,18 110:6,7
112:4 113:5,18
115:10,21 116:2,7
123:3,15 124:5
127:7 131:20,21
132:5 206:17
**single** 187:1
**sister** 8:2
**sister's** 8:5
**sit** 13:13 82:9 88:12
184:17
**sitting** 50:2 64:13
**situation** 81:15
149:12 180:6
197:17
**six** 36:4,7,11,19
96:1 111:22
124:10 164:17
193:12 197:1
**Sixty** 164:17
**Sixty-days** 164:7
**sizes** 106:18
**skin** 77:8
**skinned** 126:9

**Skyline** 7:16
**slammed** 199:9
   207:8 208:3
**sleeping** 134:14
**sliding** 159:5
**slight** 142:13
**sling** 128:15,18
**slips** 144:19
**smack** 200:17 201:5
   201:6,6,19
**smacked** 198:18
   201:16,18
**small** 106:10
**smelled** 81:5
**Smith** 15:2,10 47:16
**Smitty** 47:15
**snake** 42:22
**soap** 40:5
**social** 17:8 24:10
**somebody** 24:7
   40:17 45:1 49:17
   51:22 133:19
   134:19 146:4,5
   160:11,11 200:22
   202:18
**son** 8:12
**soon** 78:8 143:7
**sore** 134:12
**sorry** 16:11 20:18
   20:21 32:5 33:2
   37:2 45:11 61:2
   63:7 78:12 83:22
   97:9 98:16 105:11
   110:17 114:20
   118:11 121:11
   132:13 134:7,10
**sort** 9:22 13:16 15:9
   17:22 27:1 51:18
   71:2 79:8 83:11
   109:15 132:22
   167:13,21 175:21
   176:4 184:13
   194:17 208:12
**sought** 5:9
**South** 3:9 16:20 17:2
   17:5,11 18:6,21

19:9,19 21:15 22:5
23:22 27:20 28:9
33:8,9,10,18,20
34:1,5,9 35:3,5,7
35:11,12,13,17
36:2,11 41:6,7,14
41:15 42:5,13,15
46:11,15,18 47:8
48:4,8,15 58:19,20
70:16,17 115:21
130:19 131:1
157:19 158:4
166:7 167:13,18
168:6,10 169:1,14
170:7 171:18
172:3,10,18
174:17 190:4
202:13 203:12
**Southeast** 7:16
**speak** 7:7 11:17
   83:22
**speaking** 7:6
**specific** 13:8 29:10
   38:21 45:4 55:12
   120:12 125:13
   146:16,21 185:1
**specifically** 46:12
   46:14 65:11 93:14
   110:21 121:18,22
   149:15 161:18,22
   206:13
**specifics** 43:5
**specify** 90:16
**speculate** 80:13
**spell** 12:4
**spit** 120:5
**spray** 38:11 76:17
   77:12,15,17 204:2
**sprayed** 38:15 39:2
   39:6 52:19 54:3,10
   54:12 57:1 62:10
   63:22 64:2,15,17
   64:20 76:20,22
   77:10 78:4 102:1,3
   102:9,12,16,21
   103:2,4,14,18

205:15,21
**spraying** 38:13
   40:12 50:13 63:11
   63:14,15 75:15
   76:12 77:2 78:9
   101:9 102:6 171:1
**sprays** 39:5 49:17
**spread** 29:4 30:12
   43:21
**squat** 27:16
**squirt** 72:17 83:16
   83:19
**squirting** 71:1 72:10
**sssssssssss** 145:19
**staff** 123:4 125:21
   126:1 127:11
**stages** 21:14
**stain** 169:5
**stairs** 93:8 95:9
   97:19 190:8
**stand** 5:2 106:4
**standard** 176:4
**standing** 40:17,18
   50:22 64:16 93:5
   127:3,4
**Stanley** 68:15,16
**start** 5:22 6:2,3
   51:18 54:13 72:2
   144:10 145:20
   167:10,11
**started** 16:2,2,7
   35:19 40:12 49:13
   49:15,22 50:12,18
   50:19 63:11,14,15
   66:1 71:7 90:5
   111:10 125:2,4,6,8
   142:2 143:5,7,8
**starting** 192:14,15
**state** 173:8,17
**stated** 187:18 188:2
   190:10,20
**statement** 183:4,10
   184:14 185:14
   186:1 196:1
   208:12,12
**states** 1:1 187:11

