**Superior Court of the D** — **DOMESTIC VIO[LENCE] MISDEM[EANOR]**

United States -v- Melvin Reese

| | | Court File Date | LOCK UP | PDID _____ |
|---|---|---|---|---|
| No Papers Count(s) _____ | | JAN 1 4 2004 | L-81 | DOB _____ |
| Charges Filed 3 | | | | CCR _____ |
| Felony A | | ☐ CITATION   ☐ BOND   ☐ Collateral $ _____   Page _____ | | |
| Misdemeanor B-C | | Defense Counsel ☐ PRO SE | CODE  S C A R | DATE WITHDRAWN |
| Traffic _____ | | 1. C. Twist 356 139 | ☐ ☐ ☐ ☐ | |
| D.C. _____ | | 2. _____ | ☐ ☐ ☐ ☐ | |
| A | Threats | PROSECUTOR | CODE | ASSIGNED TO JUDGE |
| B | att threats | 1. _____ | | |
| C | Att threats | 2. _____ | | Cal. Number dVMC |
| D | | ☑ Defendant informed of rights to pursuant to Superior Court Rule 5 (b) including the right to counsel. | | ☐ LINEUP ORDER FILED |
| E | | | | ☐ Sworn Statement Filed Rule 5(c) Determination |
| F | | Count(s) BC   PLEA: ☑ Not Guilty  ☐ Guilty, JUDGMENT Guilty | | ☐ Made  ☐ Waived |
| G | | CONTINUED DATE | BOND CONDITIONS | |
| H | | PREL. HEARING | BOND AMOUNT $ | |
| I | | STATUS HEARING  2/4/04 | ☐ CASH _____ % ☐ SURETY | |
| J | | JURY TRIAL | ☑ PERSONAL RECOGNIZANCE | |
| PROBATION ☐ DOMESTIC VIOL. ☐ 163 FILED | | NON-JURY | ☐ Third Party Custodian | |
| | | | ☐ Collateral Remains | |

Sentence Date _____
Report Due Date _____
Site Jacket Ready For Probation _____
Date Received in Probation _____   6/28/04
Site Jacket Returned to Crim. Div. _____

☑ Defendant Advised of Penalties for Failure to Appear.

Count(s) A   Nolle Prosequi Prosecutor _____

COURT REPORTER _____   TAPE ☑  CLERK CK   JUDGE/COMM. _____

☐ NEW COMMITMENT   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED   ☐ NOT IN CUSTODY

Diversion — Date Admitted _____

DISPOSED: CLOSED / CONT. PAY / Show Cause / B/W / Status

PENDING: Jury / Non-Jury / Sent. / Others / Updated By P

DATE: 6-18-04   FINAL DISPOSITION ONLY

Count B one hundred eighty (180) days, L-55

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### INFORMATION

No. <u>V0015504</u>



The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:

Defendant's Name: <u>Melvin Reese</u>
          (First)    (MI)    (Last)

508216    04003368    12/01/1959
(PDID)     (CCNO)    (DOB)

Address: <u>3812 V STREET, SE, WASHINGTON</u>

1. On or about January 7, 2004, within the District of Columbia, Melvin Reese attempted to make threats to do bodily harm to Faith Harper. **(Attempted Threats, in violation of 22 D.C. Code, Section 407, 1803 (2001 ed.))**

2. On or about January 7, 2004, within the District of Columbia, Melvin Reese attempted to make threats to do bodily harm to Patricia Smith-Williams. **(Attempted Threats, in violation of 22 D.C. Code, Section 407, 1803 (2001 ed.))**

Co-Defendants:

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
V.

MELVIN REESE

JUDGMENT IN A CRIMINAL CASE

Case Number: DV-155-04
PDID No. 508-216

### THE DEFENDANT:

☐ ENTERED A PLEA OF GUILTY TO COUNT (S) _____

☒ WAS FOUND GUILTY ON COUNT (S) B & C _____
AFTER A PLEA OF NOT GUILTY.

| Count | Nature of Charges | Title & Section | Date of Offense |
|---|---|---|---|
| Count B | ATTEMPTED THREATS (misd)) | | 01-07-04 |
| Count C | ATTEMPTED THREATS (misd)) | | 01-07-04 |

### SENTENCE OF THE COURT

COUNT "B" ONE HUNDRED EIGHTY DAYS. EXECUTION OF SENTENCE SUSPENDED. COUNT "C" IMPOSITION OF SENTENCE SUSPENDED. SUPERVISED PROBATION FOR A PERIOD OF ONE YEAR CONCURRENTLY WITH CONDITIONS. APPEAL RIGHTS GIVEN.

☐ The defendant is hereby committed to the custody of the Attorney General to be imprisoned for a total term of:
_____  ☐ MANDATORY MINIMUM term of _____ applies.

☐ Upon release from imprisonment, the defendant shall be on supervised release for a term of _____

☒ The Court makes the following recommendations to the Bureau of Prisons:

☐ The Defendant is also ordered placed on probation - See page 2 of this order for conditions of probation

Costs in the aggregate amount of $ 100.00 _____ have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☒ have  ☐ have not been paid.

