1        IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

2                          Civil Division

3   -----------------------------------+

4   MATTHEW INGRAM, JR.,               +

5                      Plaintiff,      +   No. CV 06-6254B

6            v.                        +

7   DISTRICT OF COLUMBIA,              +

8                      Defendant.      +

9   -----------------------------------+

12              Deposition of MELVIN JAMES REESE

13                       Washington, D.C.

14                    Monday, March 12, 2007

15                          11:05 A.M.

                                              ORIGINAL

17  Job No.:  1-98394

18  Pages 1 - 69

19  Reported by:  Denice Z. Lombard, CSR



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF MELVIN JAMES REESE
CONDUCTED ON MONDAY, MARCH 12, 2007

52

1  know, bend, touch your waist, squat.  Just check him and
2  bring him out.  Basically just check for weapons and
3  contraband.
4      Q    Okay.  So no cavity searches would be done.
5      A    No, no.  You don't even come in contact with him,
6  because he's inside the cage.  He's inside his cell when it's
7  done, and you're on the outside.  And the cell is closed.
8      Q    Have you ever conducted a cavity search?
9      A    No.
10     Q    Do you have a criminal record?
11     A    Yes.
12     Q    Okay.  Can you tell me about that.
13     A    Well, I was found guilty of attempted threats.
14     Q    When was that?
15     A    2004.
16     Q    Which jurisdiction was that?
17     A    D.C.
18     Q    And you say you were found guilty.  Did you go to a
19  trial or did you plead guilty?
20     A    I took a trial.
21     Q    So you went to trial and you were convicted?
22     A    Yes.

DEPOSITION OF MELVIN JAMES REESE
CONDUCTED ON MONDAY, MARCH 12, 2007

53

1    Q    Okay. Who were you supposed to have threatened?

2    A    Patricia Williams.

3    Q    And who is Ms. Williams?

4    A    Girlfriend.

5    Q    Did she work at this facility?

6    A    No.

7    Q    Where did she work?

8    A    She was working at CCA.

9    Q    Over at the CTF facility?

10   A    Yeah.

11   Q    And what was the threat supposed to have been?

12   A    Well basically, I feel I gave you enough information. I don't want to talk about anything else about my personal life. Because basically it's an open case. Anything else I'd rather not tell you. I gave you basically all the information I think you probably need.

17   Q    And you say it's an open case. What do you mean?

18   A    It's just something that I'd rather not talk about. I gave you all the information, told you I was convicted. So that's all -- anything else further to this case, I don't want to talk about my personal life.

          We could talk about corrections, but as far as

55

1   so, because there could be something coming down.  So we'd
2   rather not talk about that.
3           MR. ALLEN:  All right.  Well, let me just ask you a
4   few more details about stuff that we've already gone over.  I
5   don't think that will get into the nitty gritty of what the
6   allegations were at all.
7       Q   Do you remember the judge you appeared in front of?
8       A   Judge -- is it Gardner?  Judge Gardner.
9       Q   Wendell Gardner?
10      A   Yeah.
11      Q   Did you have a trial with a jury or just a judge?
12      A   With a judge.
13      Q   And did he sentence you?
14      A   Yes.
15      Q   Okay.  What was the sentence?
16      A   Probation.
17      Q   Okay.  And have you completed the probation?
18      A   (Nods head.)
19      Q   Okay.  Is that the only time that you've been
20  charged with a criminal offense?
21      A   Yes, sir.
22      Q   And that was in -- and you were charged in 2004.

DEPOSITION OF MELVIN JAMES REESE
CONDUCTED ON MONDAY, MARCH 12, 2007

56

1   A   I think everything was 2004.

2   Q   Okay. So you were charged and convicted in 2004.

3   A   Yeah, I think it's 2004.

4   Q   Okay. So does -- and how long was your probation for?

6   A   I think it was like six months -- maybe a year. I think a year.

8   Q   When this incident happened on September 27th, 2005 were you still on probation at that point?

10  A   I don't think so. I'm not sure.

11  Q   Okay. Without going into the details of any actions that may or may not be underway with respect to that criminal conviction, have you ever been disciplined apart from that by the Department of Corrections?

15  A   No.

16  Q   Have you ever been sued before?

17  A   No.

18  Q   Prior to September 27th, 2005 did anybody in the D.C. Department of Corrections ever question you about the number of times you'd used chemical agents on prisoners?

21      Do you understand my question?

22  A   Yeah.