**Superior Court of the D... / DOMESTIC VIOL / MISDEM[EANOR]**

United States -v- Melvin Reese

| Field | Value |
|---|---|
| No Papers Count(s) | |
| Charges Filed | 3 / A |
| Felony | A |
| Misdemeanor | B-C |
| Traffic | |
| Court File Date | JAN 14 2004 |
| Lock Up | L-81 |
| Defense Counsel (☐ Pro Se) | 1. C. Twist 356139 |
| A | Threats |
| B | Att threats |
| C | Att threats |
| Cal. Number | dvmc |
| Count(s) | BC — PLEA: ☑ Not Guilty |
| Status Hearing | 2/4/04 |
| Bond | ☑ Personal Recognizance |
| Defendant Advised of Penalties for Failure to Appear | ☑ |
| Nolle Prosequi Count(s) | A |
| Tape | ☑ |
| Disposed | BC |
| Pending | P |
| Date Jacket Returned to Crim. Div. | 6/28/04 |

**DATE: 6-18-04   FINAL DISPOSITION ONLY**

Count B one hundred eighty (180) days, E-SS

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### INFORMATION

No. V0015504

The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:

Defendant's Name: Melvin Reese
(First)      (MI)      (Last)

508216        04003368    12/01/1959
(PDID)        (CCNO)      (DOB)

Address: 3812 V STREET, SE, WASHINGTON

1  On or about January 7, 2004, within the District of Columbia, Melvin Reese attempted to make threats to do bodily harm to Faith Harper. (Attempted Threats, in violation of 22 D.C. Code, Section 407, 1803 (2001 ed.))

2  On or about January 7, 2004, within the District of Columbia, Melvin Reese attempted to make threats to do bodily harm to Patricia Smith-Williams. (Attempted Threats, in violation of 22 D.C. Code, Section 407, 1803 (2001 ed.))

Co-Defendants:

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
V.

MELVIN REESE

JUDGMENT IN A CRIMINAL CASE

Case Number: DV-155-04
PDID No. 508-216

## THE DEFENDANT:

☐ ENTERED A PLEA OF GUILTY TO COUNT (S) _____

☒ WAS FOUND GUILTY ON COUNT (S) B& C
AFTER A PLEA OF NOT GUILTY.

| Count | Nature of Charges | Title & Section | Date of Offense |
|---|---|---|---|
| Count B | ATTEMPTED THREATS (misd)) | | 01-07-04 |
| Count C | ATTEMPTED THREATS (misd)) | | 01-07-04 |

## SENTENCE OF THE COURT

COUNT "B" ONE HUNDRED EIGHTY DAYS. EXECUTION OF SENTENCE SUSPENDED. COUNT "C" IMPOSITION OF SENTENCE SUSPENDED. SUPERVISED PROBATION FOR A PERIOD OF ONE YEAR CONCURRENTLY WITH CONDITIONS. APPEAL RIGHTS GIVEN.

☐ The defendant is hereby committed to the custody of the Attorney General to be imprisoned for a total term of:
_____    ☐ MANDATORY MINIMUM term of _____ applies.

☐ Upon release from imprisonment, the defendant shall be on supervised release for a term of _____

☒ The Court makes the following recommendations to the Bureau of Prisons:

☐ The Defendant is also ordered placed on probation - See page 2 of this order for conditions of probation

Costs in the aggregate amount of $ 100.00 _____ have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☒ have ☐ have not been paid.

# Superior Court ot the District of Columbia

## CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | | | | | | U S W No.: 57-04 | |
|---|---|---|---|---|---|---|---|
| DEFENDANT'S NAME: REESE, MELVIN | | | | | C C R: 04-003368 | PDID: 508216 | |
| SEX: MALE | RACE: BLACK | D.O.B.: 12/01/1959 | HEIGHT: 510 | WEIGHT: 215 | EYES: BROWN | HAIR: BLACK | COMPLEXION: MEDIUM |
| DEFENDANT'S HOME ADDRESS: 3812 V ST SE, Washington, DISTRICT OF COLUMBIA | | | | | | TELEPHONE NUMBER: | |
| DEFENDANT'S BUSINESS ADDRESS: 1901 D ST SE, Washington, DISTRICT OF COLUMBIA, 20003 | | | | | | TELEPHONE NUMBER: | |
| COMPLAINANT'S NAME: SMITH-WILLIAMS, PATRICIA | | | | | | | |
| LOCATION OF OFFENSE: 3800 BLOCK OF NEW YORK AVE NE | | | | | DATE OF OFFENSE: 01/07/2004 | TIME OF OFFENSE: 20:37 | |

GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

THE OFFENSE OCCURRED ON 01/07/2004 IN THE 3800 BLOCK OF NEW YORK AVENUE NORTHEAST, WASHINGTON, DC.

INVESTIGATION: ON 01/13/2004 AT APPROXIMATELY 0855 HOURS, THE COMPLAINANT (PATRICIA SMITH-WILLIAMS) AND WITNESS (FAITH HARPER) RESPONDED TO THE FIFTH DISTRICT DETECTIVES OFFICE AND SPOKE WITH THE BELOW AFFIANT IN REFERENCE TO FELONY THREATS THAT WERE MADE ON 01/07/2004.

THE COMPLAINANT STATES TO THE AFFIANT, THAT THE DEFENDANT (MELVIN REESE) RESPONDED TO HER PLACE OF EMPLOYMENT DEMANDING HER TO COME OUTSIDE TO MEET HIM. THE COMPLAINANT STATES SHE DID NOT MPLY. THE COMPLAINANT STATES THE DEFENDANT CONTINUED CALLING HER DEMANDING HER TO COME T. THE COMPLAINANT STATES THE DEFENDANT REMAINED OUTSIDE FOR APPROXIMATELY FOUR HOURS UNTIL : WAS ESCORTED OFF THE PROPERTY BY CCA OFFICERS ALONG WITH THE METROPOLITAN POLICE ?ARTMENT. THE COMPLAINANT STATES THE WITNESS PICKED HER UP FROM THE OFFENSE LOCATION AND T THE PROPERTY.

: COMPLAINANT STATES AFTER ABOUT SEVEN MINUTES, THE DEFENDANT CALLED HER CELL PHONE AND SHE ED THE WITNESS TO ANSWER IT FOR HER. THE WITNESS STATES SHE ANSWERED THE PHONE AND THE 'ENDANT STATED TO HER, "YOU WANT A PIECE OF ME?" THE WITNESS TOLD THE AFFIANT SHE STATED TO THE 'ENDANT, "THIS IS GONE TOO FAR." THE WITNESS STATES SHE THEN HUNG UP ON THE DEFENDANT. THE /IPLAINANT STATES THE DEFENDANT CALLED BACK AND SHE ASKED THE WITNESS TO ANSWER THE PHONE \IN. THE WITNESS STATES THE DEFENDANT TOLD HER TO PUT THE OLD BITCH ON THE PHONE. THE WITNESS TES THE DEFENDANT CONTINUED TO DEMAND TO SPEAK WITH THE COMPLAINANT IN WHICH THE WITNESS DID NOT COMPLAIN, THE HUNG UP ON THE DEFENDANT.

THE WITNESS STATES THE DEFENDANT CALLED A THIRD TIME AND SHE ANSWERED THE PHONE. THE WITNESS STATES THE DEFENDANT STATED, "Y'ALL DONT WANT A PIECE OF ME. I WILL COME TO GAITHERSBURG AND KILL BOTH OF YOU BITCHES, BECAUSE I AM THE P.I.M.P. I'LL COME TO GAITHERSBURG AND KILL YOU BITCHES. YOU

## Superior Court ot the District of Columbia

CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

U S W No.: 57-04

| DEFENDANT'S NAME: REESE, MELVIN | | | | | C C R: 04-003368 | | PDID: 508216 | |
|---|---|---|---|---|---|---|---|---|
| SEX: MALE | RACE: BLACK | D.O.B.: 12/01/1959 | HEIGHT: 510 | WEIGHT: 215 | EYES: BROWN | HAIR: BLACK | COMPLEXION: MEDIUM | |

| DEFENDANT'S HOME ADDRESS: 3812 V ST SE, Washington, DISTRICT OF COLUMBIA | TELEPHONE NUMBER: |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: 1901 D ST SE, Washington, DISTRICT OF COLUMBIA, 20003 | TELEPHONE NUMBER: |

COMPLAINANT'S NAME: SMITH-WILLIAMS, PATRICIA

| LOCATION OF OFFENSE: 3800 BLOCK OF NEW YORK AVE NE | DATE OF OFFENSE: 01/07/2004 | TIME OF OFFENSE: 20:37 |
|---|---|---|

GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:
GANGSTER.

THE COMPLAINANT STATES SHE SHARED A TWO YEAR RELATIONSHIP WITH THE DEFENDANT BEFORE ENDING IT IN DECEMBER OF 2003.

BASED ON THE AFOREMENTIONED FACTS, THE BELOW AFFIANT RESPECTFULLY REQUEST THAT AN ARREST WARRANT BE ISSUED FOR NAMED DEFENDANT

**TO: WARRANT CLERK**
PLEASE ISSUE A WARRANT FOR:
REESE, MELVIN

Charge With: **FELONY THREATS**

ASSISTANT UNITED STATES ATTORNEY

AFFIANT'S SIGNATURE:
X _[signature]_

SUBSCRIBED AND SWORN TO BEFORE ME THIS 14th
DAY OF Jan. 20 04

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT