UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW INGRAM, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-1262 (EGS) ) |
| DISTRICT OF COLUMBIA, | ) ) |
| Defendant. | ) ) ) |

ORDER

Upon consideration of the plaintiff's motion for leave to file an amended complaint, the memorandum of points and authorities in support thereof, the opposition and any reply thereto, it is by the Court this _____ day of _____, 2007,

ORDERED, that the motion for leave to file an amended complaint is hereby DENIED. The proposed amendment is futile because the claim of negligent supervision and retention would be properly dismissed in any event as redundant and unnecessary given the District of Columbia's respondeat superior liability. In addition, the proposed amendment is the product of undue delay by plaintiff, since plaintiff could have raised his new negligence claim well before the close of discovery. This undue delay has caused unfair prejudice to defendant by affecting the course of discovery, including defendant's inquiry of experts.

_____
EMMET G. SULLIVAN
United States District Judge