UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW INGRAM, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-1262 (EGS) |
| : | Judge Emmet G. Sullivan |
| : | |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |
| : | |

**NOTICE OF ENRY OF APPEARANCE**

The Court will please enter the appearance of Assistant Attorney General Kerslyn D. Featherstone on behalf of the Defendants in the above matter.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_Phillip A. Lattimore, III____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 442-9874
(202) 727-3625 (fax)
E-Mail: Phillip.lattimore@dc.gov

1

                                        __/s/ Kerslyn D. Featherstone_____
                                        KERSLYN D. FEATHERSTONE [478758]
                                        Assistant Attorney General
                                        441 Fourth Street, N.W.
                                        Sixth Floor South
                                        Washington, D.C. 20001
                                        (202) 724-6600
                                        (202) 727-3625 (fax)
                                        E-mail: Kerslyn.Featherstone@dc.gov

## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the foregoing Praecipe was served via Electronic Case Filing on this _31st___ day of  January, 2008  to:

Geoffrey D. Allen, Esq.
1730 Rhode Island Ave, NW
Suite 206
Washington, DC 20036
*Counsel for Plaintiff*


                                        ____/s/ Kerslyn D. Featherstone_____
                                        Kerslyn D. Featherstone
                                        Assistant Attorney General