UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW INGRAM, JR.                 :
                                    :
                                    :
    Plaintiff                       :
                                    :   1:06-cv-01262
        v.                          :   EGS
                                    :
THE DISTRICT OF COLUMBIA            :
                                    :
    Defendant.


**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNT IV OF THE AMENDED COMPLAINT**

Plaintiff respectfully moves this Honorable Court for an extension of time within which to oppose defendant's motion to dismiss Count IV of the Amended Complaint.

Plaintiffs' reasons in support of this Motion are fully set forth in the Attached Memorandum of Points and Authorities.

Counsel has been unable to reach defense counsel to determine the position of the District of Columbia.

WHEREFORE, it is requested that the Motion be GRANTED.

Respectfully submitted,

 /s/ Geoffrey D. Allen_____
Geoffrey D. Allen, Esq.
D.C. Bar No. 288142
1730 Rhode Island Avenue, N.W.
Suite 206
Washington, D.C.  20036
(202) 778-1167

## Certificate of Service

I certify that a copy of this Opposition to Defendants' Motion To Dismiss and/or Summary Judgment has been electronically served defence counsel, Carl Schifferle, and Kerslyn Featherstone, this 21 day of February 2008.

 /s/ Geoffrey  D. Allen
Geoffrey D. Allen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW INGRAM, JR.    :
                       :
                       :
   Plaintiff           :
                       :  1:06-cv-01262
   v.                  :  EGS
                       :
THE DISTRICT OF COLUMBIA :
                       :
   Defendant.

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO OPPOSE THE DISTRICT'S MOTION TO DISMISS COUNT IV OF THE AMENDED COMPLAINT**

The District of Columbia filed its Motion on February 8, 2008. A response is due from Plaintiff on February 21, 2008.

Plaintiff's counsel has a number of other motions he is working on at the moment. He also, has been and still is sick, with what appears to be the flu. In view of this, he respectfully asks this Court to extend the time for a response, to March 14, 2008, by which time he expects he will be able to prepare a response.

Respectfully submitted,

/s/ Geoffrey D. Allen
Geoffrey D. Allen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW INGRAM, JR. : | |
| : | |
| Plaintiff : | |
| : | 1:06-cv-01262 |
| v. : | EGS |
| : | |
| THE DISTRICT OF COLUMBIA : | |
| : | |
| Defendant. | |

### ORDER

This matter comes before the court on Plaintiff's Motion for an Extension of Time Within Which To file an Opposition to Defendant's Motion to Dismiss Count IV of the Amended Complaint. Having considered the motion, the court, this ___ day of _____, 2008, hereby,

ORDERS, that the motion be GRANTED, and it further,

ORDERED, that the period within which plaintiff may file an Opposition is extended until March 14, 2008.

_____
Judge Sullivan