# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**MATTHEW INGRAM, JR.,**

     **Plaintiff,**     **Case No. 06-1262 (EGS)**

 **v.**

**DISTRICT OF COLUMBIA,**

     **Defendant.**

## NOTICE OF WITHDRAWAL AND APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Assistant Attorney General Kerslyn D. Featherstone as attorney for the District of Columbia, and enter the appearance of Assistant Attorney General Vanessa E. Atterbeary as attorney for the District of Columbia. Pursuant to Pursuant to Fed. R. Civ. P. 5(a), service of pleadings and all correspondence in this matter should be sent to Ms. Atterbeary at her Washington, D.C. office address below.

Dated:  July 29th, 2008.     Respectfully submitted,

          PETER J. NICKLES
          Acting Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General, Civil Litigation Division

          */s/ Toni Michelle Jackson*
          TONI MICHELLE JACKSON [453765]
          Chief, General Litigation Section III

          */s/ Vanessa E. Atterbeary*
          VANESSA E. ATTERBEARY [478070]
          Assistant Attorney General
          441 Fourth Street, N.W., Suite 6S-070
          Washington, D.C. 20001
          (202) 727-9624

(202) 727-3625 (fax)
Email: Vanessa.Atterbeary@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2008, I filed the foregoing **NOTICE OF WITHDRAWAL AND APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Geoffrey D. Allen, Esq.
1730 Rhode Island Ave, NW
Suite 206
Washington, DC 20036
*Counsel for Plaintiff*

*/s/ Vanessa E. Atterbeary*
VANESSA E. ATTERBEARY
Assistant Attorney General