**status** 192:16
**stay** 24:9 34:6 74:1
**stayed** 42:20 44:20
**staying** 112:8
**step** 98:18,21,22
   99:2 106:1,3 112:9
   190:11
**stepped** 113:5,15
   115:7
**steps** 51:7 88:4,8
   91:11,14 96:12,17
   96:21 97:2,7,11,15
   97:20,21 98:3,5,6
   98:8,14 99:16
   100:4,5,8,12,17
   101:15 174:21
**stickler** 23:1
**sticks** 117:16
**stiff** 155:21
**stitches** 139:1
**stomp** 51:6 96:6
   99:10
**stomped** 88:3,15
   91:7 95:2,5 109:14
**stomping** 87:9,19
   88:11,19 89:11,20
   90:7 96:2 102:20
**stood** 32:13 64:12
   64:14 65:7,8 99:10
   106:22 107:22
   111:7,9 115:9
   140:2
**stop** 6:15 65:18
   155:18
**stopped** 78:6,9
   111:11 144:5
**stopping** 155:16
**Street** 1:18 2:9
   15:17
**stretcher** 197:8
**strike** 196:17
   198:21
**striking** 116:13
**strip** 18:7,14,22
   20:4,6,13 21:4,11
   22:6 24:1,13,17,20

25:9,13 26:7,15,16
27:9,19 28:11,16
29:12,16,17,21
30:6,8,22 31:1
32:19 45:15 50:3,5
50:8,9 52:16 53:6
53:13 57:5,7,22
59:17,21 60:15
61:6,11 62:7 63:18
64:8,9 66:10,15
86:20 185:18
**striking** 50:11 53:14
   62:1
**stripping** 13:20
**strokes** 57:16
**struck** 114:18
   198:12
**structure** 27:2
**stuff** 19:13 25:20
   31:5 38:17 42:22
   44:2,5 45:21 48:12
   66:3,4 71:8 111:11
   112:8 114:3
   117:14 125:5
   127:21,22 128:5,8
   138:6 143:18
   145:2 146:12,14
   148:9 164:13
   169:18,19 173:14
   178:17 180:8
**subject** 9:2 194:11
**submit** 18:7 53:6,12
   176:3 181:19
**submitted** 176:8,11
   176:21 206:16
   208:8
**substance** 72:10,17
   83:11,16,20
   132:22 167:21
   168:8 194:18
**substances** 71:2
   167:14 169:6
**such-and-such**
   163:17
**sued** 10:17
**suffered** 149:3

**suit** 10:13 179:9
**Suite** 2:10,20
**Sundays** 17:13
**supervisor** 11:21
**support** 10:20
**suppose** 32:2,8
    198:5
**supposedly** 51:12
    142:14 144:16
**sure** 4:22 21:3 33:3
    46:19,19,21 69:8
    69:18 73:16 89:4,8
    93:20 130:7 159:1
    164:16 179:19,22
    207:19 208:6
**surveillance** 157:18
    158:3 160:14
    161:7
**suspended** 8:22
**sustained** 15:21
**swear** 54:22
**swelling** 138:9,11
**swollen** 121:16,19
    129:15 151:20,20
**sworn** 4:6
**symptoms** 149:5
    150:15
**system** 157:19
    158:4 159:12
    160:5,14 161:7
**S-curl** 68:18

**T**

**t** 120:3 172:7,12
**TABLE** 3:1
**take** 6:6,8 20:13
    24:8 27:12 29:8
    44:18 45:20 73:14
    75:1 86:19 112:14
    117:3,17 119:1
    122:12 125:17,18
    126:3,13 145:6
    147:9 178:17
    180:22 197:9
    203:9 205:6,7
**taken** 22:5 24:1,16

24:18 25:14 26:7,9
    26:17 27:9 34:16
    34:22 35:11,17,19
    36:2,18 37:4,17
    73:22 74:16,19
    79:17 80:5,20 81:3
    104:1 123:11
    124:12,19 126:12
    142:12 188:13
    189:7 198:2
**takes** 38:17
**talk** 42:9 88:6
    132:19 148:13
    163:18
**talked** 11:4 15:20
    45:3 73:11 104:1
    109:13 132:19
    135:21 137:19
    149:2,6 152:7
    163:9,11
**talking** 6:3 14:17
    21:6 25:15 37:3
    41:9,22 67:7 68:20
    69:2 85:6 113:22
    114:3 131:22
    142:2 152:2,13
    153:6 185:18
    206:19
**tall** 70:6
**tarp** 171:5
**tasks** 13:16
**taste** 120:3
**tear** 67:5 76:10,12
**teeth** 92:1
**tell** 20:2 27:14 30:9
    43:13 59:16 60:11
    69:15 87:20
    105:13 123:1
    125:11 143:14
    146:10,11 148:11
    148:12 161:22
    168:16,20 170:4,6
    174:13 181:18
    196:19
**telling** 52:15 61:11
    94:10 105:4

**ten** 45:19,19 59:20
    60:6
**terms** 151:7 152:6
    155:5 161:18
**terrible** 31:8
**tested** 148:18
**testified** 4:7
**testimony** 11:5
**Thank** 204:7
**thermal** 106:2
**thermals** 105:18,19
    108:1,10 112:9
    113:6 115:7
**they'd** 19:10 27:4
    106:4
**thick** 78:1
**thing** 23:20 39:10
    44:12 50:17 51:20
    66:5,8 99:13 104:3
    118:20 136:8
    143:19 199:10
    203:4
**things** 13:12,13
    15:13 30:12 42:17
    43:6 45:16 54:19
    75:16 136:18
    140:21 149:13
    185:16
**think** 24:22 25:1
    34:4 45:8 47:14,15
    47:19 49:4 68:19
    69:1 70:6,8 74:9
    74:13 81:7 91:5
    99:16 108:13
    109:17 110:2
    112:10 114:2,2
    124:1 128:5
    130:21 131:15
    133:18 135:8
    141:14,17 142:1
    144:6 147:4
    161:15,19 166:13
    179:14 180:20
    198:15 199:19,21
    204:9
**third** 30:11

**Thompson** 139:20
**thought** 43:7 128:6
    135:3
**threaten** 75:19
    83:19 84:6,15
    194:9
**threatened** 84:17
    188:17 194:16
**threatening** 50:14
    72:16
**three** 19:20,22
    38:17 48:9 56:14
    56:19 101:5,7
    143:6 144:7
    145:21 176:10
    180:17 181:11
    183:21 203:13,19
    208:5,9,13
**threw** 51:7 91:11
    96:17,21 97:1,6,22
    98:4,4,7 99:2
    117:4,6,9 122:13
    122:15 130:11
    189:4
**throttle** 44:18
**throw** 72:17 83:16
    83:19 84:18
    194:16,16
**throwing** 55:4 70:20
    71:1 72:10
**thrown** 83:9 88:4
    96:12 97:14 100:3
    100:5,7,11 101:14
    116:20 120:17
    133:1 194:15
**thumb** 149:7,10,13
    150:18 152:2,3
    155:7,9,10 156:3,6
    156:19
**tied** 79:6
**tier** 49:16 50:1,14
    50:19 51:6 52:20
    52:21 55:11,15
    59:18,19 60:5,5,7
    62:5 66:7 71:7
    72:21 73:3 75:19

75:22 76:9 78:22
    82:6 84:8 86:13
    87:7 88:7 89:3,12
    89:22 90:22 91:2,8
    91:14 93:8,22 94:9
    95:8,11,14,16,18
    95:20 97:12 103:5
    131:15 133:4,10
    133:10,11,12
    140:4,6 148:13
    159:6 160:8 162:8
    163:8 167:16,18
    167:19 168:6,15
    170:7 172:10
    174:7 187:19
    188:4,10,11,17,18
    189:9 190:6,9
    194:9 196:22
    197:3 198:5
**tiers** 162:20
**time** 11:10 14:19
    16:13,19 17:1,3,5
    17:7 18:6,14 19:16
    20:7,17,19 21:5,17
    21:21 22:4 23:17
    23:22 24:4,5 27:20
    28:9 29:16,21 33:6
    33:7,16,19 34:8,12
    34:19,20 35:4,6
    37:16 38:2 41:10
    41:14 42:5,12,19
    47:21 48:8,15
    50:11 52:4,7 54:11
    57:3 61:13,16
    62:10,14 63:21
    65:9 69:21 71:13
    71:17,20 72:5,7,8
    72:15 86:20 92:15
    95:10 101:9 102:2
    102:7 103:4 105:4
    105:14,21 107:16
    109:15 110:10
    111:12,22 113:13
    113:20 116:7,14
    116:15 120:9
    127:20 134:13

140:2 142:9,16
144:13 148:19
149:17 150:3
152:14 153:4,8
158:21 162:5
165:4,6,13,16
166:8,14 175:15
178:16 180:11
182:11 183:4
186:19 194:7,18
198:12 200:1
202:12,16 205:20
**times** 19:21 22:7,8
44:22 93:9,17 95:1
102:15 106:20,22
107:4,9,11 109:13
110:11 113:1
114:19,20,21
115:20 116:2
120:14,17 165:11
203:19,19
**tional** 76:7 89:2
123:19
**tive** 82:6,13
**today** 4:17 6:11 7:1
7:8
**toilet** 29:18,19
30:16,17,20 31:1,4
31:8,11,11,16,18
31:20 32:3,8,13
45:16 66:2 193:14
194:1
**told** 28:11 32:12,15
35:15 40:3 50:22
57:9,22 58:9 60:20
62:8,13 66:12,14
71:3 83:12 105:17
107:19 115:4
125:10,12,13,16
127:13 128:4,5
143:19,20 146:2
146:19 150:7
153:14 156:8
158:9,14 183:12
185:2,16,19 198:6
202:9 205:19

**Tom** 85:9,13
**tonight** 187:19
**tooth** 140:19
**top** 98:20
**tore** 43:10
**torture** 43:3
**touch** 65:1,2 165:9
165:17,20 166:1,4
166:9
**touched** 44:15
**tough** 114:2
**towels** 80:6 82:13
**training** 10:1
**trap** 78:20
**trash** 41:22
**Trashed** 174:15
**treated** 45:5
**treatment** 127:18
127:19 144:2,15
153:18
**tried** 26:1 29:16,16
29:17 42:17 56:1,1
57:4 59:10 65:18
78:20 85:21
107:17 179:2
189:8
**trigger-happy** 35:21
**truthful** 7:1
**try** 4:19 5:18,19 6:1
42:22 43:3 81:14
92:7,19,21 108:9
161:17
**trying** 28:11 31:15
39:8,9,11 40:3
55:21,21 56:4
57:10 58:18 66:2
81:17 87:12,18
90:9,11,12 91:22
92:2,12,13,14,15
94:19 101:11
117:13 134:13
178:15,17 197:4
**Tuesday** 1:12
**turn** 27:15,16 29:3
116:20 168:4
186:13

**turned** 65:16,17
**turning** 90:10
107:16 189:12
**twelfth** 9:9,10,11
**Twenty** 180:21
**twice** 38:3 113:3,3
202:17 203:17
**twist** 51:7
**twisted** 94:14,15,16
94:21
**two** 11:3 19:22
47:21 56:10,14
68:7 96:19,19
99:19 101:4,7
133:16 134:3,6,8
134:10,16 167:12
174:14 175:4,6
176:10 177:20
181:2,15 189:14
196:5 199:11
**Two-thousand-four**
34:3
**Tylenol** 145:8,10
**type** 44:5,15 83:3
129:13 170:20
**typical** 26:6 27:10
**T-shirt** 57:9

**U**

**U** 172:16
**Uh** 72:11 98:15
**Uh-huh** 5:13 16:10
20:20 61:1 78:11
118:10
**ultimately** 41:7
48:20 74:16 99:6
**unable** 6:21
**unbearable** 12:18
**unconscious** 198:19
**understand** 4:21
30:19 31:17 35:2
93:21 160:17
180:9 187:3,5
192:11
**understanding** 46:1
60:11 188:22

**understood** 5:4 19:5
24:15 74:6
**undressed** 45:20
**unfair** 43:7
**unfairly** 45:5
**unit** 19:19 20:8 25:8
33:11 41:21 69:20
69:20 73:22 75:8
81:6,21 90:21
114:14 127:16
130:19,20 131:8
131:10,18 132:1,6
132:9,15 133:16
136:21 138:16
139:22 140:2
158:16,18 159:5
159:10 160:6,12
160:18 161:1
168:2 173:4,9
187:21 198:1,3
200:7,11
**UNITED** 1:1
**unnecessarily** 28:1
**unusual** 23:22 24:8
28:12,16 51:21
**upper** 89:22 190:8
**ups** 18:4,5 157:10
**upset** 61:17
**urine** 81:5 132:22
194:17
**use** 36:18 37:16
39:19 90:9 157:19
162:6,9,19,21
**usual** 23:22 24:3,13
25:21 27:11
**usually** 24:9,17,19
90:19 161:20
201:10
**U.S** 195:4,5,9,10

**V**

**v** 1:8 172:16,20,22
173:7
**vent** 193:14,22
**verbal** 5:18
**victim** 201:22

**video** 161:13 162:15
**view** 51:3 78:22
193:18
**views** 185:9
**violate** 43:17
**visible** 79:11,22
118:17 138:3,7,17
139:5 140:16
141:1 151:6 152:6
152:11,22 153:4
**vision** 143:8
**visit** 24:10,11,19
26:8 163:13,21
164:19 165:2
166:15
**visits** 17:7,8 164:3
164:11
**voice** 5:20 79:2
**voiced** 185:8

**W**

**W** 174:5
**wait** 141:18
**wake** 12:20 197:4
**Waldren** 67:22 68:1
68:13,14,15,16
**walk** 73:3 112:15,17
112:18 155:22
**walked** 40:1 99:10
**walking** 13:5 41:22
49:22 104:8 107:1
111:10,15,20
112:8,11 113:2,15
113:19 114:10,13
114:16,18 115:3,5
115:11 116:16
190:8
**wall** 65:2,2
**walls** 167:14
**want** 6:14 28:22
29:1,3,8 30:20
31:1 44:1,22 51:2
55:8 66:10,11 88:6
89:18 101:21
114:1 135:4
171:22 178:18

181:17 182:12
183:12 184:18,19
184:19 190:11
193:9 196:9
**wanted** 4:12 29:18
30:15 44:14 45:15
61:9,22 78:21
93:20 113:17
164:16 190:20
**wants** 135:15
180:22
**Warden** 177:3
**wash** 75:16
**Washington** 1:18
2:11,21
**wasn't** 9:17 22:8
35:9 36:15 48:11
51:3 55:21 57:14
62:20 63:3 78:5
91:21 100:22
113:14 115:6,22
116:4 119:17
127:7 130:7
141:14 150:2,8
173:14,15 178:15
195:21
**watched** 160:5,5
**water** 66:1,1 67:5
75:7,15,21 76:1,5
76:7,10,16,17,20
76:22 77:2,10,22
78:9 168:15,18
169:12,18,19,20
174:20 205:13
**watering** 138:5,11
**way** 16:1 29:5 40:20
42:16,20 44:18
51:10,11 58:18
88:18 89:11,21
95:18 128:14
130:13 148:15
151:9,11 157:9
161:5 169:10
180:3 181:1 189:9
191:1 204:18
205:5

**ways** 42:16
**wear** 9:3 157:13
170:21
**wearing** 122:10
130:3 171:4
**weather** 155:13
**week** 41:18,22 42:3
133:16 203:17,17
203:18
**weeks** 197:16,19
199:14
**weigh** 156:21 157:1
**weight** 157:4
**Wellington** 200:15
200:22 201:15,15
207:14 208:3
**went** 9:9,10 16:17
21:14 43:10 57:9
59:9 97:22 98:5,8
122:18 143:2
144:22 145:1,2,3
145:15 148:10
154:20 173:18
185:21 198:1,19
**weren't** 58:2 96:8
124:14
**wet** 44:2 122:14
**we'll** 33:16 42:9
99:14 111:12
128:10
**we're** 57:19 88:7
89:3 95:20 103:21
109:12 204:7,9,13
**we've** 73:11 104:1
154:8
**white** 67:20 69:7,10
175:3
**whoop** 51:2 67:8
203:6
**wide** 30:12
**William** 15:2,10
**willing** 179:16
**window** 193:17
**windows** 167:14
193:17
**witness** 3:2 4:6

195:22 198:8
**Wojack** 1:22
**wondering** 19:16
28:7 41:13 42:11
64:1,18 146:20
160:10
**word** 46:9 114:16
**words** 54:22
**work** 12:9 14:6 16:2
43:16 48:13 132:6
157:12
**worked** 47:10,14,20
52:5 69:20 201:10
201:11
**working** 11:13,14
13:17 15:2 16:8
85:17 126:20
**worry** 50:7 60:17
63:19 64:9 205:10
**worse** 59:7
**worst** 45:8
**wouldn't** 40:16
65:17 69:21 71:11
78:20 79:14 80:2
83:13 91:22
125:18 140:7
160:22 197:5
**wrap** 22:1 129:14,18
**wrapped** 80:7
**write** 48:13
**writing** 196:2
**written** 32:7,11
176:9 177:2 196:1
206:15 207:4
208:8,12
**wrong** 25:3,4 28:5
125:5,9 185:11
**wrote** 196:2
**Wynn** 136:12
138:12,18 163:5,6
166:2

**X**

**X** 174:5
**x-rays** 150:13

**Y**

**Yeah** 33:1 41:3
68:20 86:8
**year** 15:4 193:3
**years** 7:19 16:14
48:9 99:19 203:14
**yell** 56:22 57:8 58:8
**yelled** 95:21
**yelling** 55:22 57:12
58:2 59:2
**yellow** 143:18
**Yolanda** 8:6
**your's** 205:22

**Z**

**Z** 174:9

**Þ**

**þ** 198:14

**1**

**1** 3:7
**1:35** 135:7
**10** 7:19 46:2 130:16
189:15
**10/19/05** 192:14
**10/3/05** 3:15
**10/4/05** 3:12
**10/5/05** 192:14,15
**11** 7:19
**11:00** 4:2
**12/4/05** 192:16
**12:20** 75:4
**12:55** 187:14
**14** 1:13 192:13
**15** 66:9 72:4 85:5
89:17,19 90:19
92:6 96:1 166:20
167:1
**16** 50:20,22 56:6,16
71:6 72:2,2 76:11
78:7,10,15 79:3
87:4 131:13
**167** 3:7
**17** 56:16
**1730** 2:19

**175** 3:11
**18** 56:16 181:14
**180** 3:14,18 157:6
**181** 3:21
**19** 56:11,16 154:20
**1921** 15:17
**196** 3:3

**2**

**2** 3:11
**2:40** 181:5
**20** 50:18 66:9 85:6
89:17,19 90:19
96:1
**20001** 2:11
**2001** 15:5
**2002** 16:16,19 33:17
**2003** 16:16,20 33:17
**20036** 2:21
**2004** 16:17 17:2
34:1,5,9,12,19,21
35:5,9 193:1,10
**2005** 36:8,13 38:6
38:20 41:5 42:4,10
44:9 45:3 47:9
48:5,19 49:8,10,13
135:18 140:3
149:4 150:16
157:2,20 158:5,11
159:14 161:9,12
169:4 170:19
171:4 175:8 176:1
178:1 181:13,14
181:15,16 182:15
182:17,22 184:4
186:16 187:13
190:3 192:5 195:3
195:20 196:3,16
205:15 206:4
207:9,16
**2006** 16:18 17:2
34:21 153:19
189:15
**2007** 1:13
**202-724-6624** 2:12
**202-778-1167** 2:22

**204** 3:3
**206** 2:20
**220** 156:22
**23** 181:15
**2323** 7:16
**25** 193:1,10
**27** 36:8,13 38:6,20
   41:5 42:4,10 44:9
   45:3 47:9 48:5,19
   49:8,10,13 135:18
   140:3 149:4
   150:16 157:2,20
   158:5,11 159:13
   161:9,12 169:4
   170:19 171:4
   176:1 178:1
   182:15,17,22
   184:4 192:4 195:3
   195:20 196:3,16
   205:14 206:4
   207:9,15
**27th** 38:3 41:10 45:8
   48:22 49:3 160:19
   164:1,21 197:20
   199:15 205:2
**292-783** 190:9
**292783** 187:15

---
**3**
---
**3** 3:14,19 181:13
**3:15** 208:19
**36** 131:14,15,16
**37** 131:16

---
**4**
---
**4** 3:3,18 175:8
   180:13 181:10
**4th** 1:18 2:9
**4:00** 52:6 201:12
**441** 1:18 2:9

---
**5**
---
**5** 3:21

---
**6**
---
**60** 164:6,17,18,20

165:7 184:6
  192:14
**600S** 2:10

---
**7**
---
**7** 181:16
**7th** 189:15 190:3
**72** 184:20

---
**8**
---
**8** 187:13
**8:00** 52:6 190:3
  201:12
**8:20** 193:10

---
**9**
---
**9** 186:15 190:3
**9th** 15:17