# Superior Court of the District of Columbia

## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

U S W No.: 57-04

| DEFENDANT'S NAME: REESE, MELVIN | CCR: 04-003368 | PDID: 508216 |

| SEX: MALE | RACE: BLACK | D.O.B.: 12/01/1959 | HEIGHT: 510 | WEIGHT: 215 | EYES: BROWN | HAIR: BLACK | COMPLEXION: MEDIUM |

DEFENDANT'S HOME ADDRESS: 3812 V ST SE, Washington, DISTRICT OF COLUMBIA
TELEPHONE NUMBER:

DEFENDANT'S BUSINESS ADDRESS: 1901 D ST SE, Washington, DISTRICT OF COLUMBIA, 20003
TELEPHONE NUMBER:

COMPLAINANT'S NAME: SMITH-WILLIAMS, PATRICIA

LOCATION OF OFFENSE: 3800 BLOCK OF NEW YORK AVE NE
DATE OF OFFENSE: 01/07/2004
TIME OF OFFENSE: 20:37

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

THE OFFENSE OCCURRED ON 01/07/2004 IN THE 3800 BLOCK OF NEW YORK AVENUE NORTHEAST, WASHINGTON, DC.

INVESTIGATION: ON 01/13/2004 AT APPROXIMATELY 0855 HOURS, THE COMPLAINANT (PATRICIA SMITH-WILLIAMS) AND WITNESS (FAITH HARPER) RESPONDED TO THE FIFTH DISTRICT DETECTIVES OFFICE AND SPOKE WITH THE BELOW AFFIANT IN REFERENCE TO FELONY THREATS THAT WERE MADE ON 01/07/2004.

THE COMPLAINANT STATES TO THE AFFIANT, THAT THE DEFENDANT (MELVIN REESE) RESPONDED TO HER PLACE OF EMPLOYMENT DEMANDING HER TO COME OUTSIDE TO MEET HIM. THE COMPLAINANT STATES SHE DID NOT MPLY. THE COMPLAINANT STATES THE DEFENDANT CONTINUED CALLING HER DEMANDING HER TO COME T. THE COMPLAINANT STATES THE DEFENDANT REMAINED OUTSIDE FOR APPROXIMATELY FOUR HOURS UNTIL WAS ESCORTED OFF THE PROPERTY BY CCA OFFICERS ALONG WITH THE METROPOLITAN POLICE ARTMENT. THE COMPLAINANT STATES THE WITNESS PICKED HER UP FROM THE OFFENSE LOCATION AND T THE PROPERTY.

 COMPLAINANT STATES AFTER ABOUT SEVEN MINUTES, THE DEFENDANT CALLED HER CELL PHONE AND SHE ED THE WITNESS TO ANSWER IT FOR HER. THE WITNESS STATES SHE ANSWERED THE PHONE AND THE ENDANT STATED TO HER, "YOU WANT A PIECE OF ME?" THE WITNESS TOLD THE AFFIANT SHE STATED TO THE ENDANT, "THIS IS GONE TOO FAR." THE WITNESS STATES SHE THEN HUNG UP ON THE DEFENDANT. THE IPLAINANT STATES THE DEFENDANT CALLED BACK AND SHE ASKED THE WITNESS TO ANSWER THE PHONE IN. THE WITNESS STATES THE DEFENDANT TOLD HER TO PUT THE OLD BITCH ON THE PHONE. THE WITNESS TES THE DEFENDANT CONTINUED TO DEMAND TO SPEAK WITH THE COMPLAINANT IN WHICH THE WITNESS DID NOT COMPLAIN, THE HUNG UP ON THE DEFENDANT.

THE WITNESS STATES THE DEFENDANT CALLED A THIRD TIME AND SHE ANSWERED THE PHONE. THE WITNESS STATES THE DEFENDANT STATED, "Y'ALL DONT WANT A PIECE OF ME. I WILL COME TO GAITHERSBURG AND KILL OTH OF YOU BITCHES. BECAUSE I AM THE P.I.M.P. I'LL COME TO GAITHERSBURG AND KILL YOU BITCHES. YOU

# Superior Court ot the District of Columbia

## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

U S W No.: 57-04

| DEFENDANT'S NAME: REESE, MELVIN | | | | C C R: 04-003368 | | PDID: 508216 | |
|---|---|---|---|---|---|---|---|
| SEX: MALE | RACE: BLACK | D.O.B.: 12/01/1959 | HEIGHT: 510 | WEIGHT: 215 | EYES: BROWN | HAIR: BLACK | COMPLEXION: MEDIUM |

DEFENDANT'S HOME ADDRESS: 3812 V ST SE, Washington, DISTRICT OF COLUMBIA
TELEPHONE NUMBER:

DEFENDANT'S BUSINESS ADDRESS: 1901 D ST SE, Washington, DISTRICT OF COLUMBIA, 20003
TELEPHONE NUMBER:

COMPLAINANT'S NAME: SMITH-WILLIAMS, PATRICIA

LOCATION OF OFFENSE: 3800 BLOCK OF NEW YORK AVE NE
DATE OF OFFENSE: 01/07/2004
TIME OF OFFENSE: 20:37

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**
GANGSTER.

THE COMPLAINANT STATES SHE SHARED A TWO YEAR RELATIONSHIP WITH THE DEFENDANT BEFORE ENDING IT IN DECEMBER OF 2003.

BASED ON THE AFOREMENTIONED FACTS, THE BELOW AFFIANT RESPECTFULLY REQUEST THAT AN ARREST WARRANT BE ISSUED FOR NAMED DEFENDANT

AFFIANT'S SIGNATURE: X _____

**TO: WARRANT CLERK**
PLEASE ISSUE A WARRANT FOR:
REESE, MELVIN

SUBSCRIBED AND SWORN TO BEFORE ME THIS _14th_ DAY OF _Jan._ 20 _04_

Charge With: **FELONY THREATS**

ASSISTANT UNITED STATES ATTORNEY

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT